UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  CASE NO. 19-24331-BKC-JKO
           CHAPTER 13
RALPH LEVI SANDERS, JR.
_____/

### DEBTOR'S MOTION FOR CONTINUANCE OF AUTOMATIC STAY
**(Expedited hearing requested)**

COMES NOW the Debtor, RALPH LEVI SANDERS, JR., by and through his undersigned attorney, files this Motion for Continuance of the Automatic Stay, and in support thereof states:

1. This Court has jurisdiction over this matter pursuant 28 U.S.C. Sections 1334(b), 157(a), and 362(d) of Title 11, United States Code. Furthermore, this is a core proceeding pursuant 28 USC Section 157(b)(2)(G).

2. The Debtor has a pending Chapter 13 Bankruptcy in the Southern District of Florida.

3. The Debtor had one prior case within the preceding one-year period.

4. The Debtor wishes to attempt to save his home. In addition, he has a large pending homeowner's insurance claim which he intends to use for the home.

5. The Debtor believes these circumstances make this second filing appropriate at this time.

WHEREFORE, the Debtor requests this Court enter an Order Continuing the Automatic Stay through completion of the Chapter 13 Plan, and to extend to all creditors.

Dated: October 26, 2019

LAW OFFICES OF MICHAEL H. JOHNSON
Attorneys for Debtor(s)
3601 W. Commercial Blvd, Ste 31
Ft. Lauderdale, FL  33309
(954) 535-1131

By: /s/ Michael H. Johnson
     Michael H. Johnson
     Florida Bar No. 0149543

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN  LOCAL RULE 2090-1(A).