United States Bankruptcy Court
Southern District of Florida

In re:                                                                  Case No. 19-24331-JKO
Ralph Levi Sanders, Jr.                                                 Chapter 13
        Debtor
## CERTIFICATE OF NOTICE

District/off: 113C-0         User: banoovong          Page 1 of 1           Date Rcvd: Oct 28, 2019
                             Form ID: CGFI3           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2019.
```
db          +Ralph Levi Sanders, Jr.,    561 SW 60 Ave.,    Plantation, FL 33317-3947
95383266    +ARS/Account Resolution Specialist,    POB 459079,    Sunrise, FL 33345-9079
95383265    +Albertelli Law,    POB 23028,    Tampa, FL 33623-2028
95383267   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank,    Attn.: Centralized Bankruptcy,    POB 20507,
               Kansas City, MO 64195)
95383268    +City of Plantation,    POB 918557,    Orlando, FL 32891-0001
95383269    +Dept of Treasury,    3700 East West Highway,    Hyattsville, MD 20782-2092
95383270    +Dr. Ramsey Pevsner,    7469 NW 4 St.,    Plantation, FL 33317-2216
95383272    +IC Systems, Inc,    Attention: Bankruptcy,    POB 64378,    St Paul, MN 55164-0378
95383273    +Inphynet South Broward, Inc.,    POB 740022,    Cincinnati, OH 45274-0022
95383276    +MD Now Medical Center,    2007 Palm Beach Lakes Blvd,    West Palm Beach, FL 33409-6501
95383275    +Marchelle Bailey, Esq.,    Special Assistant US Attorney,    200 W. Santa Ana Blvd., #180,
               Santa Ana, CA 92701-4134
95383277    +Medical Data Systems (MDS),    2001 9th Ave., #312,    Vero Beach, FL 32960-6413
95383278    +Memorial Physicians Group,    POB 58015,    Raleigh, NC 27658-8015
95383282    +Tenet Florida Physicians Service,    POB 100198,    Atlanta, GA 30384-0198
95383283    +Wells Fargo Bank, N.A.,    1000 Blue Gentian Rd.,    N9286-01Y,    Eagan, MN 55121-1663
95383284    +Westside Regional Medical Center,    POB 99008,    Bedford, TX 76095-9108
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: swulfekuhle@broward.org Oct 29 2019 01:50:27     Broward County Tax Collector,
               115 S Andrews Ave,    Ft Lauderdale, FL 33301-1818
smg          E-mail/Text: OGCBankruptcy@floridarevenue.com Oct 29 2019 01:50:18
               Florida Department of Revenue,    POB 6668,    Bankruptcy Division,
               Tallahassee, FL  32314-6668
95383271    +E-mail/Text: bankruptcy@flagshipcredit.com Oct 29 2019 01:52:22      Flagship Credit Acceptance,
               POB 965,    Chadds Ford, PA 19317-0643
95383274     E-mail/Text: cio.bncmail@irs.gov Oct 29 2019 01:51:46      IRS,
               Centralized Insolvency Operations,    POB 7346,    Philadelphia, PA 19101-7346
95383279    +E-mail/Text: bankruptcydpt@mcmcg.com Oct 29 2019 01:52:10      Midland Funding,
               8875 Aero Dr., #200,    San Diego, CA 92123-2255
95383280    +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 29 2019 01:55:23
               Resurgent Capital Services,    POB 1927,    Greenville, SC 29602-1927
95383281    +E-mail/Text: birminghamtops@sba.gov Oct 29 2019 01:52:32      Small Business Administration,
               801 Tom Martin Dr., #120,    Birmingham, AL 35211-6424
                                                                                             TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2019 at the address(es) listed below:
```
              Michael H. Johnson    on behalf of Debtor Ralph Levi Sanders, Jr. info@attorneydebthelper.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robin R Weiner     ecf@ch13weiner.com;ecf2@ch13weiner.com
                                                                                             TOTAL: 3
```

CGFI3 (6/30/17)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 19–24331–JKO**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Ralph Levi Sanders Jr.
561 SW 60 Ave.
Plantation, FL 33317

SSN: xxx–xx–6171

## NOTICE OF FILING OF CHAPTER 13 CASE AND
## NOTICE TO DEBTOR OF DEADLINE(S) TO CORRECT FILING DEFICIENCIES

**TO ALL PARTIES OF RECORD:**

**NOTICE OF FILING OF CHAPTER 13 CASE:** The above–named debtor filed a chapter 13 bankruptcy case on **October 25, 2019.** This notice is being provided to advise all parties of record of the filing of this case. Upon the filing of a plan by the debtor, the clerk's office will serve a notice on all creditors advising of the date for the meeting of creditors, the date of the confirmation hearing and any case deadlines that have been established. If you received this notice you may be a creditor in this case. The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Consult a lawyer to determine your rights in this case. The staff of the bankruptcy clerk's office cannot give legal advice.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

**TO THE DEBTOR, Ralph Levi Sanders, Jr. :**

**NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCIES: NOTICE IS HEREBY GIVEN TO THE DEBTOR(S)** that the above referenced case, which was filed on **October 25, 2019**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document, or failure to file the document using the correct and/or current form that substantially conforms to an Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

**Chapter 13 Plan** (Local Form LF–31) was not filed with the petition.
**Deadline to correct deficiency: 11/8/19**

**Schedules of assets and liabilities.** The following schedules were not filed OR were not filed using the correct and/or current Official Bankruptcy Form.
**Deadline to correct deficiency: 11/8/19**

Official Bankruptcy Form 106, Summary of Your Assets and Liabilities and Certain Statistical Information

Official Bankruptcy Form 106A/B, Schedule A/B: Property

Official Bankruptcy Form 106C, Schedule C: The Property You Claim as Exempt

Official Bankruptcy Form 106D, Schedule D: Creditors Who Hold Claims Secured by Property

Official Bankruptcy Form 106E/F, Schedule E/F: Creditors Who Have Unsecured Claims

> Official Bankruptcy Form 106G, Schedule G: Executory Contracts and Unexpired Leases
>
> Official Bankruptcy Form 106H, Schedule H: Your Codebtors
>
> Official Bankruptcy Form 106I, Schedule I: Your Income
>
> Official Bankruptcy Form 106J, Schedule J: Your Expenses **and** (if applicable) Official Bankruptcy Form 106J2, Schedule J–2: Expenses for Separate Household of Debtor 2

**Declaration About an Individual Debtor's Schedules** (Official Bankruptcy Form 106) was not filed or was not signed.
**Deadline to correct deficiency: 11/8/19**

- ☑ Declaration not filed
- ☐ Declaration not signed
- ☐ Declaration must be filed with deficient schedules listed above

**Your Statement of Financial Affairs for Individuals Filing for Bankruptcy** (Official Form 107) was not filed or was not signed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 11/8/19**

- ☑ Statement not filed
- ☐ Statement not signed
- ☐ Statement incomplete

**Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period** (Official Bankruptcy Form 122C–1) was not filed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 11/8/19**

**Copies of all payment advices or other evidence of payment received within 60 days before the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv)** for the **Debtor**. See Bankruptcy Rule 1007(b) and (c) and Local Rule 1007–1(E). Payment advices are deficient as indicated: **PAYMENT ADVICES NOT FILED**
**Deadline to correct deficiency: 11/8/19**

**Please also be advised** of the following local requirement when correcting any deficiency related to filing of petitions, schedules, statements or lists:

The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF–04) and the Official Bankruptcy Form "Declaration About an Individual Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements.

**Dated:** <u>10/28/19</u>                              **Clerk of Court**
                                                   By: <u>Bea Banoovong</u> , Deputy Clerk

The clerk shall serve a copy of this notice on all parties of record.