

**ORDERED in the Southern District of Florida on November 19, 2019.**

_____
John K. Olson, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

IN RE:                                                                    CASE NO. 19-24331-BKC-JKO
                                                                          CHAPTER 13
RALPH LEVI SANDERS, JR.
_____/

**ORDER GRANTING DEBTOR'S EXPEDITED
MOTION FOR CONTINUANCE OF AUTOMATIC STAY**

**THIS CAUSE** having come before the Court on November 13, 2019 upon the Debtor's Expedited Motion for Continuance of the Automatic Stay (DE 4), and the court having reviewed the Motion and the file in this cause, and being otherwise fully advised in the premises, it is, therefore,

**ORDERED AND ADJUDGED** that the Motion is hereby GRANTED. The automatic stay is continued until further order of this court.

###

Submitted by:

Law Offices of Michael H. Johnson, P.A.
3601 W. Commercial Blvd. Suite 31
Ft. Lauderdale, FL 33309
(954) 535-1131
(954) 641-7750 fax

Michael H. Johnson is directed to serve copies of this order on all interested parties and file a certificate of service.