**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

IN RE:                                              CASE NO. 19-24331-BKC-JKO
                                                    CHAPTER 13

RALPH LEVI SANDERS, JR.
_____/

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

\_\_\_\_\_ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
_____)

\_\_\_\_\_ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

__X__ Copies of all payment advices **are not** attached because the debtor:
   \_\_receives disability payments
   \_\_is unemployed and does not receive unemployment compensation
   _X_ receives Social Security payments
   \_\_receives a pension
   \_\_does not work outside the home
   \_\_ is self employed and does not receive payment advices
   \_\_is unemployed and does receive unemployment compensation

\_\_\_\_\_ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain:_____

**Joint Debtor (if applicable):**

\_\_\_\_\_ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
_____)

\_\_\_\_\_ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____ Copies of all payment advices **are not** attached because the debtor:
　　__receives disability payments
　　__is unemployed and does not receive unemployment compensation
　　__receives Social Security payments
　　__receives a pension
　　__does not work outside the home
　　__ is self employed and does not receive payment advices
　　__is unemployed and does receive unemployment compensation

_____ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received Explain:

***NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.***

　/s/ Michael H. Johnson　　　　　　　　　　Date:　11/22/19
Signature of Attorney or Debtor

LF-10  (06/02/08)　　　　　　　　　　page 2 of 2