```
                                United States Bankruptcy Court
                                Southern District of Florida
In re:                                                          Case No. 19-24331-JKO
Ralph Levi Sanders, Jr.                                         Chapter 13
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 113C-0          User: banoovong              Page 1 of 2             Date Rcvd: Nov 25, 2019
                              Form ID: pdf008              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2019.
db             +Ralph Levi Sanders, Jr.,    561 SW 60 Ave.,    Plantation, FL 33317-3947
95383266       +ARS/Account Resolution Specialist,    POB 459079,   Sunrise, FL 33345-9079
95383265       +Albertelli Law,   POB 23028,   Tampa, FL 33623-2028
95383267      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank,    Attn.: Centralized Bankruptcy,    POB 20507,
                 Kansas City, MO 64195)
95383268       +City of Plantation,   POB 918557,   Orlando, FL 32891-0001
95432854       +City of Plantation Code Enforcement,    451 NW 70 Ter.,   Plantation, FL 33317-2239
95383269       +Dept of Treasury,   3700 East West Highway,    Hyattsville, MD 20782-2092
95383270       +Dr. Ramsey Pevsner,   7469 NW 4 St.,    Plantation, FL 33317-2216
95383272       +IC Systems, Inc,   Attention: Bankruptcy,   POB 64378,   St Paul, MN 55164-0378
95383273       +Inphynet South Broward, Inc.,    POB 740022,   Cincinnati, OH 45274-0022
95383276       +MD Now Medical Center,    2007 Palm Beach Lakes Blvd,   West Palm Beach, FL 33409-6501
95383275       +Marchelle Bailey, Esq.,   Special Assistant US Attorney,    200 W. Santa Ana Blvd., #180,
                 Santa Ana, CA 92701-4134
95383277       +Medical Data Systems (MDS),    2001 9th Ave., #312,   Vero Beach, FL 32960-6413
95383278       +Memorial Physicians Group,    POB 58015,   Raleigh, NC 27658-8015
95432853       +Sprechman & Associates, P.A.,    2775 Sunny Isles Blvd., #100,   Miami, FL 33160-4078
95383282       +Tenet Florida Physicians Service,    POB 100198,   Atlanta, GA 30384-0198
95392159       +WESTSIDE REGIONAL MEDICAL CENTER,    Resurgent Capital Services,    PO Box 1927,
                 Greenville, SC 29602-1927
95383283       +Wells Fargo Bank, N.A.,   1000 Blue Gentian Rd.,    N9286-01Y,   Eagan, MN 55121-1663
95383284       +Westside Regional Medical Center,    POB 99008,   Bedford, TX 76095-9108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: swulfekuhle@broward.org Nov 26 2019 02:46:45     Broward County Tax Collector,
                 115 S Andrews Ave,   Ft Lauderdale, FL 33301-1818
smg             E-mail/Text: OGCBankruptcy@floridarevenue.com Nov 26 2019 02:46:13
                 Florida Department of Revenue,    POB 6668,   Bankruptcy Division,
                 Tallahassee, FL 32314-6668
95383271       +E-mail/Text: bankruptcy@flagshipcredit.com Nov 26 2019 02:50:45     Flagship Credit Acceptance,
                 POB 965,   Chadds Ford, PA 19317-0643
95383274        E-mail/Text: cio.bncmail@irs.gov Nov 26 2019 02:49:40     IRS,
                 Centralized Insolvency Operations,    POB 7346,   Philadelphia, PA 19101-7346
95383279       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 26 2019 02:50:22     Midland Funding,
                 8875 Aero Dr., #200,   San Diego, CA 92123-2255
95383280       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 26 2019 02:43:18
                 Resurgent Capital Services,   POB 1927,    Greenville, SC 29602-1927
95383281       +E-mail/Text: birminghamtops@sba.gov Nov 26 2019 02:51:06     Small Business Administration,
                 801 Tom Martin Dr., #120,   Birmingham, AL 35211-6424
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
95432858*      +ARS/Account Resolution Specialist,    POB 459079,   Sunrise, FL 33345-9079
95432857*      +Albertelli Law,   POB 23028,   Tampa, FL 33623-2028
95432859*     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank,    Attn.: Centralized Bankruptcy,    POB 20507,
                 Kansas City, MO 64195)
95432860*      +City of Plantation,   POB 918557,   Orlando, FL 32891-0001
95432861*      +City of Plantation Code Enforcement,    451 NW 70 Ter.,   Plantation, FL 33317-2239
95432862*      +Dept of Treasury,   3700 East West Highway,    Hyattsville, MD 20782-2092
95432863*      +Dr. Ramsey Pevsner,   7469 NW 4 St.,    Plantation, FL 33317-2216
95432864*      +Flagship Credit Acceptance,   POB 965,    Chadds Ford, PA 19317-0643
95432865*      +IC Systems, Inc,   Attention: Bankruptcy,   POB 64378,   St Paul, MN 55164-0378
95432867*       IRS,   Centralized Insolvency Operations,    POB 7346,   Philadelphia, PA 19101-7346
95432866*      +Inphynet South Broward, Inc.,    POB 740022,   Cincinnati, OH 45274-0022
95432869*      +MD Now Medical Center,    2007 Palm Beach Lakes Blvd,   West Palm Beach, FL 33409-6501
95432868*      +Marchelle Bailey, Esq.,   Special Assistant US Attorney,    200 W. Santa Ana Blvd., #180,
                 Santa Ana, CA 92701-4134
95432870*      +Medical Data Systems (MDS),    2001 9th Ave., #312,   Vero Beach, FL 32960-6413
95432871*      +Memorial Physicians Group,    POB 58015,   Raleigh, NC 27658-8015
95432852*      +Midland Funding,   8875 Aero Dr., #200,    San Diego, CA 92123-2255
95432872*      +Midland Funding,   8875 Aero Dr., #200,    San Diego, CA 92123-2255
95432873*      +Resurgent Capital Services,   POB 1927,    Greenville, SC 29602-1927
95432874*      +Small Business Administration,    801 Tom Martin Dr., #120,   Birmingham, AL 35211-6424
95432875*      +Sprechman & Associates, P.A.,    2775 Sunny Isles Blvd., #100,   Miami, FL 33160-4078
95432876*      +Tenet Florida Physicians Service,    POB 100198,   Atlanta, GA 30384-0198
95432877*      +Wells Fargo Bank, N.A.,   1000 Blue Gentian Rd.,    N9286-01Y,   Eagan, MN 55121-1663
95432878*      +Westside Regional Medical Center,    POB 99008,   Bedford, TX 76095-9108
                                                                                   TOTALS: 0, * 23, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 113C-0            User: banoovong              Page 2 of 2             Date Rcvd: Nov 25, 2019
                                Form ID: pdf008              Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2019 at the address(es) listed below:

        Michael H. Johnson     on behalf of Debtor Ralph Levi Sanders, Jr. info@attorneydebthelper.com
        Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
        Robin R Weiner     ecf@ch13weiner.com;ecf2@ch13weiner.com

        TOTAL: 3

## UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☒ MMM _____ Original Plan
☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Ralph Levi Sanders     JOINT DEBTOR: _____     CASE NO.: 19-24331-JKO
SS#: xxx-xx- 6171               SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section VIII | ☒ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,671.46 for months 1 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**  ☐ NONE   ☐ PRO BONO

| Total Fees: $6775.00 | Total Paid: $500.00 | Balance Due: $6275.00 |
|---|---|---|
| Payable $319.50 /month (Months 1 to 18 ) | | |
| Payable $262.00 /month (Months 19 to 20 ) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3,500.00 for CH 13 atty. fees, $2,500.00 for MMM program and $775.00 for Motion to Value

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:**  ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Wells Fargo Bank, N.A.
   Address: 1 Home Campus
   MAC# X2302-04C
   Des Moines IA 50328
   Arrearage/ Payoff on Petition Date _____
   MMM Adequate Protection   $1,200.01 /month (Months 1 to 60 )

   Last 4 Digits of Account No.: 9122
   Other:

Debtor(s): Ralph Levi Sanders    Case number: 19-24331-JKO

| ■ Real Property | Check one below for Real Property: |
|---|---|
| ■ Principal Residence | ■ Escrow is included in the regular payments |
| ☐ Other Real Property | ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly |

Address of Collateral:
561 SW 60 Ave.
Plantation, FL 33317

☐ Personal Property/Vehicle

Description of Collateral:

B. **VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ☐ NONE

| 1. Creditor: Small Business Administration<br>Address: 801 Tom Martin Dr., #120<br>Birmingham, AL 35211<br>Last 4 Digits of Account No.: 6003<br>Real Property<br>■ Principal Residence<br>☐ Other Real Property<br>Address of Collateral:<br>561 SW 60 Ave. Plantation, FL 33317 | Value of Collateral: $0.00<br>Amount of Creditor's Lien: $0.00<br>Interest Rate: 0.00%<br>Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>☐ The debtor(s) will pay<br>☐ taxes ☐ insurance directly | **Payment**<br>Total paid in plan: $0.00<br>$0.00 /month (Months ___ to ___) |

2. **VEHICLES(S):** ■ NONE

3. **PERSONAL PROPERTY:** ■ NONE

C. **LIEN AVOIDANCE** ■ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

■ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

☐ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|
| 1. Small Business Administration | 6003 | 561 SW 60 Ave. Plantation, FL 33317 |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

B. **INTERNAL REVENUE SERVICE:** ■ NONE

C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

D. **OTHER:** ■ NONE

Debtor(s): Ralph Levi Sanders     Case number: 19-24331-JKO

## V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS

A. Pay $0.00 /month (Months 1 to 18 )

Pay $57.50 /month (Months 19 to 20 )

Pay $319.50 /month (Months 21 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. SEPARATELY CLASSIFIED:    ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

## VI. EXECUTORY CONTRACTS AND UNEXPIRED LEASES: 
Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

■ NONE

## VII. INCOME TAX RETURNS AND REFUNDS: ■ NONE

## VIII. NON-STANDARD PLAN PROVISIONS ☐ NONE

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

1. In the event the Debtor recovers any non-exempt proceeds from his pending lawsuit against Temenos USA, Inc., those proceeds will be placed in the Debtor's Attorney's Trust Account and turned over to the Chapter 13 Trustee for the benefit of the unsecured creditors over and above what is provided for in the plan up to 100% of allowed unsecured claims.

2. In the event the Debtor recovers any non-exempt proceeds from his pending claim against Universal Property Insurance for water damage to his homestead property, those proceeds will be placed in the Debtor's Attorney's Trust Account and turned over to the Chapter 13 Trustee for the benefit of the unsecured creditors over and above what is provided for in the plan up to 100% of allowed unsecured claims.

3. In the event the Debtor recovers any non-exempt proceeds from a potential claim for retroactive Finland survivor benefits, those proceeds will be placed in the Debtor's Attorney's Trust Account and turned over to the Chapter 13 Trustee for the benefit of the unsecured creditors over and above what is provided for in the plan up to 100% of allowed unsecured claims.

4. In the event the Debtor recovers any non-exempt proceeds from a potential claim against Wells Fargo/ New York Bank Mellon for failure to provide a HAMP, those proceeds will be placed in the Debtor's Attorney's Trust Account and turned over to the Chapter 13 Trustee for the benefit of the unsecured creditors over and above what is provided for in the plan up to 100% of allowed unsecured claims.

☐ Mortgage Modification Mediation

Debtor(s): Ralph Levi Sanders          Case number: 19-24331-JKO

## PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor   11/22/2019
Ralph Levi Sanders                Date

_____ Joint Debtor   _____
                                        Date

_____              _____
Attorney with permission to sign on      Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**