IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

RALPH LEVI SANDERS JR   CASE NO. 19-24331-JKO
   CHAPTER 13

      Debtor.
_____/

## OBJECTION TO CONFIRMATION OF PLAN

Creditor, Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD2, Asset-Backed Certificates, Series 2006-SD2, files its Objection to Confirmation of Plan and states:

1. Creditor holds a note secured by a mortgage on the property located at 561 SW 60 Avenue, Plantation, Florida 33317.

2. Creditor is in the process of timely filing a Proof of Claim in the estimated amount of $434,290.46, including a secured arrearage of $212,115.57.

3. Debtor's Plan indicates an intention to mediate with Creditor through the Loss Mitigation Mediation Program; however, an appropriate motion has not been filed, as of the date of this Objection.

4. If a mediation commences and results in an impasse or denial of the modification application, Creditor's Proof of Claim should be in paid in full or the property surrendered.

5. Moreover, Debtor's Plan should account for future taxes and insurance during the pendency of the potential mediation.

**WHEREFORE**, Creditor respectfully requests the Court sustain this Objection and for such other and further relief as the Court deems appropriate.

>*/s/ Gavin N. Stewart*
>Gavin N. Stewart, Esquire
>Florida Bar Number 52899
>P.O. Box 5703
>Clearwater, FL 33758
>P: (727) 565-2653
>F: (727) 213-9022
>E: bk@stewartlegalgroup.com
>Counsel for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and first class mail this 29th day of November, 2019.

>*/s/ Gavin N. Stewart*
>Gavin N. Stewart, Esquire

**VIA FIRST CLASS MAIL**
Ralph Levi Sanders, Jr.
561 SW 60 Ave.
Plantation, FL 33317

**VIA CM/ECF NOTIFICATION**
Michael H. Johnson
3601 W. Commercial Blvd. #31
Ft. Lauderdale, FL 33309

Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130