UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 19-24331-BKC-JKO
PROCEEDING UNDER CHAPTER 13

IN RE:

RALPH LEVI SANDERS, JR.
XXX-XX-6171

DEBTOR_____/

## OBJECTION TO EXEMPTIONS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

**Robin R. Weiner**, Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), hereby objects to the Debtor's claimed exemptions in Schedule C and states:

1. The Debtor's claim of exemption in BANK ACCOUNT BY TBE violates the provisions of 11 U.S.C. Section 511, F.S. Section 222.20 and F.S. Section 222.30.

**WHEREFORE**, the Trustee respectfully requests that the claimed exemption(s) be stricken and disallowed.

**I HEREBY CERTIFY** that I am admitted to the Bar of United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Objection to Exemptions and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, to the parties listed on the attached service list this 16th day of January, 2020.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

OBJECTION TO EXEMPTIONS
CASE NO.:  19-24331-BKC-JKO

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
RALPH LEVI SANDERS, JR.
561 SW 60 AVE.
PLANTATION, FL  33317

**ATTORNEY FOR DEBTOR**
MICHAEL H. JOHNSON, ESQUIRE
3601 WEST COMMERICAL BLVD
SUITE 31
FT. LAUDERDALE, FL  33309