UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                          CASE NO. 19-24331-BKC-JKO
                                                CHAPTER 13
RALPH LEVI SANDERS, JR.
_____/

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that true copies of the following documents were served upon all interested parties listed on the attached Service List, in the manner noted therein, on January 30, 2020:

  1.  Objection to Proof of Claim filed by Westside Medical Center (Claim no.: 1-1).

  2.  Notice of Hearing on Objection to Proof of Claim filed by Westside Medical Center (Claim no.: 1-1) scheduled for March 2, 2020.

Dated: January 30, 2020                 LAW OFFICES OF MICHAEL H. JOHNSON
                                        Attorneys for Debtor(s)
                                        3601 W. Commercial Blvd, Ste 31
                                        Ft. Lauderdale, FL  33309
                                        (954) 535-1131

                                        By: /s/ Michael H. Johnson
                                             Michael H. Johnson
                                             Florida Bar No. 0149543

                                        I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).

**SERVICE LIST:**

**VIA CM/ECF:**
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

**VIA U.S. MAIL:**
Westside Regional Medical Center
c/o Resurgent Capital Services
POB 1927
Greenville, SC 29602
ATTN: Stacie Rhoades, Claims Processor