UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                          CASE NO. 19-24331-BKC-JKO
                                                CHAPTER 13

RALPH LEVI SANDERS, JR.

_____/

## CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that true copies of the following documents were served upon all

interested parties listed on the attached service List, in the manner noted therein, on February 1,

2020:

        1.  Motion to Value and Determine Secured Status of Lien on Real Property Held by
US Small Business Administration.

        2.  Notice of Hearing on Motion to Value and Determine Secured Status of Lien on
Real Property Held by US Small Business Administration scheduled for March 2, 2020.

Dated: February 1, 2020                         LAW OFFICES OF MICHAEL H. JOHNSON
                                                Attorneys for Debtor(s)
                                                3601 W. Commercial Blvd, Ste 31
                                                Ft. Lauderdale, FL  33309
                                                (954) 535-1131


                                                By: /s/ Michael H. Johnson
                                                    Michael H. Johnson
                                                    Florida Bar No. 0149543

                                                    I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE
                                                    UNITED STATES DISTRICT COURT FOR THE SOUTHERN
                                                    DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE
                                                    ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT
                                                    SET FORTH IN  LOCAL RULE 2090-1(A).

**SERVICE LIST:**

**Via CM/ECF:**
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

Gavin N Stewart on behalf of Creditor Specialized Loan Servicing LLC
bk@stewartlegalgroup.com

**Via Certified US Mail:**
Victoria Guerrero, District Director
U.S. Small Business Administration
51 SW First Ave., Suite 201
Miami, FL 33130

Stephen Kong, COO
U.S. Small Business Administration
409 3rd St. S.W., Suite 7000
Washinton, DC 20416

**Via US Mail:**
Small Business Administration
801 Tom Martin Dr.,  Suite 120
Birmingham, AL 35211