UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  CASE NO. 19-24331-BKC-JKO
  CHAPTER 13
RALPH LEVI SANDERS, JR.
_____/

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that true copies of the following documents were served upon all interested parties listed on the attached Service List, in the manner noted therein, on February 2, 2020:

1. Objection to Proof of Claim filed by Department of the Treasury – Internal Revenue Service (Claim no.: 3-1).

2. Notice of Hearing on Objection to Proof of Claim filed by Department of the Treasury – Internal Revenue Service (Claim no.: 3-1) scheduled for March 2, 2020.

Dated: February 2, 2020

LAW OFFICES OF MICHAEL H. JOHNSON
Attorneys for Debtor(s)
3601 W. Commercial Blvd, Ste 31
Ft. Lauderdale, FL  33309
(954) 535-1131

By: /s/ Michael H. Johnson
     Michael H. Johnson
     Florida Bar No. 0149543

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN  LOCAL RULE 2090-1(A).

**SERVICE LIST:**

**VIA CM/ECF:**
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

**VIA U.S. MAIL:**
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
7850 SW 6 Ct.
M/S 5730
Jacksonville, FL 32202
ATTN: Jorge Luciano, Bankruptcy Specialist