UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  19-24331-BKC-JKO
PROCEEDING UNDER CHAPTER 13

IN RE:

RALPH LEVI SANDERS, JR.
XXX-XX-6171

DEBTOR_____/

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO EXEMPTIONS

**COMES NOW**, Robin R. Weiner, Esquire, Standing Chapter 13 Trustee, and files this Notice of Withdrawal of Trustee's Objection to Exemptions in the above-styled proceeding and states as follows:

1. The Trustee hereby withdraws her Objection to Exemptions.

**RESPECTFULLY SUBMITTED** this  4th day of February, 2020.

*/s/ Robin R. Weiner*_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**COPIES FURNISHED TO:**

**DEBTOR**
RALPH LEVI SANDERS, JR.
561 SW 60 AVE.
PLANTATION, FL  33317

**ATTORNEY FOR DEBTOR**
MICHAEL H. JOHNSON, ESQUIRE
3601 WEST COMMERICAL BLVD
SUITE 31
FT. LAUDERDALE, FL  33309