**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 19-24331-BKC-JKO**
PROCEEDING UNDER CHAPTER 13

IN RE:

RALPH LEVI SANDERS, JR.
XXX-XX-6171

DEBTOR_____/

### NOTICE OF CONTINUED CONFIRMATION HEARING

   **YOU ARE HEREBY NOTIFIED** that the Confirmation Hearing has been continued to <u>March 02, 2020</u> at <u>9:00 PM</u> at the United States Federal Bankruptcy Courthouse, 299 East Broward Boulevard, Room 301, Fort Lauderdale, FL 33301.

**PLEASE TAKE NOTICE** the Court may dismiss the above-referenced case for failure to propose a confirmable plan or for any other reason deemed necessary by the Court without further notice.

   **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Continued Confirmation Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 4th day of February, 2020.

*/s/ Robin R. Weiner*_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

NOTICE OF CONTINUED CONFIRMATION HEARING
CASE NO.:  19-24331-BKC-JKO

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
RALPH LEVI SANDERS, JR.
561 SW 60 AVE.
PLANTATION, FL  33317

**ATTORNEY FOR DEBTOR**
MICHAEL H. JOHNSON, ESQUIRE
3601 WEST COMMERICAL BLVD
SUITE 31
FT. LAUDERDALE, FL  33309

**MICHAEL H. JOHNSON, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.