

**ORDERED in the Southern District of Florida on February 5, 2020.**

_____
John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 19-24331-BKC-JKO
PROCEEDING UNDER CHAPTER 13

IN RE:

RALPH LEVI SANDERS, JR.
XXX-XX-6171

_____DEBTOR_____/

### ORDER AUTHORIZING CHAPTER 13 TRUSTEE TO DISBURSE PRE-CONFIRMATION PAYMENTS TO ADMINISTRATIVE, SECURED, AND PRIORITY CREDITORS

**THIS CAUSE** came to be heard on the February 3, 2020 Consent Calendar without opposition for confirmation of a proposed Chapter 13 Plan, the confirmation hearing being continued to March 2, 2020, and based upon the record, it is

**ORDERED**:

1. To facilitate the administration of this case, any and all interim pre-confirmation payments made to Robin R. Weiner, Standing Chapter 13 Trustee ("Trustee") shall be non-refundable to the Debtor.

2. The Debtor is ordered to continue making payments each month to the Trustee in accordance with the last filed Chapter 13 Plan. Failure to continue payments may result in the dismissal of the case.

ORDER AUTHORIZING TRUSTEE TO DISBURSE PAYMENTS
CASE NO.: 19-24331-BKC-JKO

3. As a condition for the continued confirmation hearing and delay of payments to the creditors, the Trustee shall hold any and all interim pre-confirmation payments in trust as adequate protection payments for the secured creditors and in trust for the administrative and priority creditors on a pro-rata basis, in accordance with the last filed plan filed at least one day prior to the last confirmation hearing date, less all applicable Trustee's fees and costs pending confirmation, conversion or dismissal of the case.

4. If for any reason, the case is dismissed or converted to any other chapter in bankruptcy, the Trustee shall disburse in the normal course all payments held in trust on a pro-rata basis, in accordance with the last filed plan filed at least one day prior to the last confirmation hearing date, less all applicable Trustee's fees and costs.

###

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

**DEBTOR**
RALPH LEVI SANDERS, JR.
561 SW 60 AVE.
PLANTATION, FL 33317

**ATTORNEY FOR DEBTOR**
MICHAEL H. JOHNSON, ESQUIRE
3601 WEST COMMERICAL BLVD
SUITE 31
FT. LAUDERDALE, FL 33309

**ROBIN R. WEINER** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.