UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                          CASE NO. 19-24331-BKC-JKO
                                                CHAPTER 13

RALPH LEVI SANDERS, JR.
_____/

## NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR
## WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT

The undersigned attorney for Debtor hereby certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) ☐ No further action is necessary.

2) The following actions have been taken:

- ■ The debtor has filed an objection to the proof of claims filed by Westside Regional Medical Center (Claim 1-1) and the Department of the Treasury- Internal Revenue Service (Claim 3-1).

- ☐ The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

- ☐ Other: _____ .

A copy of this certificate of compliance was served on the chapter 13 trustee and the debtor on February 7, 2020.

Dated: February 7, 2020

                                                 Law Offices of Michael H. Johnson
                                                 Attorneys for Debtor
                                                 3601 W. Commercial Blvd., Suite 31
                                                 Ft. Lauderdale, FL 33309
                                                 (954) 535-1131
                                                 (954) 641-7750 fax

                                                 By: /s/ Michael H. Johnson
                                                      Michael H. Johnson, Esq.
                                                      Florida Bar No. 0149543

                                                 I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).