```
                          United States Bankruptcy Court
                           Southern District of Florida

In re:                                                    Case No. 19-24331-JKO
Ralph Levi Sanders, Jr.                                   Chapter 13
          Debtor          CERTIFICATE OF NOTICE

District/off: 113C-0          User: admin              Page 1 of 2              Date Rcvd: Feb 05, 2020
                              Form ID: CGFD65          Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2020.
db             +Ralph Levi Sanders, Jr.,    561 SW 60 Ave.,    Plantation, FL 33317-3947
cr             +Specialized Loan Servicing LLC,    c/o Gavin Stewart,    POB 5703,    Clearwater, FL 33758-5703
95383266       +ARS/Account Resolution Specialist,    POB 459079,    Sunrise, FL 33345-9079
95383265       +Albertelli Law,    POB 23028,   Tampa, FL 33623-2028
95383267      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank,    Attn.: Centralized Bankruptcy,    POB 20507,
                 Kansas City, MO 64195)
95383268       +City of Plantation,    POB 918557,   Orlando, FL 32891-0001
95432854       +City of Plantation Code Enforcement,    451 NW 70 Ter.,    Plantation, FL 33317-2239
95383269       +Dept of Treasury,    3700 East West Highway,   Hyattsville, MD 20782-2092
95383270       +Dr. Ramsey Pevsner,    7469 NW 4 St.,   Plantation, FL 33317-2216
95383272       +IC Systems, Inc,    Attention: Bankruptcy,   POB 64378,    St Paul, MN 55164-0378
95383273       +Inphynet South Broward, Inc.,    POB 740022,   Cincinnati, OH 45274-0022
95383276       +MD Now Medical Center,    2007 Palm Beach Lakes Blvd,    West Palm Beach, FL 33409-6501
95383275       +Marchelle Bailey, Esq.,    Special Assistant US Attorney,    200 W. Santa Ana Blvd., #180,
                 Santa Ana, CA 92701-4134
95383277       +Medical Data Systems (MDS),    2001 9th Ave., #312,    Vero Beach, FL 32960-6413
95383278       +Memorial Physicians Group,    POB 58015,   Raleigh, NC 27658-8015
95432853       +Sprechman & Associates, P.A.,    2775 Sunny Isles Blvd., #100,    Miami, FL 33160-4078
95383282       +Tenet Florida Physicians Service,    POB 100198,    Atlanta, GA 30384-0198
95553088       +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
95392159       +WESTSIDE REGIONAL MEDICAL CENTER,    Resurgent Capital Services,    PO Box 1927,
                 Greenville, SC 29602-1927
95383283       +Wells Fargo Bank, N.A.,    1000 Blue Gentian Rd.,    N9286-01Y,    Eagan, MN 55121-1663
95383284       +Westside Regional Medical Center,    POB 99008,   Bedford, TX 76095-9108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: swulfekuhle@broward.org Feb 06 2020 02:32:24      Broward County Tax Collector,
                 115 S Andrews Ave,    Ft Lauderdale, FL 33301-1818
smg             E-mail/Text: OGCBankruptcy@floridarevenue.com Feb 06 2020 02:31:59
                 Florida Department of Revenue,    POB 6668,   Bankruptcy Division,
                 Tallahassee, FL 32314-6668
95383271       +E-mail/Text: bankruptcy@flagshipcredit.com Feb 06 2020 02:38:29      Flagship Credit Acceptance,
                 POB 965,   Chadds Ford, PA 19317-0643
95383274        E-mail/Text: cio.bncmail@irs.gov Feb 06 2020 02:37:03      IRS,
                 Centralized Insolvency Operations,    POB 7346,   Philadelphia, PA 19101-7346
95383279       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 06 2020 02:38:10      Midland Funding,
                 8875 Aero Dr., #200,    San Diego, CA 92123-2255
95383280       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2020 02:29:05
                 Resurgent Capital Services,    POB 1927,   Greenville, SC 29602-1927
95383281       +E-mail/Text: birminghamtops@sba.gov Feb 06 2020 02:38:56      Small Business Administration,
                 801 Tom Martin Dr., #120,    Birmingham, AL 35211-6424
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
95432858*      +ARS/Account Resolution Specialist,    POB 459079,    Sunrise, FL 33345-9079
95432857*      +Albertelli Law,    POB 23028,   Tampa, FL 33623-2028
95432859*     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank,    Attn.: Centralized Bankruptcy,    POB 20507,
                 Kansas City, MO 64195)
95432860*      +City of Plantation,    POB 918557,   Orlando, FL 32891-0001
95432861*      +City of Plantation Code Enforcement,    451 NW 70 Ter.,    Plantation, FL 33317-2239
95432862*      +Dept of Treasury,    3700 East West Highway,   Hyattsville, MD 20782-2092
95432863*      +Dr. Ramsey Pevsner,    7469 NW 4 St.,   Plantation, FL 33317-2216
95432864*      +Flagship Credit Acceptance,    POB 965,   Chadds Ford, PA 19317-0643
95432865*      +IC Systems, Inc,    Attention: Bankruptcy,   POB 64378,    St Paul, MN 55164-0378
95432867*       IRS,   Centralized Insolvency Operations,    POB 7346,   Philadelphia, PA 19101-7346
95432866*      +Inphynet South Broward, Inc.,    POB 740022,   Cincinnati, OH 45274-0022
95432869*      +MD Now Medical Center,    2007 Palm Beach Lakes Blvd,    West Palm Beach, FL 33409-6501
95432868*      +Marchelle Bailey, Esq.,    Special Assistant US Attorney,    200 W. Santa Ana Blvd., #180,
                 Santa Ana, CA 92701-4134
95432870*      +Medical Data Systems (MDS),    2001 9th Ave., #312,    Vero Beach, FL 32960-6413
95432871*      +Memorial Physicians Group,    POB 58015,   Raleigh, NC 27658-8015
95432852*      +Midland Funding,    8875 Aero Dr., #200,   San Diego, CA 92123-2255
95432872*      +Midland Funding,    8875 Aero Dr., #200,   San Diego, CA 92123-2255
95432873*      +Resurgent Capital Services,    POB 1927,   Greenville, SC 29602-1927
95432874*      +Small Business Administration,    801 Tom Martin Dr., #120,    Birmingham, AL 35211-6424
95432875*      +Sprechman & Associates, P.A.,    2775 Sunny Isles Blvd., #100,    Miami, FL 33160-4078
95432876*      +Tenet Florida Physicians Service,    POB 100198,    Atlanta, GA 30384-0198
95432877*      +Wells Fargo Bank, N.A.,    1000 Blue Gentian Rd.,    N9286-01Y,    Eagan, MN 55121-1663
95432878*      +Westside Regional Medical Center,    POB 99008,   Bedford, TX 76095-9108
                                                                                TOTALS: 0, * 23, ## 0
```

```
District/off: 113C-0              User: admin            Page 2 of 2               Date Rcvd: Feb 05, 2020
                                  Form ID: CGFD65       Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
              Gavin N Stewart    on behalf of Creditor    Specialized Loan Servicing LLC bk@stewartlegalgroup.com
              Michael H. Johnson    on behalf of Debtor Ralph Levi Sanders, Jr. info@attorneydebthelper.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robin R Weiner    ecf@ch13weiner.com;ecf2@ch13weiner.com
                                                                                             TOTAL: 4

**CGFD65** (10/01/16)



**ORDERED in the Southern District of Florida on February 5, 2020**

**John K Olson**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 19–24331–JKO**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Ralph Levi Sanders Jr.
561 SW 60 Ave.
Plantation, FL 33317

SSN: xxx–xx–6171

## ORDER DETERMINING DEBTOR'S
## COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

The information required by 11 U.S.C. §521(a)(1) as provided by the debtor\* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017–2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2. If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3. Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4. Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

# # #

\* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.