**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

■ 1st - MMM _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Ralph Levi Sanders    JOINT DEBTOR: _____    CASE NO.: 19-24331-JKO

SS#: xxx-xx-6171    SS#: xxx-xx-____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ■ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,683.28 for months 1 to 20 ;
2. $1,671.47 for months 21 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| | | | | | |
|---|---|---|---|---|---|
| Total Fees: | $6775.00 | Total Paid: | $500.00 | Balance Due: | $6275.00 |
| Payable | $319.50 | /month (Months 1 to 18 ) | | | |
| Payable | $262.00 | /month (Months 19 to 20 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3,500.00 for CH 13 atty. fees, $2,500.00 for MMM program and $775.00 for Motion to Value

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: The Bank of New York Mellon c/o Specialized Loan Servicing, LLC

   Address: POB 636007
   Littleton, CO 80163

   Arrearage/ Payoff on Petition Date _____

   MMM Adequate Protection    $1,200.01 /month (Months 1 to 60 )

   Last 4 Digits of Account No.: 9424

   Other: _____

LF-31 (rev. 10/3/17)

■ Real Property        Check one below for Real Property:
   ■ Principal Residence        ■ Escrow is included in the regular payments
   ☐ Other Real Property        ☐ The debtor(s) will pay    ☐ taxes    ☐ insurance directly

Address of Collateral:
561 SW 60 Ave.
Plantation, FL 33317

☐ Personal Property/Vehicle

Description of Collateral:

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

**1. REAL PROPERTY:** ☐ NONE

| | | |
|---|---|---|
| 1. Creditor: Small Business Administration<br>Address: 801 Tom Martin Dr., #120<br>Birmingham, AL 35211<br>Last 4 Digits of Account No.: 6003<br>Real Property<br>■ Principal Residence<br>☐ Other Real Property<br>Address of Collateral:<br>561 SW 60 Ave. Plantation, FL 33317 | Value of Collateral: $415,000.00<br>Amount of Creditor's Lien: $27,688.92<br>Interest Rate: 0.00%<br>Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>☐ The debtor(s) will pay<br>  ☐ taxes    ☐ insurance directly | **Payment**<br>Total paid in plan: $0.00<br><br>$0.00 /month (Months ___ to ___ ) |

**2. VEHICLES(S):** ■ NONE

**3. PERSONAL PROPERTY:** ■ NONE

**C. LIEN AVOIDANCE** ■ NONE

**D. SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
  ■ NONE

**E. DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
  ■ NONE

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

  **A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

  **B. INTERNAL REVENUE SERVICE:** ☐ NONE

| | | | |
|---|---|---|---|
| Total Due: | $214.88 | Total Payment | $214.88 |
| Payable: | $10.74 | /month (Months 1 to 20 ) | |

  **C. DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

  **D. OTHER:** ■ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

A.  Pay    $0.00    /month (Months  1  to  18 )

   Pay    $57.50    /month (Months  19  to  20 )

   Pay    $319.50    /month (Months  21  to  60 )

   Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B.  ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C.  SEPARATELY CLASSIFIED:    ☒ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI.  **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

   ☒ NONE

VII.  **INCOME TAX RETURNS AND REFUNDS:** ☒ NONE

VIII.  **NON-STANDARD PLAN PROVISIONS** ☐ NONE

   ☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

   1. In the event the Debtor recovers any non-exempt proceeds from his pending lawsuit against Temenos USA, Inc., those proceeds will be placed in the Debtor's Attorney's Trust Account and turned over to the Chapter 13 Trustee for the benefit of the unsecured creditors over and above what is provided for in the plan up to 100% of allowed unsecured claims.

   2. In the event the Debtor recovers any non-exempt proceeds from his pending claim against Universal Property Insurance for water damage to his homestead property, those proceeds will be placed in the Debtor's Attorney's Trust Account and turned over to the Chapter 13 Trustee for the benefit of the unsecured creditors over and above what is provided for in the plan up to 100% of allowed unsecured claims.

   3. In the event the Debtor recovers any non-exempt proceeds from a potential claim for retroactive Finland survivor benefits, those proceeds will be placed in the Debtor's Attorney's Trust Account and turned over to the Chapter 13 Trustee for the benefit of the unsecured creditors over and above what is provided for in the plan up to 100% of allowed unsecured claims.

   4. In the event the Debtor recovers any non-exempt proceeds from a potential claim against Wells Fargo/ New York Bank Mellon for failure to provide a HAMP, those proceeds will be placed in the Debtor's Attorney's Trust Account and turned over to the Chapter 13 Trustee for the benefit of the unsecured creditors over and above what is provided for in the plan up to 100% of allowed unsecured claims.

   ☐ Mortgage Modification Mediation

Debtor(s): Ralph Levi Sanders    Case number: 19-24331-JKO

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|
| Ralph Levi Sanders | | | |

/s/ Michael H. Johnson, Esq.    2/08/2020
Attorney with permission to sign on Debtor(s)' behalf    Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**