

**ORDERED in the Southern District of Florida on March 4, 2020.**

**Paul G. Hyman, Jr., Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

IN RE:                                              CASE NO. 19-24331-BKC-PGH
                                                    CHAPTER 13
RALPH LEVI SANDERS, JR.
_____/

### ORDER SUSTAINING OBJECTION TO CLAIM NO. 1-1

**THIS CAUSE** came to be heard on the Chapter 13 consent calendar on March 2, 2020 on the Debtor's Objection to Claim Number 1-1 (DE 29), and there being no objections otherwise raised, it is, therefore

ORDERED AND ADJUDGED as follows:

1.  The Court sustains the Debtor's Objection to Claim of Westside Regional Medical Center (Claim No. 1-1).

2.  Westside Regional Medical Center's claim shall be stricken in its entirety.

###

Submitted by:

Law Offices of Michael H. Johnson, P.A.
3601 W. Commercial Blvd. Suite 31
Ft. Lauderdale, FL 33309
(954) 535-1131
(954) 641-7750 fax

Michael H. Johnson is directed to serve copies of this order on all interested parties and file a certificate of service.