UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                        CASE NO. 19-24331-BKC-PGH
                                                 CHAPTER 13

RALPH LEVI SANDERS, JR.
_____/

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that true copies of the following documents were served upon all interested parties listed on the attached service List, in the manner noted therein, on March 5, 2020:

      Order Granting Motion to Value and Determine Secured Status of Lien on Real Property Held by US Small Business Administration (DE 53).

Dated: March 5, 2020                        LAW OFFICES OF MICHAEL H. JOHNSON
                                                 Attorneys for Debtor(s)
                                                 3601 W. Commercial Blvd, Ste 31
                                                 Ft. Lauderdale, FL 33309
                                                 (954) 535-1131

                                                 By: /s/ Michael H. Johnson
                                                      Michael H. Johnson
                                                      Florida Bar No. 0149543

                                                    I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).

**SERVICE LIST:**

**Via CM/ECF:**
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

Gavin N Stewart on behalf of Creditor Specialized Loan Servicing LLC
bk@stewartlegalgroup.com

**Via US Mail:**
Victoria Guerrero, District Director
U.S. Small Business Administration
51 SW First Ave., Suite 201
Miami, FL 33130

Stephen Kong, COO
U.S. Small Business Administration
409 3rd St. S.W., Suite 7000
Washinton, DC 20416

Small Business Administration
801 Tom Martin Dr.,  Suite 120
Birmingham, AL 35211