**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

IN RE:                                                                       CASE NO. 19-24331-BKC-PGH
                                                                             CHAPTER 13
RALPH LEVI SANDERS, JR.
_____/

**CERTIFICATE OF NO RESPONSE AND REQUEST FOR ENTRY OF ORDER**

      The Debtor filed an Attorney-Represented Debtor's Verified "Out of Time" Motion for Referral to Mortgage Mitigation Mediation ("Out of Time Motion") on February 29, 2020 (ECF #50), pursuant to the Mortgage Modification Mediation ("MMM") program procedures adopted under Administrative Order 14-3.  The Debtor represents the following:

1.	The motion and a proposed order were timely served on the Lender and other interested parties.

2.	The motion contained the required negative notice bulletin.

3.	The deadline for response to the motion was March 15, 2020.

4.	A check of the electronic entries docketed in this case as of March 17, 2020 confirms that no objections to or requests for hearing on the motion have been filed.

      Debtor seeks the entry of the Order Granting Debtor's Verified "Out of Time" Motion for Referral to Mortgage Modification Mediation.

Dated: March 17, 2020                    /s/ Michael H. Johnson, Esq.
                                         Law Offices of Michael H. Johnson, P.A.
                                         3601 W. Commercial Blvd., Suite 31
                                         Fort Lauderdale, FL 33309
                                         (954) 535-1131
                                         (954) 641-7750
                                         Florida Bar No. 0149543
                                         Mike@attorneydebthelper.com

MMM-LF-05 (08/01/14)