UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                           CASE NO. 19-24331-BKC-JKO
                                                                 CHAPTER 13
RALPH LEVI SANDERS, JR.
_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the following document was mailed to all interested parties on the attached Service List on April 3, 2020:

Second Amended Chapter 13 Plan (DE 61).

Dated: April 3, 2020

LAW OFFICES OF MICHAEL H. JOHNSON
Attorneys for Debtor(s)
3601 W. Commercial Blvd, Ste 31
Ft. Lauderdale, FL 33309
(954) 535-1131

By: /s/ Michael H. Johnson
    Michael H. Johnson
    Florida Bar No. 0149543

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).

```
Label Matrix for local noticing          Specialized Loan Servicing LLC           ARS/Account Resolution Specialist
113C-0                                   c/o Gavin Stewart                        POB 459079
Case 19-24331-PGH                        POB 5703                                 Sunrise, FL 33345-9079
Southern District of Florida             Clearwater, FL 33758-5703
Fort Lauderdale
Fri Apr  3 20:48:12 EDT 2020

Albertelli Law                           (p)CITIBANK                              City of Plantation
POB 23028                                PO BOX 790034                            POB 918557
Tampa, FL 33623-2028                     ST LOUIS MO 63179-0034                   Orlando, FL 32891-0001


City of Plantation Code Enforcement      Dept of  Treasury                        Dr. Ramsey Pevsner
451 NW 70 Ter.                           3700 East West Highway                   7469 NW 4 St.
Plantation, FL 33317-2239                Hyattsville, MD 20782-2092               Plantation, FL 33317-2216


Flagship Credit Acceptance               IC Systems, Inc                          IRS
POB 965                                  Attention: Bankruptcy                    Centralized Insolvency Operations
Chadds Ford, PA 19317-0643               POB 64378                                POB 7346
                                         St Paul, MN 55164-0378                   Philadelphia, PA 19101-7346


Inphynet South Broward, Inc.             MD Now Medical Center                    Marchelle Bailey, Esq.
POB 740022                               2007 Palm Beach Lakes Blvd               Special Assistant US Attorney
Cincinnati, OH 45274-0022                West Palm Beach, FL 33409-6501           200 W. Santa Ana Blvd., #180
                                                                                  Santa Ana, CA 92701-4134


Medical Data Systems (MDS)               Memorial Physicians Group                Midland Funding
2001 9th Ave., #312                      POB 58015                                8875 Aero Dr., #200
Vero Beach, FL 32960-6413                Raleigh, NC 27658-8015                   San Diego, CA 92123-2255


Office of the US Trustee                 Resurgent Capital Services               Small Business Administration
51 S.W. 1st Ave.                         POB 1927                                 801 Tom Martin Dr., #120
Suite 1204                               Greenville, SC 29602-1927                Birmingham, AL 35211-6424
Miami, FL 33130-1614


Sprechman & Associates, P.A.             Tenet Florida Physicians Service         The Bank of New York Mellon Trustee (See 410
2775 Sunny Isles Blvd., #100             POB 100198                               c/o Specialized Loan Servicing LLC
Miami, FL 33160-4078                     Atlanta, GA 30384-0198                   8742 Lucent Blvd, Suite 300
                                                                                  Highlands Ranch, Colorado 80129-2386


U.S. Small Business Administration       WESTSIDE REGIONAL MEDICAL CENTER         Wells Fargo Bank, N.A.
200 W. Santa Ana Blvd., Suite 740        Resurgent Capital Services               1000 Blue Gentian Rd.
Santa Ana, CA 92701-7534                 PO Box 1927                              N9286-01Y
                                         Greenville, SC 29602-1927                Eagan, MN 55121-1663


Westside Regional Medical Center         Michael H. Johnson                       Ralph Levi Sanders Jr.
POB 99008                                3601 W. Commercial Blvd. #31             561 SW 60 Ave.
Bedford, TX 76095-9108                   Ft. Lauderdale, FL 33309-3393            Plantation, FL 33317-3947
```

Robin R Weiner
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355-9007

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Citibank
Attn.: Centralized Bankruptcy
POB 20507
Kansas City, MO 64195

End of Label Matrix
Mailable recipients    30
Bypassed recipients     0
Total                  30