UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                              CASE NO. 19-24331-BKC-JKO
                                                    CHAPTER 13
RALPH LEVI SANDERS, JR.
_____/

**CERTIFICATE OF SERVICE**

    HEREBY CERTIFY that true copies of the following documents were served upon all interested parties listed on the attached Service List, in the manner noted therein, on April 6, 2020:

    1.  Objection to Proof of Claim filed by Department of the Treasury – Internal Revenue Service (Claim no.: 3-2).

    2.  Notice of Hearing on Objection to Proof of Claim filed by Department of the Treasury – Internal Revenue Service (Claim no.: 3-2) scheduled for May 4, 2020.

Dated: April 6, 2020
                                                    LAW OFFICES OF MICHAEL H. JOHNSON
                                                    Attorneys for Debtor(s)
                                                    3601 W. Commercial Blvd, Ste 31
                                                    Ft. Lauderdale, FL  33309
                                                    (954) 535-1131

                                                    By: /s/ Michael H. Johnson
                                                         Michael H. Johnson
                                                         Florida Bar No. 0149543

                                                    I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN  LOCAL RULE 2090-1(A).

**SERVICE LIST:**

**VIA CM/ECF:**
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

**VIA U.S. MAIL:**
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
7850 SW 6 Ct.
M/S 5730
Jacksonville, FL 32202
ATTN: Jorge Luciano, Bankruptcy Specialist