UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:	CASE NO. 19-24331-BKC-JKO
	CHAPTER 13
RALPH LEVI SANDERS, JR.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the following document was mailed to all interested parties on the attached Service List on April 26, 2020:

Third Amended Chapter 13 Plan (DE 68).

Dated: April 26, 2020

LAW OFFICES OF MICHAEL H. JOHNSON
Attorneys for Debtor(s)
3601 W. Commercial Blvd, Ste 31
Ft. Lauderdale, FL 33309
(954) 535-1131

By: /s/ Michael H. Johnson
    Michael H. Johnson
    Florida Bar No. 0149543

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 19-24331-PGH<br>Southern District of Florida<br>Fort Lauderdale<br>Sun Apr 26 14:15:04 EDT 2020 | Specialized Loan Servicing LLC<br>c/o Gavin Stewart<br>POB 5703<br>Clearwater, FL 33758-5703 | ARS/Account Resolution Specialist<br>POB 459079<br>Sunrise, FL 33345-9079 |
| Albertelli Law<br>POB 23028<br>Tampa, FL 33623-2028 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | City of Plantation<br>POB 918557<br>Orlando, FL 32891-0001 |
| City of Plantation Code Enforcement<br>451 NW 70 Ter.<br>Plantation, FL 33317-2239 | Dept of Treasury<br>3700 East West Highway<br>Hyattsville, MD 20782-2092 | Dr. Ramsey Pevsner<br>7469 NW 4 St.<br>Plantation, FL 33317-2216 |
| Flagship Credit Acceptance<br>POB 965<br>Chadds Ford, PA 19317-0643 | IC Systems, Inc<br>Attention: Bankruptcy<br>POB 64378<br>St Paul, MN 55164-0378 | IRS<br>Centralized Insolvency Operations<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| Inphynet South Broward, Inc.<br>POB 740022<br>Cincinnati, OH 45274-0022 | MD Now Medical Center<br>2007 Palm Beach Lakes Blvd<br>West Palm Beach, FL 33409-6501 | Marchelle Bailey, Esq.<br>Special Assistant US Attorney<br>200 W. Santa Ana Blvd., #180<br>Santa Ana, CA 92701-4134 |
| Medical Data Systems (MDS)<br>2001 9th Ave., #312<br>Vero Beach, FL 32960-6413 | Memorial Physicians Group<br>POB 58015<br>Raleigh, NC 27658-8015 | Midland Funding<br>8875 Aero Dr., #200<br>San Diego, CA 92123-2255 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Resurgent Capital Services<br>POB 1927<br>Greenville, SC 29602-1927 | Small Business Administration<br>801 Tom Martin Dr., #120<br>Birmingham, AL 35211-6424 |
| Sprechman & Associates, P.A.<br>2775 Sunny Isles Blvd., #100<br>Miami, FL 33160-4078 | Tenet Florida Physicians Service<br>POB 100198<br>Atlanta, GA 30384-0198 | The Bank of New York Mellon Trustee (See 410<br>c/o Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 |
| U.S. Small Business Administration<br>200 W. Santa Ana Blvd., Suite 740<br>Santa Ana, CA 92701-7534 | WESTSIDE REGIONAL MEDICAL CENTER<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Wells Fargo Bank, N.A.<br>1000 Blue Gentian Rd.<br>N9286-01Y<br>Eagan, MN 55121-1663 |
| Westside Regional Medical Center<br>POB 99008<br>Bedford, TX 76095-9108 | Michael H. Johnson<br>3601 W. Commercial Blvd. #31<br>Ft. Lauderdale, FL 33309-3393 | Ralph Levi Sanders Jr.<br>561 SW 60 Ave.<br>Plantation, FL 33317-3947 |

Robin R Weiner
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355-9007

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Citibank
Attn.: Centralized Bankruptcy
POB 20507
Kansas City, MO 64195

End of Label Matrix
Mailable recipients   30
Bypassed recipients    0
Total                 30