

ORDERED in the Southern District of Florida on May 6, 2020.

Paul G. Hyman, Jr., Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                      CASE NO. 19-24331-BKC-PGH
                                            CHAPTER 13
RALPH LEVI SANDERS, JR.
_____/

### ORDER SUSTAINING OBJECTION TO CLAIM NO. 3-2

**THIS CAUSE** came to be heard on the Chapter 13 consent calendar on May 4, 2020 on the Debtor's Objection to Claim Number 3-2 (DE 63), and there being no objections otherwise raised, it is, therefore:

ORDERED AND ADJUDGED as follows:

1. The Court sustains the Debtor's Objection to Claim of the Department of the Treasury – Internal Revenue Service (Claim No. 3-2).

2. The Department of the Treasury – Internal Revenue Service's priority claim shall be limited to $214.88 for 2012 taxes owing.

###

Submitted by:

Law Offices of Michael H. Johnson, P.A.
3601 W. Commercial Blvd. Suite 31
Ft. Lauderdale, FL 33309
(954) 535-1131
(954) 641-7750 fax

Michael H. Johnson is directed to serve copies of this order on all interested parties and file a certificate of service.