UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:  Case No: 20-13145-BKC-PGH
Chapter 13

MONICA ELAINE WAITE

     Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true copies of the following document(s) were served upon all interested parties on the attached service list, in the manner noted therein, on May 11, 2020:

Order Sustaining Objection to Proof of Claim filed by the Department of the Treasury – Internal Revenue Service (Claim no.: 2-1) (DE 33).

Dated: May 11, 2020

LAW OFFICES OF MICHAEL H. JOHNSON
Attorneys for Debtor(s)
3601 W. Commercial Blvd, Ste 31
Ft. Lauderdale, FL 33309
(954) 535-1131

By: /s/ Michael H. Johnson
    Michael H. Johnson
    Florida Bar No. 0149543

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).

**SERVICE LIST:**

**Via CM/ECF:**
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

**Via US Mail:**
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
1555 Poydras St., Suite 220.
M/S 31
New Orleans, LA 70112
ATTN: Kathleen Connor, Insolvency Manager