UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                       CASE NO. 19-24331-BKC-JKO
                                                             CHAPTER 13
RALPH LEVI SANDERS, JR.
_____/

## DEBTOR'S NOTICE OF COMPLIANCE

COMES NOW the undersigned attorney, MICHAEL H. JOHNSON, and reports to the Court that he has complied with the sanction requirements in the Order Sanctioning for failure to comply with the Court's Local procedures for setting up a CourtCall appearance (DE 72) in that he has submitted a $100.00 fine to the Court. Please see **Exhibit "A"** attached.

RESPECTFULLY SUBMITTED this 17th day of May, 2020.

Dated: May 17, 2020

LAW OFFICES OF MICHAEL H. JOHNSON
Attorneys for Debtor(s)
3601 W. Commercial Blvd, Ste 31
Ft. Lauderdale, FL  33309
(954) 535-1131

By: /s/ Michael H. Johnson
Michael H. Johnson
Florida Bar No. 0149543

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN  LOCAL RULE 2090-1(A).



## SunTrust

# View Transaction Printable View

Close Window    Print Screen

**Front of Check**

**Views:**    Front    Back    Front and Back



Enlarge    Save

**Deposit Transaction Detail**

| | |
|---|---|
| **Account:** | Primary Business Checking - *************5256 |
| **Transaction:** | Debit with image 2382 |
| **Customer Reference Number:** | 2382 |
| **Date/Time Cleared:** | 05/12/2020 00:00 |
| **Amount:** | $(100.00) |
| **Date/Time Initiated:** | 05/12/2020 00:00 |
| **FI Reference Number:** | 20200512000000001000000000023822 |
| **Description:** | CHECK |



EXHIBIT "A"