UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                              CASE NO. 19-24331-BKC-JKO
                                                                    CHAPTER 13
RALPH LEVI SANDERS, JR.
_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR THE DEBTOR

### EMERGENCY RELIEF REQUESTED

### BASIS FOR EXIGENCY

**The Debtor is attempting a mortgage modification on his homestead property and the appeal process is winding down.**

**COMES NOW,** the undersigned attorney, Michael H. Johnson, Esq. and hereby files this Motion to Withdraw as Counsel of Record for the Debtor, RALPH LEVI SANDERS, JR., in the above chapter 13 case, and respectfully moves this court for an Order removing Michael H. Johnson, Esq. as counsel of record, and as grounds in support therefore would state as follows:

1. That Michael H. Johnson, Esq. is presently counsel for the Debtor, RALPH LEVI SANDERS, JR.

2. Irreconcilable differences have recently arisen between the undersigned and the Debtor.

3. The Debtor is in the midst of multiple litigation and attempting a mortgage modification of his homestead property.

4. It is in the best interest of both attorney and the Debtor that this Court permits Michael H. Johnson, Esq., to withdraw as attorney on behalf of the above-named Debtor, RALPH LEVI SANDERS, JR.

5. Any attorney's fees currently paid into the Trustee will be distributed to Michael H. Johnson, Esq. and any fees not yet earned will be distributed to Debtor's future counsel.

WHEREFORE, Michael H. Johnson, Esq. respectfully requests that this Court enter an Order removing him as counsel of record for the Debtor, RALPH LEVI SANDERS, JR., and direct that all future pleadings and correspondence be sent directly to the Debtor, RALPH LEVI SANDERS, JR. at 561 SW 60th Ave., Plantation, FL 33317.

Dated: June 6, 2020

LAW OFFICES OF MICHAEL H. JOHNSON
Attorneys for Debtor(s)
3601 W. Commercial Blvd., Suite 31
Ft. Lauderdale, FL  33309
(954) 535-1131

By: /s/ Michael H. Johnson_____
    Michael H. Johnson
    Florida Bar No. 0149543

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).