UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  CASE NO. 19-24331-BKC-PGH
 CHAPTER 13
RALPH LEVI SANDERS, JR.

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the following documents were served upon all interested parties listed on the Service List, in the manner noted therein, on June 8, 2020:

1. Emergency Motion to Withdraw as Attorney of Record; and

2. Notice of Hearing on Emergency Motion to Withdraw as Attorney of Record scheduled for June 18, 2020 at 9:30 a.m.

Dated: June 8, 2020

LAW OFFICES OF MICHAEL H. JOHNSON
Attorneys for Debtor(s)
3601 W. Commercial Blvd, Ste 31
Ft. Lauderdale, FL 33309
(954) 535-1131

By: /s/ Michael H. Johnson
    Michael H. Johnson
    Florida Bar No. 0149543

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).

**SERVICE LIST:**

**VIA CM/ECF:**
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Gavin N Stewart on behalf of Creditor Specialized Loan Servicing LLC
bk@stewartlegalgroup.com

Robin R Weiner
ecf@ch13weiner.com, ecf2@ch13weiner.com

**VIA U.S. MAIL:**
To all parties on the attached Mailing Matrix

```
Label Matrix for local noticing        Office of the US Trustee              Specialized Loan Servicing LLC
113C-0                                 51 SW 1 Ave #1204                     c/o Gavin Stewart
Case 19-24331-PGH                      Miami, FL 33130-1614                  POB 5703
Southern District of Florida                                                 Clearwater, FL 33758-5703
Fort Lauderdale
Mon Jun  8 22:29:09 EDT 2020

ARS/Account Resolution Specialist      Albertelli Law                        (p)CITIBANK
POB 459079                             POB 23028                             PO BOX 790034
Sunrise, FL 33345-9079                 Tampa, FL 33623-2028                  ST LOUIS MO 63179-0034


City of Plantation                     City of Plantation Code Enforcement   Dept of  Treasury
POB 918557                             451 NW 70 Ter.                        3700 East West Highway
Orlando, FL 32891-0001                 Plantation, FL 33317-2239             Hyattsville, MD 20782-2092


Dr. Ramsey Pevsner                     Flagship Credit Acceptance            IC Systems, Inc
7469 NW 4 St.                          POB 965                               Attention: Bankruptcy
Plantation, FL 33317-2216              Chadds Ford, PA 19317-0643            POB 64378
                                                                             St Paul, MN 55164-0378


IRS                                    Inphynet South Broward, Inc.          MD Now Medical Center
Centralized Insolvency Operations      POB 740022                            2007 Palm Beach Lakes Blvd
POB 7346                               Cincinnati, OH 45274-0022             West Palm Beach, FL 33409-6501
Philadelphia, PA 19101-7346


Marchelle Bailey, Esq.                 Medical Data Systems (MDS)            Memorial Physicians Group
Special Assistant US Attorney          2001 9th Ave., #312                   POB 58015
200 W. Santa Ana Blvd., #180           Vero Beach, FL 32960-6413             Raleigh, NC 27658-8015
Santa Ana, CA 92701-4134


Midland Funding                        Resurgent Capital Services            Small Business Administration
8875 Aero Dr., #200                    POB 1927                              801 Tom Martin Dr., #120
San Diego, CA 92123-2255               Greenville, SC 29602-1927             Birmingham, AL 35211-6424


Sprechman & Associates, P.A.           Tenet Florida Physicians Service      The Bank of New York Mellon Trustee (See 410
2775 Sunny Isles Blvd., #100           POB 100198                            c/o Specialized Loan Servicing LLC
Miami, FL 33160-4078                   Atlanta, GA 30384-0198                8742 Lucent Blvd, Suite 300
                                                                             Highlands Ranch, Colorado 80129-2386


U.S. Small Business Administration     WESTSIDE REGIONAL MEDICAL CENTER      Wells Fargo Bank, N.A.
200 W. Santa Ana Blvd., Suite 740      Resurgent Capital Services            1000 Blue Gentian Rd.
Santa Ana, CA 92701-7534               PO Box 1927                           N9286-01Y
                                       Greenville, SC 29602-1927             Eagan, MN 55121-1663


Westside Regional Medical Center       Michael H. Johnson                    Ralph Levi Sanders Jr.
POB 99008                              3601 W. Commercial Blvd. #31          561 SW 60 Ave.
Bedford, TX 76095-9108                 Ft. Lauderdale, FL 33309-3393         Plantation, FL 33317-3947
```

Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355-9007

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Citibank
Attn.: Centralized Bankruptcy
POB 20507
Kansas City, MO 64195

End of Label Matrix
Mailable recipients   30
Bypassed recipients    0
Total                 30