Ralph L. Sanders                    **19-24331-PGH**                    Delay Mr Johnson

**Dear Honorable** Judge Paul G. Hyman, Jr

UNITED STATES BANKRUPTCY COURT

United States Courthouse

299 E. Broward Blvd.

**Courtroom: 301 / Chambers: Room 303**

Fort Lauderdale, FL 33301



U. S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

JUN 2 9 2020

FILED          RECEIVED

I am objecting to Mr. Johnson's request to quit in the middle of litigation until I have a replacement law firm. (30 days?)

Background

The following is a Ralph Sanders issue only does not help pay have been Mr. Johnson's client in the past. Mr. Johnson becomes accustomed to my depression. 11 meds for a number of years can be traced to another legal Federal case 16-cv-63040 (see item ...) I was the plaintiff, and my employer was the defendant. In the case, in order to win, Temenos, Morgan Lewis and Bookies (MLB), and indirectly Bank New York Mellon as Temenos Swiss exchange and SEC represented committed five counts on Fraud upon the court in their motions for summary judgment, in addition, accused me of committing Fraud in the Fort Lauderdale Bankruptcy court. Per my Bankruptcy attorney, Mr. Michael Johnson, and Mr. Robert Bigge emails. They stated the Temenos/MLB statement is false. The five counts fraud upon the Federal court is documented through video disposition and emails to MLB about the inaccuracies in their motions. Being accused of Fraud has some nasty side effects even getting a job. One of the recurring responses was that I was in bankruptcy, and the law firm was not certain how the payout would occur. The recurring response occurred even recently with Law Firm of Merlin Law Group in Mary

Ralph L. Sanders                    CACE 19-24331                    Page 1 of 5

Ralph L. Sanders                    **19-24331-PGH**                    Delay Mr Johnson

2020. "Great case and your homeowner insurance company committed two breaches of contract which
I have five years" That does not help me now.


Regarding my denial of Mr. Johnson request to quit the case and dispute his negative view that the case
is winding down

1.  Bank New York Mellon/SLS is dual tracking the mortgage mediation and foreclosure. I had sent
    the letter from SLS/BNYM to Mr. Johnson since Mr. Johnson was not copied on the letter. My
    question to Mr. Johnson was about the amount SLS states that I am in arrears, $25,000 as a
    ground for foreclosure. That figure is considerably different than the figure present to the
    Bankruptcy court. Letter in the next email

2.  My homeowner's insurance policy due to possible condemnation. There would be monies for
    personal property that can pay what is owed. In the past, friends come and go, my/our home
    becomes more of a storage spot, and I use to go garage sales (when I had a car). Per other
    lawyers, if BNYM/SLS attempts to pull the case, a good lawyer can contest based on the
    insurance claim and other factors. Mr. Johnson's response was one. Ask the client (me) how Mr.
    Johnson does something in bankruptcy court. 2. Turn the responses in Avvo into negatives
    response. I called Attny Timothy S. Kingcade office is a Yes to both of my questions., can BNYM
    request to pull the asset out from chapter 13 protection, and yes, can the debtor contest BNYM,
    Mr. Johnson could have asked his peers and/or called Attny Kingcade office.

    https://www.miamibankruptcy.com/

3.  There have been meetings where I have informed that I did not need to attend. There was the
    recent scheduled meeting with Trustee Robin Weiner. She would have gotten an earful from me
    about how being in bankruptcy is working against me (venting)

Ralph L. Sanders                    CACE 19-24331                    Page **2** of **5**

Ralph L. Sanders                          **19-24331-PGH**                    Delay Mr Johnson

4. Another item, which Mr. Johnson did not grasp the concept of, as I am almost part of the
   Hernandez et al vs. Wells Fargo nationwide class action of breach of contract_wrongful
   foreclosure.

   a. My mortgage was with Wells Fargo

   b. When we fell behind in payments due to wife cancer, pay cuts, and other issues. WF
      notified us they (WF) were going to file a foreclosure

   c. WF before filing the foreclosure signed the mortgage to BNYM, but WF still operated as
      BNYM agent

   d. WF approved us for HAMP using their faulty software

   e. Three payment made

   f. WF denied us for permanent mortgage modification with no reason or 2nd guess reasons
      that were not valid (Attny Treeps)

   g. 2019. Get a sorry for software mess letter from WF

   h. I had to go pro se to file an appeal on my foreclosure. Johnson was aware

5. When Merlin Law group stated that I had a great case, but because of bankruptcy and
   foreclosure, they turned down. After ½-hour of venting, I called SLS and explained what had
   happened and why. I.e., our mutual assets have issues, and I need legal help. SLS referred me to
   their National Bankruptcy Service. I explained what had happened (denial by law firm due to
   bankruptcy), and it was not the first time.  They advise me to send a packet to the SLS Customer
   Escalation department. I send the packet by USPS and email.

   BNYM/SLS response was to send a letter dated June 1, 2020, that we are foreclosing on you. The
   MMM was scheduled for June 4, 2020. HELP

   There are other issues/' missteps' on MR. Johnson part, but...

Ralph L. Sanders                 **19-24331-PGH**                 Delay Mr Johnson

I have no issue with Mr. Johnson quitting my case. Back in April 2020, I had talked and emailed the Loan Lawyers Group about replacing Mr. Johnson due to my case(s) were more of a challenge. Attny Laura Hoy called me and advised me to stay with Mr. Johnson due to Trustees do not like it when clients change lawyers.  https://www.fight13.com/attorneys/laura-hoy/

1.  My Bankruptcy Case is about Ralph Sanders staying in his home

2.  The class action of a 5th Amendment violation involving Inverse Condemnation that I am starting involves 13-16 out 19 homeowners. Law Firm I had talked with and emailed is Merlin Law Group.  https://www.merlinlawgroup.com/loss/inverse-condemnation/  Great case but   See separate writeup sent to the Miami Herald newspaper for investigation

3.  Class action regarding how many other people have been foreclosed on by the clean hands' banks due to their agent, Wells Fargo action. How to find the case, County records would reflect which mortgages have the "Wells Fargo assign ..." and within a year, the clean hands' bank files foreclosure with the amount owed is greater than one year of mortgage payments. Then comes the leg work to determine if WF had offered Hamp and later denied the HAMP

I can't help with items 2 & 3 if I don't have anyone watching my back, i.e., for the Bankruptcy/Foreclosure cases.

I am asking the following from the court

1.  I am requesting the court to deny Attorney Michael Johnson's request to resign from my case due to the actions and letter from Bank New York Mellon being on a dual-track dated June 2020.

Ralph L. Sanders                        **19-24331-PGH**                    Delay Mr Johnson

2. I am requesting Mr. Johnson to eliminate the wording in his request, where he states the
   case is winding down. That sounds negative to any potential law firm to represent me

3. I am requesting that Mr. Johnson assist in the finding of a replacement law firm.

4. I am looking for any help/guidance the court may have to offer about how do I counter the
   statement (I am in bankruptcy) the law firms use that deny my non-bankruptcy legal cases
   (homeowner Insurance, consumer protection act, etc....) Maybe I get the other law firms
   back

https://www.avvo.com/legal-answers/authorized/bankruptcy-chapter-13--can-creditor-pull-asset-out-
4895893.html?answer_id=9992973#answer_9992973

Respectfully

Ralph. L. Sanders

561 SW 60th Ave

Plantation, Fl. 33317

954.247.1557 Home

754.801.7097 Cell Phone

2nd home Broward County Law Library with FREE West Law/Lexis

**Inverse Condemnation By the City of Plantation**

I have an issue, Inverse Condemnation,  due to the actions by the City of Plantation
Utilities Depart and indirectly by the Old Plantation Water Control District (OPWCD)
https://www.opwcd.org/ .

I live by a 20 foot waterway where the private property line includes to the middle of the
canal. (10 feet)  See the attached from Broward county records and OPWCD letter.
Every house along the OPWCD waterways property line extends to the middle of the
waterway and is considered private property.The 20 feet of waterway has a drainage
easement.  In 2001, a area of the City of Plantation, named Plantation Isles, asked the
City of Plantation to clean the muck from the waterway. The City said, no, due to the
land in the private canal property of the homeowner. https://www.sun-

sentinel.com/news/fl-xpm-2001-04-26-0104260166-story.html there are other articles leading
up to the meeting.

 My property along the waterway, actual land, not the water, is shrinking. The waterline
is getting closer to the house. When I first moved into my home in 2004, it was not an
issue. After the hurricane, Wilma, when I had lots of City building and zoning inspectors
around the house checking on the repairs to my house, no issues brought up about the
distance my home to the waterway. The repairs were done from 2006 to 2007.
Recently I have noticed it is gotten worse this past year. The building code that was an
effect when my house was built stated fat my house should be 25 feet away from the
water. I checked with the City of Plantation stated that variances were issued to bring
the property distance variance to 15 to 20 feet away from the water. I am 10 feet away

Ralph L. Sanders  Ralph.L.Sanders@gmail.com Page **1** of **7**

from the waterway. That area shows the house that is close to water is the master

bedroom and bathroom depending on how you measure the whole master bedroom

bathroom would have to be eliminated or maybe about two feet left.

Please, this is not a one-off issue. I saw about 10 other homes that were too close to

the waterway on my short waterway that connects with other waterways.

I was going crazy trying to figure out how this could occur. I got in contact with the

OPWCD about what I am on tidal waterway or non-tidal. According to the email from the

OPWCD, I am not on tidal waterway. There should be no movement of the water per

the OPWCD email. the canals, lakes and DUCK PONDS are designed for gravity flow of

the water to the State road 84 pumping system. OPWCD does not maintain the depth of

the canals; they just maintained the waterways for water hyacinth, mosquito spraying

but no dredging a muck. I thought maybe the muck had gotten so high (I measure 1-3

ft., higher when getting closer to Duck Pond) that the water level was up higher but

OPWCD  just knows the water level always at one exact level during the dry season

and another level during the wet season, even without any meters in the water in this

area.. I started to look at how many other homes in this area, not within the 25ft 20 feet

or 15 feet away from the water. I found at least 10 houses within my 2-block radius. I

emailed the mayor's office to bring up the topic of issues with homes in my area. I just

stated that the topic was there are maybe 20+ homes that need to be rebuilt and asked

her assailant for an appointment.  See attached email to Mayor Office Denied.


Side note I violated the Plantation Building code (1960 & current) with the house being

too close to the water.



I had posted in Adjuster central looking for a law firm with adjusters to take on

Universal Property and Casualty.

https://www.facebook.com/groups/184500188231180/permalink/3563796616968170/?comm

ent_id=3563952520285913



Rod Buvens There are plenty of lawyer billboards all around you up
there.

KP. GED. HL LAW. MERLIN....

Just pick one.

I work for most of them. ☺

Like  Reply  2d

↳  View 5 more replies

 Ralph L Sanders ♥ I filled out the Merlin call me app.

I looked at your website. Saw the section on "Inverse Contamination". Light bulb went
off (very dim)

There is a city of Plantation park, named "The Duck Pond" at the end of my two-block
long waterway. My waterway does connect with other canals, lakes, etc.... The Duck
Pond has a number of City of Plantation drainage pipes leading into the pond.

This neighborhood is special. We seem to have the only park in the City with homes on
the waterway with a Lift Station for the City of Plantation utilities to suck up the water in
the duck pond thereby creating a manmade tidal action that based on the end results,
the property and homes are not designed for.

Previously I was just looking at the houses to see who was closest to the water once I
realize it was the lift station was creating the damage. , I'm not the quickest that the lift

station was creating a manmade tide or, in this case, City made tidal action which is
causing damage to not only my home but the other homes in my area . I went canoeing
on the waterway and took photos of all the homes back or side yards on the waterway.
The tidal action a very long crevice in the banks of many of the homes, some cases
collapsed the sea walls or has eaten away the earth so much there are trees down in a
Waterway not small trees but trees that have been there for some time. There are even
stumps in the waterway of trees that had to chainsaw down due to the unnatural
tide.  About six large trees are in a position to collapse on the neighbors across the
waterway. Two of the trees are at a 45-degree angle due to the City of Plantation utility
engineering flaw.

Is the City of Plantation aware of the banks being eaten away? Yes. The reason I say
yes is due to the following reasons.

1. The prior owner of 455 SW 60th ave, Plantation was cited by the City of Plantation
   for putting clay tiles in his waterway due to dry land was disappearing.  They sold
   their home about a year later. I do not know why. They sold. His home is the last
   house before the duck pond and has some of the worse lose. Of land
   https://bcpa.net/RecInfo.asp?URL_Folio=504111070100

2. The park is maintained on a regular bases, the trees in the park are now in violation of the
   City of plantation code of how close to plant  (Google map vs. the photos I took Saturday
   (May 9, 2020)

3. There are trees, benches missing from prior google map photos. I presume the city park
   would have information as to why the benches are no longer at the duck pond.

4. Plus I think I got on the do not communicate list with the City (gut feeling)

Ralph L. Sanders  Ralph.L.Sanders@gmail.com Page 4 of 7

Attached are the following items

1 Email from old Plantation Water Management District about how the water should flow

2 Communication emails from the South Florida Water Management District about the old plantation water weigh any amount of water at the old plantation Waterway is pumping into North New River drainage one year they pumped to billion gallons of water and the North New River. See attached spreadsheet and emails from the South Florida Water Management District showing the pumping from OPWCD

3. Email OPWCD all the canals and waterways design to gradually naturally geographically flow into the North New River.

4 Email from Broward County Government showing the canals and a property, above and below water, are privately owned as part of the house map from Broward County Government, showing the layout of this area. 1960.

5. The lift station photos pumping station that is at the end of this waterway, which has some major drainage pipes to it, and pumping capability going in both directions. The waterways along here were not designed and built to take that. The private lands as you get closer to the duck pond/city of Plantation utilities lift station gets worse. My home when I had purchased it, was on X elevation. In 2014, per FEMA AH elevation. FEMA new proposed elevation surveys home would become AE elevation and my home needs to be rebuilt per GC's and other public adjusters. That is just due to the roof, trusses, electrical, pumping etc... Issues

Ralph L. Sanders  Ralph.L.Sanders@gmail.com Page 5 of 7



6. My communication with the mayor's office asking to speak with her regarding some homes that may need to be rebuilt but that was based on just a distance from the water to the house

7 surveys from when the house was first built I have to pick those up from Plantation City Hall along with a couple of other homes surveys.

8 I asked for a copy of the variances that were issued by the City of Plantation about the distance from the water to the home. I got the third degree as to why do I need copy of the variance, why should I have them (I did not bring up Freedom in information) it was she was putting brakes on getting a copy of the variances. My understanding is that the City is very liberal and giving out variances to homeowners, but that is just second-hand information

9. Photos of the various homes that have suffered damages due to the list station unnatural title I have not asked for records on the lift station or anything related. I am asking from the SFWMD the years of how much water was pump out into the NNR by OPWCD from the City of Plantation using lift systems. There are 127 lifts in Plantation per City of Plantation Water Management sewer system Department. Note there are other city parks where there are homes near or on the same interconnected waterway. I have been unable to find another city park that has a lift station as my neighbors, and I have. It seems we are special.

10. Google street view of another nearby City Park that has drainpipes but no Lift stations

https://www.google.com/maps/@26.1133137,-

80.2298958,3a,75y,113.33h,83.32t/data=!3m6!1e1!3m4!1s-

axiXRkqTTpvkS42wjbHFw!2e0!7i16384!8i8192


Link to City of Plantation municipal code for wastewater.

https://library.municode.com/fl/plantation/codes/code_of_ordinances?nodeId=PTIICOO

R_CH26UT

HELP

Ralph L Sanders

561 SW 60th ave

Plantation, Fl. 33317

954.247.1557 home

954.801.7097 cell (active tomorrow, replacement phone)


Ralph_L_Sanders@yahoo.com

Ralph.L.Sanders@Gmail.com

**Broward County Case Number:** CACE14008682
**State Reporting Number:** 062014CA008682AXXXCE
**Court Type:** Civil
**Case Type:** Contract and Indebtedness
**Incident Date:** N/A
**Filing Date:** 05/07/2014
**Court Location:** Central Courthouse
**Case Status:** Reclosed Case
**Magistrate Id / Name:** N/A
**Judge ID / Name:** 05 Bidwill, Martin J.

---

**− Party(ies)**
Total: 2

| Party Type | Party Name | ❷ Address | ❷ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **R.J. Sullivan Corp** | | ★ Lawrence, Joseph W, II Retained Bar ID: 211303 Vezina, Lawrence & Piscitelli, P.A. Museum Building, Suite 150 300 S.W 1st Avenue Fort Lauderdale, FL 33301 **Status: Active** |
| Defendant | **Hazen and Sawyer, P.C.** | | ★ Hild, Franklin Jay Retained Bar ID: 169810 Martin | Hild, P.A. 555 Winderley Pl Ste 415 Maitland, FL 32751-7133 **Status: Active** |

---

**− Disposition(s)**
Total: 1

| Date | Statistical Closure(s) | | |
|---|---|---|---|
| 08/29/2018 | Disposed by Non-Jury Trial | | |

| Date | Disposition(s) | View | Page(s) |
|---|---|---|---|

Case 19-24331-PGH    Doc 80    Filed 06/16/20    Page 14 of 24

| Date | | | | Page(s) |
|------|--|--|--|---------|
| 08/29/2018 | **Final Judgment** | | 📄 | 26 |
| 10/04/2018 | **Satisfaction of Judgment**<br>Vol./Book 0 , Page 0, 1 pages<br>Instrument Number 115370924 | | 📄 | 1 |
| 12/14/2018 | **Satisfaction of Judgment**<br>Vol./Book 0 , Page 0, 1 pages<br>Instrument Number 115522887 | | 📄 | 1 |

## ▬ Event(s) & Document(s)

Total: 170

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 10/12/2018 | **Notice of Filing** | Party: *Plaintiff* R.J. Sullivan Corp | 📄 | 153 |
| 09/21/2018 | **Motion for Attorney Fees** | Party: *Plaintiff* R.J. Sullivan Corp | 📄 | 41 |
| 09/05/2018 | **Evidence Located in Warehouse** | CIVIL BOX 1142 ON 2 | | |
| 09/05/2018 | **Exhibit List** | | 📄 | 9 |
| 09/05/2018 | **Defenses** | | 📄 | 4 |
| 08/29/2018 | **Order** | ON POST-TRIAL MOTIONS | 📄 | 2 |
| 03/14/2018 | **Memorandum in Opposition** | | 📄 | 9 |
| 03/14/2018 | **Memorandum in Opposition** | | 📄 | 3 |
| 03/14/2018 | **Memorandum in Opposition** | | 📄 | 3 |
| 03/14/2018 | **Memorandum in Opposition** | | 📄 | 2 |
| 02/22/2018 | **Motion to Strike** | Party: *Defendant* Hazen and Sawyer, P.C. | 📄 | 96 |
| 02/20/2018 | **Notice of Filing** | PROPOSED FINAL JUDGMENT<br>Party: *Defendant* Hazen and Sawyer, P.C. | 📄 | 164 |
| 02/20/2018 | **Opposition** | PLAINTIFF'S MOTION FOR DISMISSAL OF DEFENSES AND JUDGMENT ON DEFENDANT'S LIABILITY<br>Party: *Defendant* Hazen and Sawyer, P.C. | 📄 | 26 |

| Date | Description | | View | Pages |
|------|-------------|--|------|-------|
| 02/20/2018 | **Notice of Filing** | PLAINTIFF'S PROPOSED FORM OF FINAL JUDGMENT<br>Party: *Plaintiff* R.J. Sullivan Corp | 📄 | 29 |
| 02/20/2018 | **Memorandum of Law** | | 📄 | 14 |
| 02/15/2018 | **Motion to Strike** | PLAINTIFF'S MOTION FOR DISMISSAL OF DEFENSE AND JUDGMENT DEFT LIABILITY<br>Party: *Defendant* Hazen and Sawyer, P.C. | 📄 | 16 |
| 02/15/2018 | **Motion to Strike** | FILING OF GARY BORS TRIAL TESTIMONY<br>Party: *Defendant* Hazen and Sawyer, P.C. | 📄 | 2 |
| 02/15/2018 | **Motion to Strike** | PLAINTIFF'S WRITTEN PORTION OF ITS CLOSING ARGUMENT<br>Party: *Defendant* Hazen and Sawyer, P.C. | 📄 | 2 |
| 02/13/2018 | **Motion to Dismiss** | DEFENSES AND JUDGMENT ON DEFENDANT'S LIABILITY<br>Party: *Plaintiff* R.J. Sullivan Corp | 📄 | 11 |
| 02/13/2018 | **Motion** | MOTION FOR INVOLUNTARY DISMISSAL<br>Party: *Defendant* Hazen and Sawyer, P.C. | 📄 | 76 |
| 02/13/2018 | **Order** | retaining evidence | 📄 | 1 |
| 02/06/2018 | **Notice of Filing** | Trial Testimony of Gary Bors<br>Party: *Plaintiff* R.J. Sullivan Corp | 📄 | 259 |
| 02/06/2018 | **Notice of Filing** | CLOSING ARGUMENT<br>Party: *Plaintiff* R.J. Sullivan Corp | 📄 | 64 |
| 02/06/2018 | **Clerk's Minutes/Non Jury** | | 📄 | 5 |
| 01/19/2018 | **Notice of Hearing** | | 📄 | 2 |
| 01/19/2018 | **Amended Notice of Hearing** | | 📄 | 2 |
| 01/17/2018 | **Brief** | TRIAL BRIEF ON IMPACTED AS-PLANNED SCHEDULE<br>Party: *Defendant* Hazen and Sawyer, P.C. | 📄 | 259 |
| 01/17/2018 | **Order** | REGARDING EVIDENCE HANDLING PROCEDURES | 📄 | 1 |
| 01/09/2018 | **Brief** | | 📄 | 3 |
| 01/09/2018 | **Brief** | | 📄 | 4 |
| 01/09/2018 | **Brief** | | 📄 | 7 |

| Date | Description | | View | Pages |
|------|-------------|--|------|-------|
| 01/09/2018 | **Pre-Trial Memorandum** | | | 6 |
| 01/09/2018 | **Memorandum in Opposition** | | | 5 |
| 01/09/2018 | **Memorandum in Opposition** | | | 5 |
| 01/08/2018 | **Notice** | Of Production at Trial<br>Party: *Plaintiff* R.J. Sullivan Corp | | 23 |
| 01/08/2018 | **Brief** | | | 3 |
| 01/08/2018 | **Brief** | | | 18 |
| 01/08/2018 | **Brief** | | | 13 |
| 01/08/2018 | **Brief** | | | 3 |
| 01/08/2018 | **Brief** | | | 14 |
| 01/08/2018 | **Brief** | | | 3 |
| 01/08/2018 | **Brief** | | | 3 |
| 01/08/2018 | **Notice of Filing Deposition** | of William Pulsford dated November 18, 2017<br>Party: *Plaintiff* R.J. Sullivan Corp | | 211 |
| 01/08/2018 | **Notice of Filing Deposition** | TRANSCRIPTS OF JASON BUCKWALTER<br>Party: *Plaintiff* R.J. Sullivan Corp | | 97 |
| 01/08/2018 | **Notice of Filing Deposition** | Transcript of Gerald C. Hartman, P.E. and Deposition Exhibits Nos. 72,73,74 and 75<br>Party: *Plaintiff* R.J. Sullivan Corp | | 201 |
| 01/02/2018 | **Exhibit List** | HAZEN AND SAWYER, P.C.'S TRIAL EXHIBIT LIST WITH NOTED SUPPLEMENTAL OBJECTIONS1 BY PLAINTIFF R.J. SU<br>LIVAN CORP | | 7 |
| 12/18/2017 | **Defendant's Exhibits** | | | 16 |
| 12/18/2017 | **Defendant's Exhibits** | | | 6 |
| 12/18/2017 | **Defendant's Exhibits** | | | 1 |
| 12/18/2017 | **Defendant's Exhibits** | | | 1 |
| 12/18/2017 | **Defendant's Exhibits** | | | 3 |
| 12/18/2017 | **Defendant's Exhibits** | | | 10 |

| Date | Description | | View | Pages |
|------|-------------|--|------|-------|
| 12/18/2017 | **Defendant's Exhibits** | Defendant ID Exh. No. 001; | 🗎 | 24 |
| 12/18/2017 | **Defendant's Exhibits** | Defendant ID Exh. No. 2(A) | 🗎 | 3 |
| 12/18/2017 | **Defendant's Exhibits** | Defendant ID Exh. No. 2(B) | 🗎 | 3 |
| 12/18/2017 | **Defendant's Exhibits** | PURCHASE ORDER | 🗎 | 2 |
| 12/18/2017 | **Defendant's Exhibits** | PROJECT NO. 07-35 GULFSTREAM MASTER PUMP STATION CONVERSION AMENDMENT NO. 1 | 🗎 | 3 |
| 12/18/2017 | **Defendant's Exhibits** | PURCHASE ORDER | 🗎 | 2 |
| 12/18/2017 | **Defendant's Exhibits** | AGREEMENT DATED AUGUST 24, 2017 | 🗎 | 14 |
| 12/07/2017 | **Motion to Appear Telephonically** | Party: *Defendant* Hazen and Sawyer, P.C. | 🗎 | 3 |
| 10/24/2017 | **Order Resetting** | Trial 12-15-17 @ 9:30 am rm 16160 | 🗎 | 2 |
| 10/17/2017 | **Order Denying Motion** | FOR DISQUALIFICATION | 🗎 | 1 |
| 10/17/2017 | **Order Granting Motion** | FOR CONTINUANCE OF TRIAL | 🗎 | 1 |
| 10/13/2017 | **Motion for Disqualification** | Party: *Defendant* Hazen and Sawyer, P.C. | 🗎 | 6 |
| 10/02/2017 | **Notice of Hearing** | | 🗎 | 2 |
| 10/02/2017 | **Reply** | Frank Hild fbn 16910 Party: *Defendant* Hazen and Sawyer, P.C. | 🗎 | 3 |
| 09/29/2017 | **Memorandum in Opposition** | | 🗎 | 3 |
| 09/27/2017 | **Order Setting** | Non JT 10-20-17 | 🗎 | 2 |
| 09/26/2017 | **Notice of Hearing** | | 🗎 | 2 |
| 09/26/2017 | **Motion for Continuance** | OF TRIAL Party: *Defendant* Hazen and Sawyer, P.C. | 🗎 | 17 |
| 09/20/2017 | **Order Denying Motion** | FOR PARTIAL SUMMARY JUDGMENT | 🗎 | 1 |
| 09/19/2017 | **Order Setting** | Non JT 09-22-17 | 🗎 | 2 |
| 09/18/2017 | **Order** | ON JOINT STIPULATION TO EXTEND DATE FOR FILING/SERVING OBJECTIONS TO PROPOSED TRIAL EXHIBITS | 🗎 | 1 |
| 09/06/2017 | **Supplemental Exhibit List** | | 🗎 | 13 |

| Date | Description | | View | Pages |
|------|-------------|--|------|-------|
| 09/06/2017 | **Objection** | Party: *Defendant* Hazen and Sawyer, P.C. | 📄 | 7 |
| 09/06/2017 | **Objection** | TO ENTRY INTO EVIDENCE OF MARKED FOR IDENTIFICATION DEPOSITION EXHIBITS<br>Party: *Plaintiff* R.J. Sullivan Corp | 📄 | 9 |
| 09/06/2017 | **Objection** | TO PLAINTIFF, R. J. SULLIVAN CORP.'S, TRIAL EXHIBIT LIST<br>Party: *Defendant* Hazen and Sawyer, P.C. | 📄 | 18 |
| 09/06/2017 | **Joint Stipulation** | TO EXTEND DATE FOR FILING/SERVING OBJECTIONS TO PROPOSED TRIAL EXHIBITS | 📄 | 1 |
| 09/02/2017 | **Order** | ON JOINT STIPULATION TO EXTEND DATE FOR FILING/SERVING OBJECTIONS TO PROPOSED TRIAL EXHIBITS/Stipul tion is approved | 📄 | 1 |
| 08/31/2017 | **Joint Stipulation** | TO EXTEND DATE FOR FILING/SERVING OBJECTIONS TO PROPOSED TRIAL EXHIBITS<br>Party: *Plaintiff* R.J. Sullivan Corp<br>*Defendant* Hazen and Sawyer, P.C. | 📄 | 1 |
| 08/29/2017 | **Supplemental Witness List** | Party: *Defendant* Hazen and Sawyer, P.C. | 📄 | 2 |
| 08/25/2017 | **Notice of Service** | | 📄 | 1 |
| 08/25/2017 | **Order Making Court File Confidential** | | 🔒 | 9 |
| 08/24/2017 | **Joint Pre-Trial Stipulation** | Party: *Plaintiff* R.J. Sullivan Corp<br>*Defendant* Hazen and Sawyer, P.C. | 📄 | 53 |
| 08/21/2017 | **Notice of Taking Deposition** | Alan Miller Flowserve Wednesday, 10:00 a.m. August 30, 2017 | 📄 | 2 |
| 08/21/2017 | **Response to Request for Production** | | 📄 | 2 |
| 08/18/2017 | **Motion in Limine** | Party: *Defendant* Hazen and Sawyer, P.C. | 📄 | 23 |
| 08/18/2017 | **Motion in Limine** | Party: *Defendant* Hazen and Sawyer, P.C. | 📄 | 3 |
| 08/17/2017 | **Memorandum of Law** | Party: *Plaintiff* R.J. Sullivan Corp | 📄 | 15 |

| Date | Description | | View | Pages |
|---|---|---|---|---|
| 08/17/2017 | **Notice of Filing** | THE AFFIDAVITS OF WILLIAM PULSFORD, GERALD C. HARTMAN, P.E. AND BRIAN HANSEN, CPA IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br>Party: *Plaintiff* R.J. Sullivan Corp | 📄 | 26 |
| 08/14/2017 | **Notice of Filing Deposition** | | 📄 | 288 |
| 08/14/2017 | **Notice of Filing Deposition** | EXHIBIT NUMBER 65 IN OPPOSITION | 📄 | 176 |
| 08/14/2017 | **Notice of Filing Deposition** | NOTICE OF FILING DEPOSITION TRANSCRIPTS OF WILLIAM PULSFORD IN OPPOSITION TO DEFENDANT'S MOTION FOR ARTIAL SUMMARY JUDGMENT<br>Party: *Plaintiff* R.J. Sullivan Corp | 📄 | 211 |
| 08/14/2017 | **Notice of Filing Deposition** | transcripts of Jason Buckwalter dated November 18, 2015 and July 132017<br>Party: *Plaintiff* R.J. Sullivan Corp | 📄 | 97 |
| 08/14/2017 | **Notice of Filing Deposition** | transcript of Casey Sullivan dated July 13,2017<br>Party: *Plaintiff* R.J. Sullivan Corp | 📄 | 27 |
| 08/14/2017 | **Notice of Appearance** | RANDY C. CARDOZA, III, ESQ<br>Party: *Defendant* Hazen and Sawyer, P.C. | 📄 | 2 |
| 08/11/2017 | **Notice of Taking Deposition** | Gary Bors | 📄 | 2 |
| 08/11/2017 | **Notice of Taking Deposition** | Ted NeSmith, CPA, CVA | 📄 | 2 |
| 08/11/2017 | **Notice of Taking Deposition** | | 📄 | 2 |
| 08/11/2017 | **Notice of Taking Deposition** | | 📄 | 2 |
| 08/11/2017 | **Notice of Taking Deposition** | (Amended) Gary Bors. Tuesday, August 29,2017 @ 1:00 p.m | 📄 | 2 |
| 08/09/2017 | **Notice of Hearing** | | 📄 | 2 |
| 08/02/2017 | **Motion for Partial Summary Judgment** | AND MEMORANDUM OF LAW IN SUPPORT THEREOF<br>Party: *Defendant* Hazen and Sawyer, P.C. | 📄 | 72 |
| 07/25/2017 | **Notice of Filing Answers to Interrogatories** | | 📄 | 2 |
| 07/25/2017 | **Agreed Order** | Regarding Disclosure of Expert Witnesses Dated 6/7/17 and Pltf's Supplemental Expert Witness Disclos re Dated 7/5/17 | 📄 | 1 |

| Date | Description | | View | Pages |
|------|-------------|--|------|-------|
| 07/21/2017 | **Mediation Report** | | | 1 |
| 07/21/2017 | **Notice of Service** | | | 1 |
| 07/13/2017 | **Disclosure of Expert Witness** | | | 7 |
| 07/05/2017 | **Supplemental Witness List** | EXPERT WITNESS DISCLOSURE<br>Party: *Plaintiff* R.J. Sullivan Corp | | 5 |
| 06/30/2017 | **Notice of Service** | | | 1 |
| 06/22/2017 | **Notice of Service of Interrogs** | | | 1 |
| 06/20/2017 | **Notice of Taking Deposition** | July 11, 2017 at 9 a.m | | 5 |
| 06/19/2017 | **Notice of Appearance** | THE LAW FIRM OF MARTIN HILD P.A. AS CO-COUNSEL<br>Party: *Defendant* Hazen and Sawyer, P.C. | | 3 |
| 06/07/2017 | **Notice of Service** | | | 1 |
| 06/07/2017 | **Disclosure of Expert Witness** | | | 14 |
| 06/01/2017 | **Notice of Service of Interrogs** | | | 1 |
| 05/17/2017 | **Notice of Service** | | | 1 |
| 05/01/2017 | **Notice of Taking Deposition** | (amended) OF JORGE ATOCHE | | 2 |
| 05/01/2017 | **Notice of Taking Deposition** | OF ANA GARCIA | | 2 |
| 05/01/2017 | **Notice of Taking Deposition** | of Jorge Atoche | | 2 |
| 05/01/2017 | **Notice of Taking Deposition** | OF GLENN CUNNINGHAM<br>Party: *Plaintiff* R.J. Sullivan Corp | | 2 |
| 04/19/2017 | **Notice of Mediation** | | | 2 |
| 03/22/2017 | **Notice of Mediation** | | | 2 |
| 03/14/2017 | **Subpoena Duces Tecum W/O Deposition Returned Served** | | | 3 |
| 03/10/2017 | **Order Appointing Court Mediator** | FRANK C. WALKER | | 2 |
| 03/07/2017 | **Calendar Call-Order Setting Trial** | 08-25-2017 | | 4 |
| 02/28/2017 | **Notice of Production From Non-Party** | | | 9 |

| Date | Description | | View | Pages |
|------|-------------|--|------|-------|
| 02/28/2017 | **Stipulation & Order** | for substitution of counsel for pltf the new counsel shall be joseph lawrence fbn: 211303 | | 1 |
| 02/28/2017 | **Order for Substitution of Counsel** | | | 2 |
| 02/28/2017 | **Notice of Non Jury Trial** | Party: *Plaintiff* R.J. Sullivan Corp | | 1 |
| 10/03/2016 | **Response to Request for Admissions** | | | 13 |
| 10/03/2016 | **Response to Request for Production** | | | 10 |
| 09/02/2016 | **Request for Admissions** | | | 6 |
| 09/02/2016 | **Request for Production** | | | 6 |
| 07/11/2016 | **Notice of Cancellation** | | | 2 |
| 06/20/2016 | **Notice of Hearing** | July 14, 2016 @ 8:45 a.m.. Rm 920A | | 2 |
| 04/29/2016 | **Motion to Compel Production** | Party: *Defendant* Hazen and Sawyer, P.C. | | 13 |
| 03/25/2016 | **Notice of Cancellation** | deposition of Glenn Cunningham | | 1 |
| 02/12/2016 | **Notice of Serving Proposal for Settlement** | Party: *Plaintiff* R.J. Sullivan Corp | | 1 |
| 02/11/2016 | **Notice** | OF LAW FIRM NAME CHANGE, AMENDED DESIGNATION OF EMAIL ADDRESSES, AND NOTICE OF APPEARANCE Party: *Defendant* Hazen and Sawyer, P.C. | | 3 |
| 02/09/2016 | **Re-Notice of Taking Deposition** | Glenn Cunningham; Jorge Atoche; Ana Garcia | | 2 |
| 11/30/2015 | **Re-Notice of Taking Deposition** | Jorge Atoche ; Glenn Cunningham ; Ana Garcia | | 2 |
| 10/29/2015 | **Notice of Taking Deposition** | Jorge Atoche , Ana Garcia , Glenn Cunningham | | 2 |
| 10/02/2015 | **Re-Notice of Taking Deposition** | DEPO OF GARY BORS | | 2 |
| 06/03/2015 | **Re-Notice of Taking Deposition** | Gary Bors | | 2 |
| 05/18/2015 | **Notice of Cancellation** | of depo of Gary Bors 05/20/15 @ 10:00 AM | | 1 |
| 03/17/2015 | **Re-Notice of Taking Deposition** | Gary Bors | | 2 |

| Date | Description | | View | Pages |
|------|-------------|--|------|-------|
| 03/17/2015 | **Notice of Filing Designation of Emailing Addresses** | FRANK J. HILD, Esquire of the Law Firin of GREGORY S. MARTIN & ASSOCIATES, P.A. | | 2 |
| 03/17/2015 | **Notice of Taking Deposition** | AMENDED/OF WILLIAM PULSFORD | | 2 |
| 03/17/2015 | **Notice of Taking Deposition** | AMENDED/OF JASON BUCKWALTER | | 2 |
| 01/27/2015 | **Notice of Taking Deposition** | Gary Bors | | 2 |
| 09/22/2014 | **Notice of Compliance** | WITH REQUEST FOR PRODUCTION OF DOCUMENTS/ TO THE PLAINTIFF, RJ SULLIVAN CORP<br>Party: *Defendant* Hazen and Sawyer, P.C. | | 2 |
| 09/03/2014 | **Notice of Filing** | Original Verified Return of Service<br>Party: *Plaintiff* R.J. Sullivan Corp | | 2 |
| 08/27/2014 | **Answer to Interrogs** | NOTICE OF SERVING VERIFIED ANSWERS TO DEFENDANT, HAZEN AND SAWYER'S FIRST SET OF INTERROGATORIES<br>Party: *Plaintiff* R.J. Sullivan Corp | | 46 |
| 08/26/2014 | **Notice of Compliance** | WITH REQUEST FOR COPIES<br>Party: *Plaintiff* R.J. Sullivan Corp | | 1 |
| 08/12/2014 | **Notice of Cancellation** | OF DEPOSITION DUCES TECUM OF THE CORPORATE REPRESENTATIVE/MANAGING AGENT FOR PLAINTIFF | | 2 |
| 08/05/2014 | **Response to Request for Production** | Party: *Plaintiff* R.J. Sullivan Corp | | 3 |
| 08/05/2014 | **Request for Copies (Pursuant to Rule 1.351)** | TO PLAINTIFF<br>Party: *Defendant* Hazen and Sawyer, P.C. | | 2 |
| 07/02/2014 | **Motion for Enlargement of Time** | TO RESPOND TO DISCOVERY<br>Party: *Plaintiff* R.J. Sullivan Corp | | 2 |
| 06/27/2014 | **Notice of Taking Deposition Duces Tecum** | CORPORATE REPRESENTATIVE/MANAGING AGENT FOR PLAINTIFF RJ SULLIVAN CORP | | 2 |
| 06/27/2014 | **Request for Production** | FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO HAZEN AND SAWYER, P.C<br>Party: *Plaintiff* R.J. Sullivan Corp | | 5 |
| 06/27/2014 | **Notice of Production From Non-Party** | Party: *Plaintiff* R.J. Sullivan Corp | | 6 |
| 06/02/2014 | **Notice of Filing Designation of Emailing Addresses** | | | 2 |

| Date | Description | | View | Pages |
|------|-------------|---|------|-------|
| 05/27/2014 | **Answer & Affirmative Defenses** <br><br> Party: *Defendant* Hazen and Sawyer, P.C. | | | 5 |
| 05/20/2014 | **Notice of Filing/Affidavit of Service Returned Served** | Sums Returned Srvd 05-08-14 Hazen and Sawyer P.C./attached <br> Party: *Plaintiff* R.J. Sullivan Corp | | 3 |
| 05/07/2014 | **Civil Cover Sheet** | | | 2 |
| 05/07/2014 | **Complaint (eFiled)** | | | 4 |
| 05/07/2014 | **eSummons Issuance** <br><br> Party: *Defendant* Hazen and Sawyer, P.C. | | | 1 |
| 05/07/2014 | **Filing Fee** | Payor: MICHAEL E. STEARNS, ESQ. ; Userid: CTS-fg/t ; Receipt: 20141FA1A060120; <br> ; <br><br> Amount: $401.00 | | |
| 05/07/2014 | **Summons Issued Fee** | Payor: MICHAEL E. STEARNS, ESQ. ; Userid: CTS-fg/t ; Receipt: 20141FA1A060120; <br> ; <br><br> Amount: $10.00 | | |

## − Hearing(s)

Total: 0

**There is no Disposition information available for this case.**

## − Related Case(s)

Total: 0

**There is no related case information available for this case.**

From:  ralph sanders (ralph_l_sanders@yahoo.com)

To:    flsb-emergency-filings@flsb.uscourts.gov

Date:  Monday, June 15, 2020, 07:32 PM EDT

See attached.

## **Dear Honorable** Judge Paul G. Hyman, Jr

UNITED STATES BANKRUPTCY COURT

United States Courthouse

299 E. Broward Blvd.

**Courtroom: 301 / Chambers: Room 303**

Fort Lauderdale, FL 33301

I am objecting to Mr. Johnson's request to quit in the middle of litigation until I have a

replacement law firm. (30 days?) The 5 double space letter goes into more detail

Ralph L. Sanders

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*

On Monday, June 15, 2020, 01:08:05 PM EDT, FLSB EMERGENCY FILINGS <flsb-emergency-filings@flsb.uscourts.gov> wrote:

*This email service is available for submission of documents for filing in a bankruptcy case. All documents must be in .pdf format. Instructions for submission of documents are available on our website: www.flsb.uscourts.gov.*

*The U.S. Bankruptcy Court for the Southern District of Florida now offers debtors the opportunity to request receipt of court notices and orders via email, instead of U.S. mail, through a program called "Debtor Electronic Bankruptcy Noticing" or "DeBN." DeBN is a free and voluntary service. Visit our website here: https://www.flsb.uscourts.gov/debtor-electronic-bankruptcy-noticing-debn to learn more and to enroll.*

*To view bankruptcy documents online, you may register for a PACER account by visiting www.pacer.gov. There is a $.10 per page charge for case information on this system; however, if you accrue less than $30.00 in a particular quarter, the fees are waived for that quarter. You may also contact PACER by telephone at: 800-676-6856.*

*If you have any questions regarding a bankruptcy matter, you may contact the Clerk's office by telephone at : 954-769-5700; or by email at: webmaster@flsb.uscourts.gov.*



**From:** ralph sanders <ralph_l_sanders@yahoo.com>
**Sent:** Monday, June 15, 2020 12:55 PM
**To:** FLSB EMERGENCY FILINGS <FLSB-EMERGENCY-FILINGS@flsb.uscourts.gov>
**Subject:** Test email BK 19-24331 Ralph L. Sanders

BK 19-24331

I am sending a test email just to make sure that I have the email address correct.

The First real email will be the 30,000-foot view of why Mr. Johnson can not resign at this time with some detail with backup from other lawyers and with my mortgage company  & mortgage servicing operating on a dual-track.

The second email will 20,000-foot level with more detail of additional issues of why I need a lawyer to watch my back

The third email ???

Regards

Ralph L. Sanders

561 SW 60th ave

Plantation, FL. 33317

954.247.1557

754.801.7097

 Dear Honable.docx
28.6kB