From: ralph sanders (ralph_l_sanders@yahoo.com)
To: flsb-emergency-filings@flsb.uscourts.gov
Cc: ralph.l.sanders@gmail.com
Date: Wednesday, June 17, 2020, 04:07 PM EDT



## Dear Honorable Judge Paul G. Hyman, Jr

UNITED STATES BANKRUPTCY COURT

United States Courthouse

299 E. Broward Blvd.

**Courtroom: 301 / Chambers: Room 303**

Fort Lauderdale, FL 33301

Addendum to Motion 80 regarding Mr. Johnson wording that the case is winding down and indirectly inviting Bank New York Mellon to continue with their wrongful foreclosure.

The reason I said wrongful is I am almost part of Wells Fargo HAMP breach of contract the nationwide class-action the lawsuit against Wells Fargo that was semi-settled on March 31, 2020. The only area that I am missing is Wells Fargo had to have sold my home.

In history, the spreadsheet is the timeline of my mortgage from

1. Origination of WF Mortgage

2. WF Mortgage

3. Notice by WF that they (not BNYM) will be foreclosing. The wording is very similar to the paperwork that I got from BNYM/Specialized Loan Servicing late last week

4. WF assigning my mortgage to BNYM

5. WF is now the agent for BNYM

6. WF offers HAMP

7. We accepted the offer of HAMP

8. We made the three payments

9. WF denies making the HAMP permanent using their buggy software

10. No one could figure out a valid/legal reason for the denial

11. WF faulty software issue became more known

12. 2019 I get a notice from WF that they made a mistake.

13. I filed an appeal in 2019. I lost due to time factors. It seems that being in bankruptcy and new evidence does not count.

14. I have to research other BK cases where the validity of judgment is questioned and has to be resolved in either civil or Federal court.

MY Bankruptcy case is NOT winding down. Just the reverse.

Attach is a spreadsheet of my mortgage and copies of the Wells Fargo Hamp documents involve Ralph & Virpi Sanders

Regards

*[signature]*

Ralph Sanders

---

On_Sheet.zip
7.1MB

20111130_Hamp_paperwork.JPG
123.5kB

Letter_From_Wells_Fargo_denying_Hamp_Sanders 708-0143369122 (2).pdf
93kB

Sanders 708-0143369122, HAMP trial mod docs (3).pdf
193.6kB



WFHM
8480 Stagecoach Circle
Frederick, MD 21701-4747

wellsfargo.com

Fax:            (866) 278-1179
Telephone:      (800) 416-1472
Correspondence:  PO Box 10335
                Des Moines, IA 50306
Hours of Operation: Mon-Fri, 6 AM - 10 PM
                    Sat, 8 AM - 2 PM CT

February 17, 2012

Loan Number:       0143369122
Property Address:  561 Sw 60 Ave
                   Plantation FL 33317

Ralph L Sanders
561  SW 60 Ave
Plantation FL 33317

Subject: Home Affordable Modification Program

Dear Ralph L Sanders :

We're writing to provide you with the results of our efforts to find a
solution that might help with the mortgage payment challenges you're
facing.

Decision on the Federal Government's Home Affordable Modification Program
Unfortunately, after carefully reviewing the information you've provided,
we are unable to adjust the terms of your mortgage. There are additional liens
on your property that prevent us from completing your request for mortgage
assistance.

If you'd like to discuss why your loan was not approved under the Home
Affordable Modification Program, or find out about other options that
may be available to you, it's critical that you contact us within 30
days of this letter.

During this 30 day period a foreclosure sale on your home will not be
scheduled if permitted by state law. Please understand that you may
continue to receive letters and phone calls related to foreclosure
during this time.

Additional assistance is available
If monthly expenses other than your mortgage payment are creating part
of your financial strain, we encourage you to contact a HUD-approved,
non-profit, community based Credit Counseling agency who can work with
you, at no charge, to lower your other monthly payments. You can find a

Together we'll go far

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A.

local agency by calling (800) 569-4287 or call the HOPE Hotline Number at
(888) 995-HOPE. A counselor will work closely with you, take your financial
circumstances into consideration, create a budget plan that may work
for you and provide assistance in understanding the Borrower Notice
by asking for Making Home Affordable HELP.

Be sure to avoid anyone who asks for a fee for counseling or a loan
modification, or asks you to sign over the deed to your home, or to make
your mortgage payments to anyone other than Wells Fargo Home Mortgage.

If you have any questions about the decision we've made on your
mortgage request, please call a Wells Fargo Home Mortgage representative
at the number listed in the account information section. We'd also like
to hear from you if any of your circumstances have changed, or if you can
provide us with additional information for consideration.

Sincerely,
Wells Fargo Home Mortgage
Fax: 1-866-590-8910

This communication is an attempt to collect a debt and any information
obtained will be used for that purpose. However, If you have received a
discharge of this debt in bankruptcy or are currently in a bankruptcy
case, this notice is not intended as an attempt to collect a debt and,
this company has a security interest in the property and will only
exercise its rights as against the property.

With respect to those loans in the state of California, the state
Rosenthal Fair Debt Collection Practices Act and the Federal Fair Debt
Collection Practices Act require that, except under unusual circumstances
collectors may not contact you before 8 a.m. or after 9 p.m. They may not
harass you by using threats of violence or arrest or by using obscene
language. Collectors may not use false or misleading statements or call
you at work if they know or have reason to know that you may not receive
personal calls at work. For the most part, collectors may not tell
another person, other than your attorney or spouse, about your debt.
Collectors may contact another person to confirm your location or enforce
a judgment. For more information about debt collection activities, you
may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

The federal Equal Credit Opportunity Act prohibits creditors from
discriminating against credit applicants on the basis of race, color,
religion, national origin, sex or marital status, or age (provided the
applicant has the capacity to enter into a binding contract); because all
or part of the applicant's income derives from any public assistance
program; or because the applicant has in good faith exercised any right
under the Consumer Credit Protection Act. The federal agency that

Page 2 of 2

administers compliance with this law concerning this creditor is Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, TX 77010-9050.

If you reside in the state of New York and if you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Banking Department at 1-877-BANK-NYS or www.banking.state.ny.us.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, NA ©2009 Wells Fargo Bank, N. A. All rights reserved.

**From:** Angela M. Riley [mailto:ariley@albertellilaw.com]
**Sent:** Wednesday, November 30, 2011 1:10 PM
**To:** 'jerome@teppslawfirm.com'
**Subject:** 11-87990 Wells Fargo v. Ralph Sanders/Case no:CACE11016092

Good afternoon:

Please see the attached HAMP trial documents for your review.

Thanks.

| | |
|---|---|
| **Angela M. Riley** (AMR) | P.O. Box 23028 |
| | Tampa, FL 33623 |
| **Litigation Paralegal** | Tel: (813) 221-4743, ext 1377 |
| | Fax: (813) 221-9171 |
| ALBERTELLI | Email: ariley@albertellilaw.com |

↓ Download all attachments as a zip file

  

Sanders 708....pdf    ATT00004.txt

**HELPING YOU STAY IN YOUR HOME.**            
MAKING HOME AFFORDABLE

*You may be able to make your payments more affordable.*
*Act now to get the help you need!*


WELLS FARGO

October 21, 2011

RALPH SANDERS                    Loan #:              0143369122
561 SW 60 AVE                    Property Address: 561 SW 60 AVE
PLANTATION, FL 33317                                  PLANTATION, FL 33317

Dear RALPH SANDERS,

Congratulations. By entering into a Home Affordable Modification Trial Period Plan you have taken the first step toward making your payment more affordable.

After a review of your financial information and current level of debt, you are required to work with a HUD-approved housing counseling agency as a condition of being offered a Trial Period Plan. The service provided by the housing counseling agency is **FREE**. Your counselor will work with you to create a household budget and develop an action plan to reduce your household debt. You can also count on your housing counselor to provide you with support during the loan modification process.

Your next step is to choose from the following housing counseling options:

A. Select a HUD approved housing counseling agency by going to this website address: http://www.hud.gov/offices/hsg/sfh/hcc/fc/. The available agencies are listed by state and can provide you with either in-person counseling or counseling by phone.

B. Or, select counseling by phone through the HOPE Hotline by calling 1-888-995-HOPE. This is an on-demand counseling service that is available 24-hours a day/7-days a week. The HOPE Hotline is available in Spanish or English (other languages are available on request).

Whichever option you select, the housing counseling services will be made available at NO COST TO YOU. Remember, it is **your responsibility** to contact one of these counseling agencies. It is also a requirement of your Trial Period Plan.

If you have questions about this requirement, please contact us at: 877-893-3606 Ext. 01360

Sincerely,

Eddie Lebario
877-893-3606 Ext. 01360
Wells Fargo Home Mortgage

*The Making Home Affordable program was created to help millions of homeowners refinance or modify their mortgages. As part of this program, we, your mortgage servicer, and the Federal Government are working to offer you options to help you stay in your home.*