[Type here]                    Ralph L. Sanders                    Case 19-bk-24331-PDR

# Motion for

## Postponement of Mortgage Modification Mediation Scheduled for December 17, 2020, Due to possible Criminal

**Dear Honorable Judge Peter D. Russin**

**UNITED STATES BANKRUPTCY COURT**

**United States Courthouse 299 E. Broward Blvd.**

**Courtroom: 301 / Chambers: Room 303**

**Fort Lauderdale, FL 33301**

BANKrUPTCY Case 19-bk-24331-PDR                    Date: December 16, 2020

Addendum to filing 90 of Bankruptcy case 19-bk-24331-PDR regarding possible criminal violation of Breach of Fiduciary Duty and Aiding & Abetting Breach of Fiduciary Duty. See attached.

I am asking for a postponement of the Mortgage Modification Mediation Mediation and whatever guidance the Court may suggest.

 Please.

Sincerely

[Type here]            Ralph L. Sanders            Case 19-bk-24331-PDR

Ralph Levi Sanders

561 SW 60th ave

Plantation, Fl. 33317

754.801.7097

Loan 1018459424 BK ID=19-bk-24331-PDR Adversary litigation paperwork with Breach of Fiduciary Duty on UPC side

From: ralph sanders (ralph_l_sanders@yahoo.com)

To: crdocs@sls.net; bk@stewartlegalgroup.com; natalie.lea@bonialpc.com

Date: Friday, December 11, 2020, 04:55 PM EST

Good Afternoon

The following five (5) Adversary Litigation paperwork are going into my Bankruptcy case as assets for the court against my homeowners' insurance company. I understand the Trustee can hire outside law firms to proceed with the litigation if the resources are not in house. I started the communication with the Trustee office on Nov. 27. Most of the responses from the Trustee office has been, do not send non-pdf files to us (voicemails), and here is the link to the additional forms I need to fill out.

Breach of Contract 2017/2019
Breach of Contract 2019/2020
Bad Faith: Contract 2017/2018
Bad Faith: Contract 2019/2020
Breach of Fiduciary Duty.


In Florida Statutes, Adjusters are held to higher standards including Fiduciary duty including various fines and jail time if duty is broken.
The following is Mr. Goldwasser's adjuster's license and Universal Holdings (UPC parent company) help wanted for the position of 'Claims Examiner' per Mr. Goldwasser's title on his email. The help-wanted was posted 7 days ago. Attached is the full help wanted posting with the UPC fingerprints (logo) from Universal Insurance Holdings website.

Reference cases deal with Geico's insurance relationship with their insurance agents. Mine is the relationship of UPC with their adjusters and breach of Fiducial Duty in addition to breach of contract.


https://licenseesearch.fldfs.com/Licensee/1523038

UVE Careers | Universal Insurance Holdings

UVE Career Openings | Universal Insurance Holdings

https://www.flrules.org/gateway/organization.asp?id=360

Statutes & Constitution :View Statutes : Online Sunshine (state.fl.us)

----- Forwarded Message -----
From: Jeremy Goldwasser <jg0910@universalproperty.com>
To: ralph sanders <ralph_l_sanders@yahoo.com>
Sent: Friday, August 21, 2020, 11:50:45 AM EDT
Subject: RE: FL19-0135345-E317

Mr. Sanders,

I do want to first apologize, once you hear back from commissioner, please let us know.

Thanks,

**Jeremy Goldwasser**
*Claims Examiner*
Alder Adjusting
(W): (954) 958-1200 ext:6450
www.universalproperty.com



Join us and GO GREEN! Go paperless with Universal.

---

## Licensee Search

Bulk Downloads   FAQs   Related Services

### Licensee Detail

← Back to Search

| | | | |
|---|---|---|---|
| **License #:** W313386 | | **Full Name:** GOLDWASSER, JEREMY DEAN | |
| **Business Address:** 22030 BOCA PLACE DRIVE UNIT 616, BOCA RATON, FL 33433 | | **Mailing Address:** 22030 BOCA PLACE DRIVE UNIT 616, BOCA RATON, FL 33433 | |
| **Email:** JEREMYDEANGOLDWASSER@PROTONMAIL.COM | | **Phone:** (561) 926-8350 | |
| **County:** Palm Beach | | **NPN #:** 17888767 | |

**Continuing Education Statistics**

| | | | |
|---|---|---|---|
| **CE Due Date:** 4/30/2022 | | **Continuing Education Status:** In Progress | |
| **Number of Hours Required:** 24 | | **Number of Hours Completed:** 5 | |

#### Valid Licenses

| Type | Issue Date | Qualifying Appointment |
|---|---|---|
| LIFE INCL VAR ANNUITY & HEALTH (0215) | 3/21/2016 | NO |
| ADJUSTER - ALL LINES (0620) | 9/5/2018 | YES |

#### Active Appointments

**ADJUSTER - ALL LINES (0520)**

| Company Name | Issue Date | Exp Date |
|---|---|---|
| UNIVERSAL ADJUSTING CORPORATION DBA ALDER ADJUSTING | 9/19/2018 | 4/30/2021 |

#### Invalid Licenses

No invalid licenses found.

#### Inactive Appointments

**LIFE INCL VAR ANNUITY & HEALTH (0215)**

| Company Name | Issue Date | Exp Date | Status Date |
|---|---|---|---|

We're committed to bringing passion and customer focus to the business.

The Claims Examiners primary responsibility involves the review and evaluation of homeowner property claims. This includes reviewing, evaluating, investigating and adjusting claims in compliance with all policy and state regulatory requirements. The position requires the ability to evaluate each claim based on circumstance and merit, recommend accurate reserves/direction and the ability to clearly convey same to management. The position also requires the ability to service and manage a large claims inventory while keeping the adjusting standard at a high level.

The following are the usual, basic and essential functions of the position. These functions are not to be construed as an exhaustive list of all responsibilities, duties and skills required.



Our Work Experience is the combination of everything that's unique about us: our culture, our core values, our company meetings, our commitment to sustainability, our recognition programs, but most importantly, it's our people. Our employees are self-disciplined, hard working, curious, trustworthy, humble, and truthful. They make choices according to what is best for the team, they live for opportunities to collaborate and make a difference, and they make us the #1 Top Workplace in the area.

### Essential Job Functions

- Evaluation of all types of homeowner property claims.
- Communicate with independent adjusters and other experts to gather information on claims.
- Negotiate and explain settlements with the insured and/or their representatives.
- Knowledge of multiple policy forms.
- Manage workload and provide management with reports for late reporting per established UAC guidelines
- Answer incoming telephone calls from agents, contractors and insureds.
- Review and analyze written information.
- Communicate effectively.
- Rely on training and guidance from management to plan and accomplish goals.
- Supports catastrophe operations as needed to include working significant overtime during designated CATs.

### Required Knowledge, Skills & Ability

- High School Diploma or GED
- 2+ years property claims adjusting experience
- Working knowledge of Microsoft Office including Word, Excel and Outlook.
- Must possess a Florida Insurance License.
- Possession of other state license as required by management.
- Ability to work independently as well as a team player.
- Ability to multi-task.
- Computer savvy.



Regards
Ralph L. Sanders
561 SW 60th ave
Plantation, Fl. 33317
754.801.7097