**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | Case #19-24331 |
| **Debtor:** Ralph Sanders | Chapter 13 |

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 01-13-2021 and the following parties were present:

1. [ ] The Debtor:
2. [ ] The Debtor's Attorney:
3. [ ] The Lender's Representative:
4. [ ] The Lender's Attorney:

**B.** The final MMM conference was scheduled for 01-13-2021 but not conducted for the following reason:

1. [ ] The parties settled prior to attending
2. [ ] The case was dismissed
3. [ ] The debtor failed to attend
4. [ ] The debtor's attorney failed to attend
5. [ ] The lender failed to attend
6. [ ] The lender's attorney failed to attend
7. [ x ] Other: unrepresented borrower's hostility toward mediator making continued interaction infeasible.

**C.** The result of the MMM conference is as follows:

1. [ ] The parties reached an agreement
2. [ ] The parties did not reach an agreement


Dated: 01.04.21                    Signature of Mediator: _____ //s// Christian McCue
                                   Printed Name: Christian McCue
                                   Address: 6245 N Federal Hwy # 418 Ft. Lauderdale, FL 33308
Copies To:                         Phone: (954) 267-9377
[All Parties to Mediation]         Email: christian.mccue@mccuelaw.com