UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  19-24331-PDR
PROCEEDING UNDER CHAPTER 13

IN RE:

RALPH LEVI SANDERS JR.

DEBTOR_____/

### NOTICE OF REFUND OF MEDIATOR FEE TO DEBTOR

**PLEASE TAKE NOTICE** that MEDIATOR HAS REFUNDED TO DEBTOR THE PREVIOUSLY PAID LOSS MITIGATION/MORTGAGE MODIFCATION MEDIATOR FEE OF $300.00 (three-hundred dollars and zero cents).

**RESPECTFULLY SUBMITTED** this 7th day of January 7, 2021.

/s/Christian A. McCue
CHRISTIAN A. MCCUE, ESQUIRE
AS MMM MEDIATOR
6245 N FEDERAL HWY STE 418
FORT LAUDERDALE, FL 33308
EMAIL:  christian.mccue@mccuelaw.com

COPIES TO:
[All Parties to Mediation]

# CHASE for BUSINESS

Printed from Chase for Business

## You've set up the following payment

### Ralph L. Sanders, Jr....4331 (...4331)

| Pay from | Amount | Send on | Deliver by | Status |
|---|---|---|---|---|
| BUSINESSSELECT CHKG (...0160) | $300.00 | Jan 5, 2021 | Jan 12, 2021 | Funded |

| Memo | Transaction number |
|---|---|
| Mediator Fee Refund Christian McCue | 10948817545 |