United States Bankruptcy Court
Southern District of Florida

In re:                                                                                                       Case No. 19-24331-PDR
Ralph Levi Sanders, Jr.,                                                                          Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 113C-0      User: groomsd      Page 1 of 2
Date Rcvd: Jan 07, 2021      Form ID: CGFI1      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ralph Levi Sanders, Jr., 561 SW 60 Ave., Plantation, FL 33317-3947 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christian A. McCue | on behalf of Mediator Christian McCue christian.mccue@mccuelaw.com ecf.mccuelaw@gmail.com;ign@mccuelaw.com;lisa.mccue@mccuelaw.com;patty@mccuelaw.com;mccuecr41107@notify.bestcase.com |
| Gavin N Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Matthew Tillma | on behalf of Creditor THE BANK OF NEW YORK MELLON matthew.tillma@bonialpc.com |
| Natalie Zindorf Lea | on behalf of Creditor THE BANK OF NEW YORK MELLON Natalie.Lea@bonialpc.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

| | | |
|---|---|---|
| District/off: 113C-0 | User: groomsd | Page 2 of 2 |
| Date Rcvd: Jan 07, 2021 | Form ID: CGFI1 | Total Noticed: 1 |

Robin R Weiner
          ecf@ch13weiner.com ecf2@ch13weiner.com

TOTAL: 6

CGFI1 (10/01/16)



**ORDERED in the Southern District of Florida on January 7, 2021**



**Peter D. Russin**
United States Bankruptcy Judge

**United States Bankruptcy Court**
**Southern District of Florida**
www.flsb.uscourts.gov

**Case Number: 19−24331−PDR**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Ralph Levi Sanders Jr.
561 SW 60 Ave.
Plantation, FL 33317
SSN: xxx−xx−6171

# ORDER STRIKING DOCUMENT

The following document was filed on 12/16/2020:

Title of Stricken Document: **Addendum Filed by Debtor Ralph Levi Sanders Jr. (Re: 91 Ex Parte Motion for Postponement of Mortgage Modification Mediation Scheduled for December 17, 2020**

The document was not signed as required by Bankruptcy Rule 1008 or 9011, or was not accompanied by Official Form Declaration Concerning Debtors Schedules as required by Local Rule 1009−1(D)(1)

It is **ORDERED** that this document is stricken. Any fees accompanying the document shall not be refunded. A stricken document resubmitted in compliance with the rules shall be considered as filed on the date it is resubmitted for filing, not the date the noncomplying document was initially filed, and must be served in accordance with court rules. If required, an additional fee must also be remitted. If the document stricken was a notice or motion served pursuant to Local Rules 3007−1(C), 4001−1(C), 6004−1(D), 6007−1(B) or 9013−1(D), the proponent is denied any relief which would have been afforded under the "negative notice" provisions contained in these rules and the party filer shall not submit any requests for orders to take any action based upon the filing of this stricken document.

The clerk of court shall serve a copy of this order on the party filing this document and on all parties on the service list of the document being stricken.

# # #