United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 19-24331-PDR |
| Ralph Levi Sanders, Jr. | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-0 | User: groomsd | Page 1 of 2 |
| Date Rcvd: Jan 07, 2021 | Form ID: pdf004 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

**Recip ID      Recipient Name and Address**
db          +  Ralph Levi Sanders, Jr., 561 SW 60 Ave., Plantation, FL 33317-3947

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christian A. McCue | on behalf of Mediator Christian McCue christian.mccue@mccuelaw.com ecf.mccuelaw@gmail.com;ign@mccuelaw.com;lisa.mccue@mccuelaw.com;patty@mccuelaw.com;mccuecr41107@notify.bestcase.com |
| Gavin N Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Matthew Tillma | on behalf of Creditor THE BANK OF NEW YORK MELLON matthew.tillma@bonialpc.com |
| Natalie Zindorf Lea | on behalf of Creditor THE BANK OF NEW YORK MELLON Natalie.Lea@bonialpc.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

| | | |
|---|---|---|
| District/off: 113C-0 | User: groomsd | Page 2 of 2 |
| Date Rcvd: Jan 07, 2021 | Form ID: pdf004 | Total Noticed: 1 |

Robin R Weiner
    ecf@ch13weiner.com ecf2@ch13weiner.com

TOTAL: 6

[Type here] Ralph L. Sanders Case 19-bk-24331-PDR

# Motion for

# Postponement of Mortgage Modification Mediation Scheduled for December 17, 2020

**Dear Honorable Judge Peter D. Russin**

**UNITED STATES BANKRUPTCY COURT**

**United States Courthouse 299 E. Broward Blvd.**

**Courtroom: 301 / Chambers: Room 303**

**Fort Lauderdale, FL 33301**

BANKrUPTCY Case 19-bk-24331-PDR                    Date: December 14, 2020

I am requesting a postponement of the Mortgage Modification Mediation for the following reasons.

1. I was supposed to receive notification of the Mortgage Modification Mediation 14 calendar days before the Mediation. I received the Mortgage Modification Mediation notification eight (8) days before the Mediation per the United States Postal Service Informed delivery on December 7, 2020. I have requested a rescheduling of the MORTGAGE MODIFICATION MEDIATION due to that reason. See exhibits 1 & 2
2. My rescheduling requests are not being responded to.

3. The Mortgage Modification Mediation is contrary to an agreement that Special Loan Servicing and I had agreed
4. I had requested a change in mediators due to if the mediator will allow item 1 to occur, what other issues could occur.
5. Due to the various litigations occurring that would pay off my creditors. The time is not 'ripe' for a Mortgage Modification Mediation.
6. I have requested legal help from the loan servicing company and the mortgagee company (BNYM)

I had gotten in contact with the Florida Insurance Commission and filed complainants with the Insurance Commission against my homeowners' insurance company. The Florida Insurance commission agrees with me. Universal Property & Causality ask for a 'do-over". I sent a write-up to the bankruptcy court, but the write-up had non-pdf items attached to it such that the write-up was rejected

　　　I called the bankruptcy court to find out how what I need to do to start adversary proceedings against my homeowners' insurance company to pay off creditors or bring up to current as my original intention was for when I went into bankruptcy to collect the personal property amount based on replacement cost.

Since then, issues with my insurance company, Universal Property & Casualty, has gotten considerably worse. It became necessary to get the Florida insurance commission involved.  Florida Insurance Commission agreed that I had valid issues. Adjusters from Universal Property admitted that they were at fault and requested a 'do-over,' but I need legal help to continue pressing the matter, and without the ability to get

Case 19-24331-PDR Doc 91 Filed 01/05/21 Page 3 of 4

[Type here]          Ralph L. Sanders          Case 19-bk-24331-PDR

an attorney, the bankruptcies assets from the insurance claim would go to waste based on a large number of cases against Universal Property and Casualty and the size of the legal staff at UPC

I have a number of bankruptcies assets that I can flesh out with the documentation, statutes, and case law into adversary proceedings where the Court can decide how to handle the assets. I will supply the bullet point of the assets in addition to the full adversary proceeding write-ups

Two of the proceedings would become construction job creation employing than just a few people

In my June 2020 filing, I had bought up the issue that the waterway behind me, a drainage easement, was causing issues to homes in my area. I had gotten in contact with the South Florida Water Management District. The south Florida water Management district assigned two engineers to help me locate the source of the issue.

The next to the end result of that investigation is a few thousand linear feet of seawall would have to be installed or upgraded possibly by the Old Plantation Water Management District due to drainage easement laws  I have damages to my home, possibly due to the undermining of the water's properties from the drainage easement. Of the 40 homes that have issues related to the drainage easement is paid off, and are the life-savings of the owners see the exhibit.

The second job creation would be to repair those homes that do have structural issues due to the possible undermining by the drainage easement.

In my situation, based on other issues, the current building code elevation I am at AE as far as the house itself, my home would have to be rebuilt from the ground up. As Mr. Johnson had stated that I had too many litigation issues, he is correct. All of those issues have taken a toll on me.; I was already classified as ADA due to physical and mental issues by Social Security in court records (SSDI).

With the ax hanging over my neck, I have been unable to think straightly to finish complete the adversary proceedings to submit to the Court for the trustee to determine how to proceed with the Court's assets. I have been keeping my main creditors(SLS/?BNYM) in the information loop. Unfortunately, nobody wants to help or offer guidance for legal help. Based on the quotes from the late Justice Scalia Supreme Court rulings of "When inaction become an action."

I have endeavored to get another bankruptcy attorney.

I am asking for a postponement of the Mortgage Modification Mediation Mediation and whatever guidance the Court may suggest.

 Please.


Sincerely


Ralph Levi Sanders

561 SW 60th ave

Plantation, Fl. 33317

754.801.7097