IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

RALPH LEVI SANDERS, JR.                          CASE NO. 19-24331-PDR
                                                                     CHAPTER 13

            Debtor.
_____/

## MOTION TO COMPEL MODIFICATION OF PLAN

Specialized Loan Servicing, LLC as servicing agent for The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD2, Asset-Backed Certificates, Series 2006-SD2 ("Movant") files its Motion to Compel Modification of Plan and states:

1. Movant holds a valid note and mortgage on the property located at 561 SW 60 Ave., Plantation, FL 33317.

2. An Order Granting Debtor's Verified *Ex Parte* Motion for Referral to Mortgage Modification Mediation (Doc. No. 59) was entered on March 18, 2020.

3. The Third Amended Plan (Doc. No. 68) states, *inter alia*, that if the lender and debtor fail to reach a settlement, then within 14 calendar days after the mediator's Final Report is filed, the Debtor will amend or modify the Plan to conform to Movant's Proof of Claim without limiting the Debtor's rights to take the appropriate action against the claim or treat Movant outside of the Plan.

4. A Final Report of Loss Mitigation was filed on January 4, 2021 (Doc. No. 93) and a modified plan was not filed within 14 calendar days of that date.

5. Accordingly, Movant seeks to compel the modification of the Confirmed Plan and require the Debtor to take the appropriate action with regard to Movant's claim.

**WHEREFORE**, Movant respectfully requests the Court enter an order compelling the modification of the Confirmed Plan and granting such other relief that the Court may deem just and proper.

>*/s/ Gavin N. Stewart*
>Gavin N. Stewart, Esquire
>Florida Bar Number 52899
>P.O. Box 5703
>Clearwater, FL 33758
>P: (727) 565-2653
>F: (727) 213-9022
>E: bk@stewartlegalgroup.com
>Counsel for Movant

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by regular mail and CM/ECF notice this 25th day of February 2021.

>*/s/ Gavin N. Stewart*
>Gavin N. Stewart, Esquire

**VIA REGULAR MAIL**
Ralph Levi Sanders, Jr.
561 SW 60 Ave.
Plantation, FL 33317

**VIA CM/ECF NOTICE**
Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130