**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

In re:

RALPH LEVI SANDERS, JR.                                          CASE NO. 19-24331-PDR
                                                                 CHAPTER 13

        Debtor.
_____/

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the Notice of Hearing (Doc. No. 102) was served by regular mail and CM/ECF notice this 25th day of February 2021.

                                          */s/ Gavin N. Stewart*
                                          Gavin N. Stewart, Esquire
                                          Florida Bar Number 52899
                                          P.O. Box 5703
                                          Clearwater, FL 33758
                                          P: (727) 565-2653
                                          F: (727) 213-9022
                                          E: bk@stewartlegalgroup.com
                                          Counsel for Movant

**VIA REGULAR MAIL**
Ralph Levi Sanders, Jr.
561 SW 60 Ave.
Plantation, FL 33317

**VIA CM/ECF NOTICE**
Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130