

ORDERED in the Southern District of Florida on April 1, 2021.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                         CASE NO.: 19-24331-PDR

**Ralph Levi Sanders, Jr.,**
                                               CHAPTER 13
            **Debtor.**
_____/

**ORDER GRANTING *EX PARTE* MOTION TO CONTINUE HEARING**

THIS MATTER came before the Court upon the *pro se* Debtor's *Ex Parte Motion to Continue Hearing* (the "Motion") (Doc. 104).  After reviewing the Motion, the case file, and finding good cause, it is **ORDERED** that the hearing on the Motion is Continued to be heard on **May 3, 2021 at 1:00 p.m. by telephone** through Court Solutions, the Court's telephonic service provider.  Appearances through Court Solutions may be arranged at www.court-solutions.com/SignUp not later than 3:00 p.m. the business day prior to the hearing.  If you are unable to register online, you may register by telephone at (917) 746-7476.

###

Copies Furnished To:
Debtor
Counsel for Specialized Loan Servicing, LLC
Chapter 13 Trustee