[Type here]                    Ralph L. Sanders                    Case 19-bk-24331-PDR

## Motion for

## Access to the Attorney only DMM to find out what material was not posted after Mr. Johnson resigned.

Dear Honorable Judge Peter D. Russin

**UNITED STATES BANKRUPTCY COURT**

United States Courthouse 299 E. Broward Blvd.

Courtroom: 301 / Chambers: Room 303

Fort Lauderdale, FL 33301

Bankruptcy Case 19-bk-24331-PDR                    Date: April 1, 2021

I am requesting access to the Attorney authorized DMM that my former Attorney had a setup that I never had access to for the following reasons. The purpose is to justify scheduling a new MMM with an attorney present.

1. Find out what material was or was not disclosed in the outdated Attorney based DMM that would have had an impact on a Mortgage Mortgage Meditation. Example SLS BPO that gave market value as is of $460,000 vs. Appraisal of $220,000

[Type here]                    Ralph L. Sanders                    Case 19-bk-24331-PDR

2. Please note the email to the prior Attorney and the response where I asked for access to the DMM.

3. Please note the email where SLS only communicates with former attorney Mr. Johnson.

4. I did set up a DMM



5.

[Type here]          Ralph L. Sanders          Case 19-bk-24331-PDR

6. 

7. This is contrary to an agreement that Special Loan Servicing/BNYM and I had agreed to wait on any action until after Broward County Property Appraiser office.

8. I am still asking for a postponement of the hearing Motion to Compel in addition to whatever guidance the Court and the Trustee may suggest.

Please. I need the time.

Sincerely

PRO SE

Ralph Levi Sanders

561 SW 60th ave

[Type here]                    Ralph L. Sanders                    Case 19-bk-24331-PDR

Plantation, Fl. 33317

754.801.7097