United States Bankruptcy Court
Southern District of Florida

In re:                                                                                          Case No. 19-24331-PDR
Ralph Levi Sanders, Jr.                                                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-0      User: groomsd      Page 1 of 2
Date Rcvd: Apr 01, 2021      Form ID: pdf004      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ralph Levi Sanders, Jr., 561 SW 60 Ave., Plantation, FL 33317-3947 |
| cr | + | Specialized Loan Servicing LLC, c/o Gavin Stewart, POB 5703, Clearwater, FL 33758-5703 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christian A. McCue | on behalf of Mediator Christian McCue christian.mccue@mccuelaw.com ecf.mccuelaw@gmail.com;ign@mccuelaw.com;lisa.mccue@mccuelaw.com;patty@mccuelaw.com;mccuecr41107@notify.bestcase.com |
| Gavin N Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Matthew Tillma | on behalf of Creditor THE BANK OF NEW YORK MELLON matthew.tillma@bonialpc.com |
| Natalie Zindorf Lea | on behalf of Creditor THE BANK OF NEW YORK MELLON Natalie.Lea@bonialpc.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

District/off: 113C-0 | User: groomsd | Page 2 of 2
Date Rcvd: Apr 01, 2021 | Form ID: pdf004 | Total Noticed: 2

Robin R Weiner
    ecf@ch13weiner.com ecf2@ch13weiner.com

TOTAL: 6



**ORDERED in the Southern District of Florida on April 1, 2021.**

*Peter D. Russin* (signature)

Peter D. Russin, Judge
United States Bankruptcy Court

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

In re:                                                    CASE NO.: 19-24331-PDR

**Ralph Levi Sanders, Jr.,**
                                                          CHAPTER 13
            **Debtor.**
_____/

### ORDER GRANTING *EX PARTE* MOTION TO CONTINUE HEARING

THIS MATTER came before the Court upon the *pro se* Debtor's *Ex Parte Motion to Continue Hearing* (the "Motion") (Doc. 104). After reviewing the Motion, the case file, and finding good cause, it is **ORDERED** that the hearing on the Motion is Continued to be heard on **May 3, 2021 at 1:00 p.m. by telephone** through Court Solutions, the Court's telephonic service provider. Appearances through Court Solutions may be arranged at www.court-solutions.com/SignUp not later than 3:00 p.m. the business day prior to the hearing. If you are unable to register online, you may register by telephone at (917) 746-7476.

###

Copies Furnished To:
Debtor
Counsel for Specialized Loan Servicing, LLC
Chapter 13 Trustee