[Type here]          Ralph L. Sanders          Case 19-bk-24331-PDR

## Objection to Mr. Stewart's motion to remove my home from Stay Protection

Doc 01

**Dear Honorable Judge Peter D. Russin**

**UNITED STATES BANKRUPTCY COURT**

**United States Courthouse 299 E. Broward Blvd.**

**Courtroom: 301 / Chambers: Room 303**

**Fort Lauderdale, FL 33301**

Bankruptcy Case 19-bk-24331-PDR          Date: April 30, 2021

Your Honor

    Small Business Administration was surprised when one of their clients called them to out if they use Title Insurance on their loans such as mine. Mr. Stewart's proposal to remove my home from Bankruptcy protection does not help anyone, including his firm. After I found the Title Insurance for the amounts of $292,000, my home, and $313,000 for Mr. Stewart, the path and schedule became considerably shorter to pay off my creditors and build a new home for the future family living here by using the proceeds from the homeowners' insurance.

The time window to get the homeowner insurance proceeds is running close to being closed.

The logic that is being used to evict someone seems.

**Knowledge of Falsity**

The specific act that constitutes the crime of perjury is not the false statement itself but rather the oath or affirmation that the statement is true.

Most perjury statutes require proof that a person acted with knowledge of the falsity of the statement. The federal statute requires that a person acted "willfully," while Ohio's statute says the person must have acted "knowingly." Defendants may claim that they believed the statement to be true and that they, therefore, did not have the required mental state.

Even Mr. Stewart, a creditor, is suggesting staying until May 31, 2021. I have until May 31, 2021, to come up with the money per creditor.

[Type here]                                    Ralph L. Sanders                                    Case 19-bk-24331-PDR



Please let us rebuild.




Sincerely

PRO SE

Ralph Levi Sanders

561 SW 60th ave

[Type here]                          Ralph L. Sanders                          Case 19-bk-24331-PDR

Plantation, Fl. 33317

754.801.7097