

**ORDERED in the Southern District of Florida on May 6, 2021.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

RALPH LEVI SANDERS, JR.                         CASE NO. 19-24331-PDR
                                                CHAPTER 13
        Debtor.
_____/

**ORDER GRANTING MOTION TO COMPEL**
**MODIFICATION OF PLAN FILED BY SPECIALIZED**
**LOAN SERVICING, LLC (DE #101) AND CONTINUING HEARING**
**ON DEBTOR'S MOTION FOR ACCESS TO DMM PORTAL (DE# 106)**

**THIS CASE** came on for hearing on May 3, 2021 at 1:00PM on the Motion to Compel Modification of Plan filed by Specialized Loan Servicing, LLC as servicing agent for The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD2, Asset-Backed

Certificates, Series 2006-SD2 ("Lender") (D.E.# 101), and the Motion for Access to DMM Portal filed by the Debtor (D.E.# 106).  For the reasons stated on the record, it is

**ORDERED:**

1. The Motion to Compel Modification of Plan (D.E.# 101) is granted.

2. The Debtor shall have until June 1, 2021 to retain bankruptcy counsel.

3. On or before June 1, 2021, the Debtor shall file a proposed Modified Plan and Motion to Modify Plan to either conform to Movant's Proof of Claim, without limitation on any right to object to the claim or proceed with a motion to value; or provide that the subject real property will be treated outside the plan.

4. All other relief sought by the Debtor in the Motion For Access to DMM Portal (D.E.# 106) and Debtor's Objection to Motion to Compel Modification of Plan (D.E.# 114) is continued for further non-evidentiary hearing on **June 1, 2021 at 1:00 p.m. by telephone** through Court Solutions, the Court's telephonic service provider.  Appearances through Court Solutions may be arranged at www.court-solutions.com/SignUp not later than 3:00 p.m. the business day prior to the hearing.  If you are unable to register online, you may register by telephone at (917) 746-7476.

###

**Submitted by:**

Gavin N. Stewart, Esquire
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com

Counsel for Movant is directed to serve a copy of this order to the parties listed below and file a Certificate of Service with the Court.

**Copies furnished to:**

**VIA FIRST CLASS MAIL**
Ralph Levi Sanders, Jr.
561 SW 60 Ave.
Plantation, FL 33317

**VIA CM/ECF NOTICE**
Robin R. Weiner
POB 559007
Fort Lauderdale, FL 33355

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130