Revised                               Ralph L. Sanders                        Case 19-bk-24331-PDR

## Objection to Mr. Stewart's motion to remove my home from Stay Protection

**Dear Honorable Judge Peter D. Russin**

**UNITED STATES BANKRUPTCY COURT**

**United States Courthouse 299 E. Broward Blvd.**

**Courtroom: 301 / Chambers: Room 303**

**Fort Lauderdale, FL 33301**

Bankruptcy Case 19-bk-24331-PDR                               Date: April 30, 2021

```
U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
MAY 06 2021
FILED  T.T.  RECEIVED
```

Your Honor

Small Business Administration was surprised when one of their clients called them to out if they use Title Insurance on their loans such as mine. Mr. Stewart's proposal to remove my home from Bankruptcy protection does not help anyone, including his firm. After I found the Title Insurance for the amounts of $292,000, my home, and $313,000 for Mr. Stewart, the path and schedule became considerably shorter to pay off my creditors and build a new home for the future family living here by using the proceeds from the homeowners' insurance.

The time window to get the homeowner insurance proceeds is running close, to being closed.

The logic that is being used to evict someone seems. appeal

**Knowledge of Falsity**

The specific act that constitutes the crime of perjury is not the false statement itself but rather the oath or affirmation that the statement is true.

Most perjury statutes require proof that a person acted with knowledge of the falsity of the statement. The federal statute requires that a person acted "willfully," while Ohio's statute says the person must have acted "knowingly." Defendants may claim that they believed the statement to be true and that they, therefore, did not have the required mental state.

Even Mr. Stewart, a creditor, is suggesting staying until May 31, 2021. I have until May 31, 2021, to come up with the money per creditor.

Re: What is the payoff that BNYM is willing to accept? 19-24331 Loan ID 1018459424

Nicole Reed
ralph sanders; dk@stewartlegalgroup.com; crdocs@bit.net; kara-e-lee; matthew.trims@comcast.com

Please see the attached payoff good through May 31, 2021.

Nicole Reed
401 East Jackson Street
Suite 2340
Tampa, FL 33602

Office: (813) 371-1231
Fax: (813) 371-1232
nicole@stewartlegalgroup.com
www.stewartlegalgroup.com

*Not licensed to practice law*

The following attorney has joined in to help guide me to attorneys.



The following will be in your court on Monday. Another new lanague to

learn about.

## **MOTION FOR VIOLATION OF AUTOMATIC STAY**

## **AND FOR CREDITOR(S) MISCONDUCT**

Comes now the Debtor Ralph L Sanders at this moment files this

Motion of Violation of Automatic Stay, Creditors Misconduct

1.    Plaintiff filed his Chapter 13 case on **Date filed:** 10/25/2019 :

(Doc # 1) **Plan confirmed:** 05/21/2020 (Doc # 75)

2.   The real property at issue in this motion is located at 561 SW AVE., Plantation, Fl. 33317

3.   May of 2004 the planitiff purchased a home at 561 SW 60th Ave., Plantation, Fl. 33317 with Chase mortgage, the closing statement had a Buyers TItle Insurance which is design to protect me and my family against any defects with our home that may be uncovered in the fair house defects include anywhere from title unknown leans to physical defects that can be seen with a survey. The buyers title insurance protects the home up to the value of the mortgage which in my case was $292,000.

4.   April 2005 the Debtor refinanced his home with Wells Fargo The mortgage contract stated that I had purchased Lenders Title Insurance for the protection of Wells Fargo issues. I am the owner of the Lenders Title Insurance policy. The payout of the Lenders Title Insurance is $313,000

5.   Both the the buyers title insurance policy and the lenders title insurance policy cover the same areas of damages depending on the policy options.

6.   Both Title Insurance Policies were purchased by the Debtor

7.   Both Title Insurance Policies are the property of the Debtor

Revised                                    Ralph L. Sanders                              Case 19-bk-24331-PDR

*********************************************************************

Sincerely

PRO SE

Ralph Levi Sanders

561 SW 60th ave