[Type here]                           Ralph L. Sanders                           Case 19-bk-24331-PDR

## Objection to Mr. Stewart's motion to remove my home from Stay Protection

Doc 101

**Dear Honorable Judge Peter D. Russin**

**UNITED STATES BANKRUPTCY COURT**

**United States Courthouse 299 E. Broward Blvd.**

**Courtroom: 301 / Chambers: Room 303**

**Fort Lauderdale, FL 33301**

Bankruptcy Case 19-bk-24331-PDR                                         Date: April 30, 2021

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
MAY 06 2021
FILED __II__ RECEIVED __

Your Honor

Small Business Administration was surprised when one of their clients called them to out if they use Title Insurance on their loans such as mine. Mr. Stewart's proposal to remove my home from Bankruptcy protection does not help anyone, including his firm. After I found the Title Insurance for the amounts of $292,000, my home, and $313,000 for Mr. Stewart, the path and schedule became considerably shorter to pay off my creditors and build a new home for the future family living here by using the proceeds from the homeowners' insurance.

[Type here]                                    Ralph L. Sanders                           Case 19-bk-24331-PDR

The time window to get the homeowner insurance proceeds is running close to being closed.

The logic that is being used to evict someone seems.

**Knowledge of Falsity**

The specific act that constitutes the crime of perjury is not the false statement itself but rather the oath or affirmation that the statement is true.

Most perjury statutes require proof that a person acted with knowledge of the falsity of the statement. The federal statute requires that a person acted "willfully," while Ohio's statute says the person must have acted "knowingly." Defendants may claim that they believed the statement to be true and that they, therefore, did not have the required mental state.

Even Mr. Stewart, a creditor, is suggesting staying until May 31, 2021. I have until May 31, 2021, to come up with the money per creditor.

[Type here]                    Ralph L. Sanders                    Case 19-bk-24331-PDR

Re: What is the payoff that BNYM is willing to accept? 19-24331 Loan ID 1018459424

**Nicole Reed**
ralph.sanders.lk@stewartlegalgroup.com; cropcis@att.net; Natalie Lea; matthew.burns@ddcn-a-pc.com

Please see the attached payoff good through May 31, 2021.

Nicole Reed
401 East Jackson Street
Suite 2340
Tampa, FL 33602

Office: (813) 371-1231
Fax: (813) 371-1232
nicole@stewartlegalgroup.com
www.stewartlegalgroup.com

*Not licensed to practice law

# Please let us rebuild.

Sincerely

PRO SE

Ralph Levi Sanders

561 SW 60th ave

[Type here]                              Ralph L. Sanders                        Case 19-bk-24331-PDR

Plantation, Fl. 33317

754.801.7097