**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

RALPH LEVI SANDERS, JR.  CASE NO. 19-24331-PDR
  CHAPTER 13
      Debtor.
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Order Granting Motion To Compel (Re: # [101]) And Setting Hearing on Motion for Access to DMM (Doc. No. 120) was served by CM/ECF notice the 6th day of May 2021 and regular mail the 7th day of May 2021.

        */s/ Gavin N. Stewart*
        Gavin N. Stewart, Esquire
        Florida Bar Number 52899
        P.O. Box 5703
        Clearwater, FL 33758
        P: (727) 565-2653
        F: (727) 213-9022
        E: bk@stewartlegalgroup.com
        Counsel for Movant

**VIA REGULAR MAIL**
Ralph Levi Sanders, Jr.
561 SW 60 Ave.
Plantation, FL 33317

**VIA CM/ECF NOTICE**
Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130