Ralph L. Sanders                                    19-24331-PDR

Dear Honorable Judge Peter D. Russin

**UNITED STATES BANKRUPTCY COURT**

United States Courthouse 299 E. Broward Blvd.

Courtroom: 301 / Chambers: Room 303

Fort Lauderdale, FL 33301

Bankruptcy Case 19-bk-24331-PDR                    Date: May 7, 2021

## Motion for Fee Exemption for Pacer.Gov in Order To Find Law Firm will take on existing Chapter 13 case.

You Honor

    Per Court order doc 120, filed on May 6, 2021, orders me to get an attorney and have a new modification plan ready by June 1, 2021 hearing.

    I have in the past been calling/email bankruptcy attornies to take over my case

    One of the issues has been attorneys rather be the attorney who starts the case. (Attny Van Horn and others).

I did find a law firm that would take over, but his firm does not handle Chapter 13 cases in Broward. Attny Kingcade would have been great, but ...

**Tina Polimeni tina@miamibankruptcy.com** Mar 8, 2021, 9:40 AM

**We do represent people in Broward but notfor chapter 13 bankruptcy.**

Thank you,

Tina Polimeni, Paralegal

Kingcade-Garcia-McMaken, P.A.

1370 Coral Way

Miami, FL 33145

(305) 285-9100


In order to find a law firm that will take over a case is to data-mine the pacer.gov for Chapter 13 cases where there has been a change of law firms. I am setting have a website with all of the information related to my Chapter 13 case, esp the insurance damage and other items.

I am asking the court to waver the Pacer.gov fees until June 1, 2021, to find a law firm that will take on an existing case.

*[signature]*

Ralph L. Sanders

561 SW 60th ave

Plantation, Fl. 33317

Cell 754.801.7097