Ralph L. Sanders                              Case 19-bk-24331-PDR

**Dear Honorable Judge Peter D. Russin**

**UNITED STATES BANKRUPTCY COURT**

**United States Courthouse 299 E. Broward Blvd.**

**Courtroom: 301 / Chambers: Room 303**

**Fort Lauderdale, FL 33301**

Bankruptcy Case 19-bk-24331-PDR                    Date: May 20, 2021

## DEBTOR'S EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE APPEAL

The Creditor Specialized Loan Service offered in the postal letter
dated May 10, 2021, received by Debtor on May 17, 2021, to have an
independent party review the denial of modification. The deadline set
by the creditor to get information to the independent party to contest
their denial is by June 11, 2021.

Secondly, to get the information, there will be a need to file discovery
for information that has been requested by the Debtor informally
during April 2021. The request was sent by email to creditors, but the
demand for information was ignored/not responded to

Thirdly, there are agreements and misspeaks that need to be

corrected based on the hearing transcripts held on May 3, 2021, with

the order entered on May 6, 2021.

The fee required for the appeal has been paid today into the Trustee

account.

The purpose is to pay all of my creditors

The research for the above opportunities for my creditors cannot wait

for a non-evidentiary hearing

Sincerely

PRO SE (unfortunately, unless I want a title Insurance attorney or a post-

bankruptcy attorney)

Ralph Levi Sanders

561 SW 60th ave

Plantation, Fl. 33317