# Make A Payment

1. Accept Terms & Conditions   |   2. Confirm Payment Details   |   **3. Payment Completed**

## Payment Complete - Confirmation

Your payment has now been submitted. Please print this page for your records.

***On the 21 May 2021, $ 299.50 will be debited from your account.***

| | |
|---|---|
| Confirmation Number: | 7685764 |
| Payer Name: | Ralph Sanders |
| Payer Email Address: | RSandersch1319@Gmail.com |
| Online Payment ID: | 19243316171 |
| Robin R. Weiner, Chapter 13 Trustee: | Robin Weiner |
| Payment Type: | Single Payment |
| Payment Entered Date: | 20 May 2021 |
| Payment Date: | 20 May 2021 |
| Payment Effective Date: | 21 May 2021 |
| Payment Amount: | $ 298.00 |
| Bank Processing Fee: | $ 1.50 |
| **Total Amount:** | **$ 299.50** |

*Please note, this payment will show as two separate debits to your banking account in the amounts of $ 298.00 and $ 1.50*

 Close Window      Print