Ralph L. Sanders            Case 19-bk-24331-PDR

Dear Honorable Judge Peter D. Russin

**UNITED STATES BANKRUPTCY COURT**

United States Courthouse 299 E. Broward Blvd.

Courtroom: 301 / Chambers: Room 303

Fort Lauderdale, FL 33301

Bankruptcy Case 19-bk-24331-PDR            Date: May 20, 2021

*U.S. BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA FORT LAUDERDALE DIVISION — FILED MAY 27 2021*

# DEBTOR'S EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE APPEAL

The Creditor Specialized Loan Service offered in the postal letter dated May 10, 2021, received by Debtor on May 17, 2021, to have an independent party review the denial of modification. The deadline set by the creditor to get information to the independent party to contest their denial is by June 11, 2021.

Secondly, to get the information, there will be a need to file discovery for information that has been requested by the Debtor informally during April 2021. The request was sent by email to creditors, but the demand for information was ignored/not responded to

Thirdly, there are agreements and misspeaks that need to be corrected based on the hearing transcripts held on May 3, 2021, with the order entered on May 6, 2021.

The fee required for the appeal has been paid today into the Trustee account.

The purpose is to pay all of my creditors

The research for the above opportunities for my creditors cannot wait for a non-evidentiary hearing

*[signature: Ralph L. Sanders]*

Sincerely

PRO SE (unfortunately, unless I want a title Insurance attorney or a post-bankruptcy attorney)

Ralph Levi Sanders

561 SW 60th ave

Plantation, Fl. 33317