

**ORDERED in the Southern District of Florida on June 3, 2021.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

___

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

In re:

Ralph Levi Sanders, Jr.,

   Debtor.
_____/

Case No. 19-24331-PDR

Chapter 13

## ORDER DENYING MOTION FOR ACCESS TO THE DMM

This matter came before the Court for hearing on June 1, 2021, on the Debtor's *Motion for Access to the DMM*. (Doc. 106). For the reasons stated on the record, the Court **ORDERS** that the *Motion* is **DENIED**.

### # # #

Copies To:
Debtor
Chapter 13 Trustee
AUST

Page 1 of 1