

ORDERED in the Southern District of Florida on June 3, 2021.



**Peter D. Russin, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

Ralph Levi Sanders, Jr.,

      Debtor.

_____/

Case No. 19-24331-PDR

Chapter 13

**ORDER DENYING MOTION FOR
NOTIFICATION OF ADDITIONAL ASSETS**

This matter came before the Court for hearing on June 1, 2021, on the Debtor's *Motion For Notification of Additional Assets*. (Doc. 112). For the reasons stated on the record, to the extent the *Motion* is seeking relief, the Court **ORDERS** that the *Motion* is **DENIED**.

# # #

Copies Furnished To:
Debtor
Chapter 13 Trustee
Gavin Stewart, Esq.

AUST