

**ORDERED in the Southern District of Florida on June 3, 2021.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

In re:

Ralph Levi Sanders, Jr.,

    Debtor.

_____/

Case No. 19-24331-PDR

Chapter 13

### ORDER DENYING MOTION FOR VIOLATION OF AUTOMATIC STAY

This matter came before the Court for hearing on June 1, 2021, on the Debtor's *Emergency Motion for Violation of Automatic Stay*. (Doc. 116). For the reasons stated on the record, the Court **ORDERS** that the *Motion* is **DENIED**.

# # #

Copies Furnished To:
Debtor
Chapter 13 Trustee
AUST