

**ORDERED in the Southern District of Florida on June 3, 2021.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

Ralph Levi Sanders, Jr.,

    Debtor.

_____/

Case No. 19-24331-PDR

Chapter 13

## ORDER DENYING AS MOOT MOTION FOR FEE EXEMPTION FOR PACER

This matter came before the Court for hearing on June 1, 2021, on the Debtor's *Motion for Fee Exemption for PACER*. (Doc. 128). For the reasons stated on the record, the Court **ORDERS** that the *Motion* is **DENIED AS MOOT**.

# # #

Copies Furnished To:
Debtor
Chapter 13 Trustee
AUST