

**ORDERED in the Southern District of Florida on June 3, 2021.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

In re:

Ralph Levi Sanders, Jr.,

      Debtor.

_____/

Case No. 19-24331-PDR

Chapter 13

## ORDER DENYING EMERGENCY MOTION TO
## EXTEND TIME TO FILE APPEAL

This matter came before the Court for hearing on June 1, 2021, on the Debtor's *Emergency Motion to Extend Time to File Appeal*. (Doc. 131). For the reasons stated on the record, the Court **ORDERS** that the *Motion* is **DENIED**.

# # #

Copies Furnished To:
Debtor
Chapter 13 Trustee
AUST