United States Bankruptcy Court
Southern District of Florida

In re:                                                             Case No. 19-24331-PDR
Ralph Levi Sanders, Jr.                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-0                                User: weldonm                               Page 1 of 2
Date Rcvd: Jun 04, 2021                      Form ID: pdf004                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

**Recip ID**              **Recipient Name and Address**
db                   +   Ralph Levi Sanders, Jr., 561 SW 60 Ave., Plantation, FL 33317-3947

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 06, 2021                                 Signature:           /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christian A. McCue | on behalf of Mediator Christian McCue christian.mccue@mccuelaw.com ecf.mccuelaw@gmail.com;ign@mccuelaw.com;lisa.mccue@mccuelaw.com;patty@mccuelaw.com;mccuecr41107@notify.bestcase.com |
| Gavin N Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Matthew Tillma | on behalf of Creditor THE BANK OF NEW YORK MELLON matthew.tillma@bonialpc.com Notices.Bonial@ecf.courtdrive.com |
| Natalie Zindorf Lea | on behalf of Creditor THE BANK OF NEW YORK MELLON Natalie.Lea@bonialpc.com Notices.Bonial@ecf.courtdrive.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

District/off: 113C-0 User: weldonm Page 2 of 2
Date Rcvd: Jun 04, 2021 Form ID: pdf004 Total Noticed: 1

Robin R Weiner
    ecf@ch13weiner.com ecf2@ch13weiner.com

TOTAL: 6



**ORDERED in the Southern District of Florida on June 3, 2021.**



                **Peter D. Russin, Judge**
                **United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

Ralph Levi Sanders, Jr.,

      Debtor.
_____/

Case No. 19-24331-PDR

Chapter 13

**ORDER DENYING EMERGENCY MOTION TO**
**EXTEND TIME TO FILE APPEAL**

This matter came before the Court for hearing on June 1, 2021, on the Debtor's *Emergency Motion to Extend Time to File Appeal*. (Doc. 131). For the reasons stated on the record, the Court **ORDERS** that the *Motion* is **DENIED**.

# # #

Copies Furnished To:
Debtor
Chapter 13 Trustee
AUST