UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 19-24331-BKC-PDR
PROCEEDING UNDER CHAPTER 13

IN RE:

RALPH LEVI SANDERS, JR.
XXX-XX-6171

DEBTOR_____/

## TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

1. Failure to make required payments under the Plan as required by 11 U.S.C. §1307;

**WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 15th day of June, 2021.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

MOTION TO DISMISS
CASE NO.:  19-24331-BKC-PDR

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
RALPH LEVI SANDERS, JR.
561 SW 60 AVE.
PLANTATION, FL  33317

**ATTORNEY FOR DEBTOR**
PRO-SE

**CREDITOR(S)**
SPECIALIZED LOAN SERVICING LLC
6200 S. QUEBEC ST.
GREENWOOD VILLAGE, CO  80111

SPECIALIZED LOAN SERVICING LLC
6200 S. QUEBEC STREET
GREENWOOD VILLAGE, CO  80111

STEWART LEGAL GROUP, P.L.
POB 5703
CLEARWATER, FL  33758

UNITED STATES TREASURY
POB 7317
PHILADELPHIA, PA  19101-7317

US SBA DENVER FINANCE CENTER
721 19TH STREET
DENVER, CO  80202

US SMALL BUSINESS ADMINISTRATION
200 W. SANTA ANA BLVD., STE. 740
SANTA ANA, CA  92701

WESTSIDE REGIONAL MEDICAL CENTER
C/O RESURGENT CAPITAL SERVICES
POB 1927
GREENVILLE, SC  29602