## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

CASE NO.: 19-24331-BKC-PDR
PROCEEDING UNDER CHAPTER 13

IN RE:

RALPH LEVI SANDERS, JR.
XXX-XX-6171

DEBTOR_____/

### CERTIFICATE OF SERVICE ON NOTICE OF HEARING

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of the Notice Of Hearing noted above was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 15th day of June, 2021.

*/s/ Robin R. Weiner*_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

CERTIFICATE OF SERVICE
CASE NO.: 19-24331-BKC-PDR

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
RALPH LEVI SANDERS, JR.
561 SW 60 AVE.
PLANTATION, FL  33317

**ATTORNEY FOR DEBTOR**
PRO-SE

**CREDITOR(S)**
SPECIALIZED LOAN SERVICING LLC
6200 S. QUEBEC ST.
GREENWOOD VILLAGE, CO  80111

SPECIALIZED LOAN SERVICING LLC
6200 S. QUEBEC STREET
GREENWOOD VILLAGE, CO  80111

STEWART LEGAL GROUP, P.L.
POB 5703
CLEARWATER, FL  33758

UNITED STATES TREASURY
POB 7317
PHILADELPHIA, PA  19101-7317

US SBA DENVER FINANCE CENTER
721 19TH STREET
DENVER, CO  80202

US SMALL BUSINESS ADMINISTRATION
200 W. SANTA ANA BLVD., STE. 740
SANTA ANA, CA  92701

WESTSIDE REGIONAL MEDICAL CENTER
C/O RESURGENT CAPITAL SERVICES
POB 1927
GREENVILLE, SC  29602