561 SW 60th ave, Plantation, Fl       Ralph Levi Sanders       19-bk-24331-pdr

# Motion for Notification of Creditor directly willing to help Debtor, Breach of Mortgage Note part of the objection to Mr. Stewart's motion. I.E. BAP and Overall Plan

**Dear Honorable Judge Peter D. Russin**

**UNITED STATES BANKRUPTCY COURT**

United States Courthouse 299 E. Broward Blvd.

Courtroom: 301 / Chambers: Room 303

Fort Lauderdale, FL 33301

Bankruptcy Case 19-bk-24331-PDR                    Date: June 1, 2021

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
JUN 16 2021
FILED / RECEIVED

Events that have occurred since the May 3, 2021 court hearing

1. A letter dated May 10 that I received on May 17 of 2021 from Specialized Loan Servicing offering I have until June 11 to contest the mortgage modification denial, which I accepted. exhibit 136.1

2. On May 28, I called SLS to confirm the offer. The SLS employee (M... Employee id two #2##) confirm that I was eligible to contest the mortgage modification denial. SLS agent saw that I was pro se.

R. S

They are offering me in-house counsel attorneys since help would be helping the creditors and myself since I've been going after the insurance companies, not SLS/ Bank New York Mellon.

3. On May 24, 2021, I filed a claim with Fidelity National Financial, the owners' title insurance company. My prior title insurance company, Lawyers Title Insurance, was taken over by Fidelity National Financial. FNF company controls 40% of the residential title insurance market. Their payouts are swift, relatively speaking; I need to get back with their claim specialist after I talk with SLS legal department about the title insurance. I've talked to a few title insurance attorneys in Broward. They asked for certain information to determine if I have a valid claim. I provided the requested information. There is no issue(s) invalidate the claim I filed. FNF does increase the value of the owners' title insurance by 10% per year up to a maximum of 150% of the base insurance; my base is $292,000. There are four title issues. There are three building-related issues and, at the minimum, one land title issue. Just for curiosity, I called one of the companies that will buy my home no matter the condition.. I found a condition where the home buyer will not buy, i.e., Physical title defect.

From May 6, 2021, court order

1. Hire Attornies/Law Firms

    a. Per Specialized Loan Services: My Creditor (BNYM) has done that per May 28, 2021 phone call due to I am pro-se and they are assigning their in house attorney to help us.

    b. See a list of attornies that Mr. Sanders has emailed since March 2020 exhibit to come

    c. Phone call list exhibit to come

    d. Facebook posting, Bankruptcy attorney, wanted. exhibit to come

    e. Short-term attornies hired. Long term through SLS

2. Options regarding

    a. Compel to SLS plan at the time it was proposed

    b. Remove asset from bankruptcy

    c. **Have asset appraised, not a fraudulent and highly inflated BPO valuation**

3. Payment plan: sent. I looked at the prior published ones, I need access to the DMM to find the communication on why the changes.

4. BAP Appeal:

    a. There was an existing agreement between creditor and Debtor not to take any actions until Broward County property appraisers had valued the property

    b. The reason for the valuation by a third party is due to fraudulent broker price opinions. Two more have come in on May 3 & 10 exhibit to come

    c. All four fraudulent BPO's are from the same person since 2020

    d. The statement that there was no agreement by the SLS attorney was incorrect. Court records do reflect there was an agreement, see Doc 91.

    e. Per other court rulings, if a meeting does not occur, then any ruling out of that meeting does not count. exhibit to come

    f. Regarding the mediator statement that I was unpleasant, there are always two sides to anything. I can provide all email communication with the court's permission since all communication regarding the modification process is supposed to be confidential. Now I am getting chewed out by Judge

Russin on my bankruptcy case for my alleged actions. Please advise how I was nasty

5. Breach of Mortgage Note: Not filing Homeowner Insurance claim when the borrower does not. I have informed/email SLS that I have not made the claims for Hurrican ETA. I have made offers to let SLS/BNYM take over Homeowner Insurance in the past, which at that time was hurricane Irma only BNYM & Wells Fargo do have resources per mortgage note, page 7 of mortgage note last paragraph See exhibits 136.2, 136.3, 136.4, 136.5

6. Breach of Agreement not to take action i.e. due to we needed a valuation.

7. Fraudulent BPO exhibit to come

8. Withheld assets, i.e., title exhibit to come

9. Motion for the discovery of BNYM/Wells Fargo Title Lenders insurance. To be filed

10. Motion for a copy of all communication with Specialized Loan Servicing, especial including voice recording: to be filed

561 SW 60th ave, Plantation, Fl        Ralph Levi Sanders        19-bk-24331-pdr

Your Honor, since the creditor is willing to follow my/our plan, can the court agree to follow the creditor wishes

Sincerely

*[signature]*

Ralph L. Sanders

561 SW 60th ave

Plantation, Fl. 33317

754.801.7097

*[initials: R.S.]*