136.1 *OFFERS* *SPN* *MAY 10, 2021*



Specialized Loan

# Servicing

Part of the Computershare Group

6200 S. Quebec St Greenwood Village, CO 80111

*RECIVED* *MAY 17, 2021*

1-800-306-6062
1-877-875-0981

RALPH L SANDERS
561 SW 60 AVE
PLANTATION, FL 33317

0000001

```
U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

        JUN 16 2021

FILED_____  RECEIVED_____
```

Attached please find your documents from Specialized Loan Servicing LLC (SLS) . If you have any questions concerning these documents, please call us at 1-800-306-6059 and speak with the first available agent. Thank you for your consideration.

6200 S. Quebec St Greenwood Village, CO 80111

# National Bankruptcy Services, LLC

14841 Dallas Parkway, Suite 300 • Dallas, Texas 75254 • (972) 643-6600 • (972) 643-6698 (Fax)

May 10, 2021

**VIA US MAIL**

Ralph Levi Sanders, Jr.
Debtor Pro Se
561 Sw 60 Ave.
Plantation, FL 33317-3947

|  | | |
|---|---|---|
| RE: | Debtors: | Ralph Levi Sanders, Jr. |
|  | Case No.: | 19-24331-PDR |
|  | Loan No.: | xxxxxx9424 |
|  | Our File No. | 4129-N-3523 |
|  | Property Address: | 561 SW 60 Ave |
|  |  | Plantation, FL 33317 |

Dear Ralph Levi Sanders, Jr.:

We are the authorized agent of Specialized Loan Servicing, LLC ("Client"), on the loan referenced above.

Please see the enclosed documentation for your review in regards to the request for loss mitigation options. If you have any questions, please contact the loss mitigation department at the below address and/or phone number. In order to ensure that all documents are properly identified, please include the borrower's complete loan number on any correspondence:

Specialized Loan Servicing, LLC
Attn: Loss Mitigation Department
6200 S. Quebec St.
Greenwood Village, Colorado 80111
1-800-315-4757

Thank you in advance for your patience during this time.

Sincerely,
Loss Mitigation Department

**Attention**

*Be aware that we expect ongoing mortgage and or plan payments to be made throughout the negotiation process. We will take all actions permitted by law to protect our Client's rights independent of this offer. We expect that the borrower will assist in obtaining court approval should a loss mitigation alternative be approved, but we cannot guarantee approval.*

**Special Notice/Consumer Disclosure**

*The following notice is given to you in the event that the Federal Fair Debt Collection Act applies to this communication. This communication is made in an attempt to collect on a debt and any information obtained will be used for that purpose. However, if you are in an active bankruptcy case, not obligated on the debt or if the debt has been discharged in a bankruptcy proceeding and the loan was not reaffirmed in the bankruptcy case, our Client will only exercise its rights against the property and not you personally.*

*Please be advised that National Bankruptcy Services, LLC is not a law firm, but is a company which handles certain processes and non-legal functions for the client.*

Enclosures

PAGE 2 OF 2

136-1

Specialized Loan

# **Servicing**

Part of the Computershare Group
6200 S. QUEBEC ST
GREENWOOD VILLAGE, CO 80111

☐ 1-800-306-6062
☐ 1-877-875-0981

RALPH L SANDERS
561 SW 60 AVE
PLANTATION, FL 33317

RE: Loan Number: 1018459424
Property Address:
561 SW 60 AVE
PLANTATION, FL 33317

Ph: 1-800-306-6059 Fax: 1-877-875-0981

05/07/2021

Dear RALPH L SANDERS,

Specialized Loan Servicing LLC ("SLS") has conducted a review of your application submitted for a
mortgage relief option. Below is a list of the mortgage relief options you were evaluated for and the result
of each.

Please see enclosed documentation for terms of the extended offer(s). Please see below for the timeline
to accept any of the mortgage relief options that have been approved.

Please note, if you are currently in a bankruptcy proceeding, approval of any mortgage relief option for
which you may be eligible is contingent on approval of the bankruptcy court in your bankruptcy case. If an
Order is entered denying the mortgage relief option, that Order supersedes any agreement contained
herein. If you have any questions or concerns regarding the process to obtain court approval, please
contact your attorney.

## **Results Summary**

**Short Sale Program - Approved**   $\subset \cap / \cap \sqsubseteq \quad F \cap A \cup D$

•  Short Sale
  •  To accept this offer, SLS requires the below documents returned to us by 05/26/2021

| RALPH L SANDERS | How to accept |
| --- | --- |
| Sales Contract | **The following document(s) as applicable:**<br>• Sales Contract<br>• Settlement Statement<br>• Short Negotiated Payoff Offer |

136.1

3

Specialized Loan

# Servicing ©

Part of the Computershare Group

6200 S. Quebec St Greenwood Village, CO 80111

1-800-306-6062
1-877-875-0981

In the event you have provided all of the listed documentation with your original application, we will be contacting you about the next step in the process.

**Deed-In-Lieu Program - Approved**

- Deed In Lieu                    *FRAUD FALSE VALUATION* (handwritten)

    - To accept this offer, please call SLS at 1-800-306-6062 by 05/26/2021

**Home Retention Program - Denied**
- We were unable to qualify you for a Home Retention Option. Please see detail below in the "Results for programs that were denied".

* If you choose to accept any offer above by performing the appropriate action then you will be entered into the corresponding mortgage relief option.

**Home Retention Program Results**

**Disaster Forbearance- Denied**

- The application was denied because the loan exceeds the delinquency requirements for this program

**Repayment Plan- Denied**

- The application was denied because the loan does not meet the delinquency requirements for this program

**Standard Modification Trial (less than 90 days Delinquent)- Denied**

- The application was denied because the loan does not meet the delinquency requirements for this program

**Standard Modification Trial (greater than 90 days Delinquent)- Denied**

- The application was denied because we are unable to create a 20% payment reduction without changing the terms of your loan beyond the requirements of the program

136-1

Specialized Loan

# Servicing©

Part of the Computershare Group
6200 S. Quebec St Greenwood Village, CO 80111

1-800-306-6062
1-877-875-0981

*OFFER TO*

## Second Independent Review of Modification Denial

If the this is your first evaluation since the account was last current, you have the right to request a second independent review to determine your eligibility for a loan modification. To request a second review you must send us your request in writing which must be received by us no later than 06/11/2021. Please include a copy of this letter with your request including any supporting documentation. If this is your first evaluation since the account was last current, and your request is received within the disclosed timeframe, we will not initiate or continue with any scheduled foreclosure during the review. If we have offered you a home retention option and the result of your second independent review changes the offer and results in denial your loan will be enforced according to its original terms. This could include foreclosure. Your written request must either be mailed or faxed to us as follows:

| MAIL | FAX |
|---|---|
| Specialized Loan Servicing LLC P.O. Box 636005 Littleton, CO 80163 | 1-720-241-7218 (Page limit per transmission is 25 pages) |

ENCLOSURES:

*ACCEPTED AX*

• Legal Disclosures

The requirements for this evaluation were set forth and performed in accordance with the Pooling and Servicing Agreement between Specialized Loan Servicing LLC and The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD2, Asset-Backed Certificates, Series 2006-SD2.

If you have questions concerning this letter or need further assistance, you may contact me or our Customer Resolution Department at 1-800-306-6059 Monday through Friday, 7:00 a.m. until 7:00 p.m. MT.

If you have other questions about mortgage relief options that cannot be answered by us, please call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673). This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish.

Sincerely,

Chad, 05213
Customer Resolution Department
Specialized Loan Servicing LLC

136.1

*AX S*



Specialized Loan

**Servicing**

Part of the Computershare Group

6200 S. Quebec St Greenwood Village, CO 80111

1-800-306-6062
1-877-875-0981

**Standard Modification Final (less than 90 days Delinquent)- Denied**

- The loan was not eligible for this option as it was not approved for the trial portion of this program

**Standard Modification Trial (less than 90 days Delinquent, greater than 80% Loan To Value)- Denied**

- The loan was not eligible for this option as it was not approved for the trial portion of this program

The creditor (owner) of the loan holds a first lien security interest in the subject property.

1361

**FCRA Disclosure**

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agencies. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You have a right to receive a free copy of your report from these reporting agencies, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the applicable reporting agency by contacting that agency at the number provided below:

    CoreLogic Credco, LLC
    P.O. Box 509124
    San Diego, CA 92150
    (877) 532-8778

We also obtained your credit scores from the consumer reporting agencies and used them in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score *can* change, depending on how the information in your credit report changes.

Key factors affecting your credit score, supplied by the consumer reporting agency include:

- SERIOUS DELINQUENCY, AND DEROGATORY PUBLIC RECORD OR COLLECTION FILED

- NUMBER OF ACCOUNTS WITH DELINQUENCY

- LACK OF RECENT REVOLVING ACCOUNT INFORMATION

- LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED

Your credit score: 619
Date: 05/06/2021

Scores range from a low of 280 to a high of 850.

**NOTICES OF ERROR AND REQUESTS FOR INFORMATION (INCLUDING QUALIFIED WRITTEN REQUESTS), MUST BE SUBMITTED IN WRITING TO: SPECIALIZED LOAN SERVICING LLC, P.O. BOX 630147, LITTLETON, CO 80163-0147**

13-5-1

Specialized Loan



Part of the Computershare Group

6200 S. Quebec St. Greenwood Village, CO 80111      1-800-306-6062
    1-877-875-0981

**SPECIALIZED LOAN SERVICING LLC IS REQUIRED BY FEDERAL LAW TO ADVISE YOU THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

**BANKRUPTCY NOTICE - IF YOU ARE A CUSTOMER IN BANKRUPTCY OR A CUSTOMER WHO HAS RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT: PLEASE BE ADVISED THAT THIS NOTICE IS TO INFORM YOU OF THE STATUS OF THE MORTGAGE SECURED BY THE SUBJECT PROPERTY.  THIS NOTICE CONSTITUTES NEITHER A DEMAND FOR PAYMENT NOR A NOTICE OF PERSONAL LIABILITY TO ANY RECIPIENT HEREOF, WHO MIGHT HAVE RECEIVED A DISCHARGE OF SUCH DEBT IN ACCORDANCE WITH APPLICABLE BANKRUPTCY LAWS OR WHO MIGHT BE SUBJECT TO THE AUTOMATIC STAY OF SECTION 362 OF THE UNITED STATES BANKRUPTCY CODE. IF YOU RECEIVED A DISCHARGE OF THE DEBT IN BANKRUPTCY, WE ARE AWARE THAT YOU HAVE NO PERSONAL OBLIGATION TO REPAY THE DEBT.  WE RETAIN THE RIGHT TO ENFORCE THE LIEN AGAINST THE COLLATERAL PROPERTY, WHICH HAS NOT BEEN DISCHARGED IN YOUR BANKRUPTCY, IF ALLOWED BY LAW AND/OR CONTRACT.  IF YOU HAVE QUESTIONS, PLEASE CONTACT US AT 1-800-306-6057.**

**SUCCESSORS IN INTEREST - IF YOU ARE IN RECEIPT OF THIS COMMUNICATION PURSUANT TO YOUR STATUS AS A SUCCESSOR IN INTEREST TO THE SUBJECT PROPERTY, THIS NOTICE DOES NOT MAKE YOU LIABLE FOR THE MORTGAGE DEBT. UNLESS YOU ARE PERSONALLY LIABLE FOR OR HAVE ASSUMED THE MORTGAGE LOAN, YOU CANNOT BE REQUIRED TO USE YOUR ASSETS TO PAY THE MORTGAGE DEBT. THE LENDER HAS A SECURITY INTEREST IN THE PROPERTY AND A RIGHT TO FORECLOSE ON THE PROPERTY, WHEN PERMITTED BY LAW AND AUTHORIZED UNDER THE MORTGAGE LOAN CONTRACT.**

**Important Notice To Servicemembers And Their Dependents**

If you or any occupant of your home are or recently were on active duty or active service, you may be eligible for benefits and protections under the federal Servicemembers Civil Relief Act (SCRA). This includes protection from foreclosure or eviction. You may also be eligible for benefits and protections under state law or investor policy. SCRA and state Military benefits and protections also may be available if you are the dependent of an eligible Servicemember.

Eligible service may include:
- Active duty with the Army, Navy, Air Force, Marine Corps, or Coast Guard, or
- Active service as a commissioned officer of the National Oceanic and Atmospheric Administration, or
- Active service as a commissioned officer of the Public Health Service, or
- Service with the forces of a nation with which the United States is allied in a war or Military action, or
- Service with the National Guard of a state militia under a state call of duty, or
- Any period when you are absent from duty because of sickness, wounds, leave, or other lawful cause.

For more information, please call SLS at 1-800-306-6059.

136-1

8

136-1