Re: BK 19-BK_24331-PDR Loan ID 1018459424 Fw: Claim 908629 -- Sanders Title Claim

From: ralph sanders (ralph_l_sanders@yahoo.com)

To: wesley.kozeny@bonialpc.com; bk@stewartlegalgroup.com; natalie.lea@bonialpc.com; crdocs@sls.net; matthew.tillma@bonialpc.com

Date: Thursday, May 27, 2021, 12:41 PM EDT

The following is also going into BK court. Just a few thousand pages from SFWMD.

| | | | |
|---|---|---|---|
| South Florida Water Man... | Citizens Request :: C005387-042220 | ...Records Office Sou... | Yahoo |
| South Florida Water Man... | Citizens Request :: C005387-042220 | ...Records Office Sou... | Yahoo |
| South Florida Water Man... | Citizens Request :: C005387-042220 | ...Records Office Sou... | Yahoo |
| South Florida Water Man... | Citizens Request :: C005387-042220 | Dear Ralph L. Sander... | Yahoo |

RLS

On Wednesday, May 26, 2021, 07:19:56 PM EDT, ralph sanders <ralph_l_sanders@yahoo.com> wrote:

[Stamp: U.S. BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA FORT LAUDERDALE DIVISION — JUN 16 2021 — FILED / RECEIVED]

Hi All

    Let me know if you are ok to postpone the June 1, 2021 hearing and let the Title insurance company do their research instead of taking up the bankruptcy court time.

    I already had a few Title Insurance lawyers review my Title claims No issues regarding my claims other than my wording. ie. Lender gets their $313K not me. I can send copies of the communication

    After Fidelity National Financial reviews, we can sit at MMM table to work out the remaining amount owed, if any. Note that FNF does increase the owner's title insurance policy by 10%. per year up to a maximum of 150%

Let me know what to inform Judge Russin.

If I get the typical no response, I will inform court and take a different approach.

    BK court informed me that they will rule on what is filed. A few mini novels going in with all of the emails that I have sent you. Just in case.

Sincerely

Ralph L. Sanders

----- Forwarded Message -----
**From:** ralph sanders <ralph_l_sanders@yahoo.com>
**To:** Tiffany Korte Sierra <tiffany.kortesierra@fnf.com>; ralph sanders <ralph.l.sanders@gmail.com>
**Sent:** Wednesday, May 26, 2021, 10:37:58 AM EDT
**Subject:** Re: Claim 908629 -- Sanders Title Claim

Hi Ms. Sierra

I saw I missed your call.
No offense, In 2005, Hurricane Wilma I had always communicated directly with the then homeowners insurance company, mostly verbal. The firm was Poe/Atlantic Preferred insurance. They were shut down by Florida insurance commission. I had a tree land on my house. Caused $100k in damage. I took out SBA loan. Eventual FIGA paid out but I took a lose. My lesson from the couple of years of raised blood pressure, get a lawyer involved.
While the rebuilding process was on going, I had lots of City of Plantation inspectors red tagging the 'professional/Licensed contractors" work. They did not see any issues but they had binders on only to looked at their area of construction.

I am looking for title insurance lawyers who are experience with drainage easement which in turn may help your firm.
Please give me until Wed or Thurs., June 2 or 3rd.


Thank you

On Tuesday, May 25, 2021, 12:21:35 PM EDT, ralph sanders <ralph_l_sanders@yahoo.com> wrote:


To Be sent to
Hi Tiffany



The 7. ??? is FEMA

All of my records/documentation at this time originates from
1. South Florida Water Management District. The SFWMD loaned me, 2 engineers, to do research.
2. Old Plantation Water Control District
3. Broward County government maps & records.
4. City of Plantation records
5. Survey company for 2004
6. The Home Team inspection report of the house in 2004
7. FEMA
8. Elevation surveys from 2004 and current. Depends on the cause
9. Building code of 1962, 2004 and current

10. ???

Research: Find out when the drainage easement was widened from 15 feet to 20 feet

Thank you for your patience with me.

Ralph Sanders
****************************************************

On Monday, May 24, 2021, 05:40:11 PM EDT, ralph sanders <ralph_l_sanders@yahoo.com> wrote:

Ms. Tiffany

All of my records/documentation at this time originates from
1. South Florida Water Management District. The SFWMD loaned me 2 engineers to do research.
2. Old Plantation Water Control District
3. Broward County government maps & records.
4. City of Plantation records
5. Survey company for 2004
6. The Home Team inspection report of the house in 2004
7. ???

I just want a checklist and I can refer back to who is the 3rd party source of the documents
For example, the 1958 Platting map is from Broward County Government records in dept...
1962 survey is from The City of Plantation ...

Thank you.

On Monday, May 24, 2021, 04:12:54 PM EDT, Korte Sierra, Tiffany <tiffany.kortesierra@fnf.com> wrote:

This message was sent securely using Zix

Good afternoon!

I am the Claims Counsel assigned to the claim referenced above that you submitted to the Company. It is my understanding that there are three issues: (1) the home on the Property is not within the proper set-back requirements from the drainage easement located on the Property; (2) the AC Unit was installed without a permit; and (3) there are additions to the home built without a permit.

Your claim letter referenced surveys from 1962 and 2004. Can you please provide copies of the surveys? Also, if you have any other documentation supporting the permitting or set-back issues (from the water district or your contractors, or other), please provide copies. Finally, can you please confirm the Property's address?

I will be reviewing your claim under the terms of the Policy to determine if coverage is available. Once the investigation is complete, a coverage determination will be sent to you.

Please let me know if you have any questions or concerns.

Thanks!

**Tiffany Korte Sierra**

Claims Counsel, AVP

Fidelity National Title Group

601 Riverside Drive

Building Five

Jacksonville, FL 32204

(904) 854- 8524

Tiffany.KorteSierra@fnf.com



NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.

---

This message was secured by Zix®.