# Motion for Pro-Se Mortgage Modification

# Mediation for case 19-24331

Dear Honorable Judge Peter D. Russin

UNITED STATES BANKRUPTCY COURT

United States Courthouse 299 E. Broward Blvd.

Courtroom: 301 / Chambers: Room 303

Fort Lauderdale, FL 33301

Bankruptcy Case 19-bk-24331-PDR            Date: July 4, 2021

Motion for Pro-Se Mortgage Modification Mediation. The prior MMM was an attorney based MMM, Not a Pro-Se MMM, contrary to Judge Russin letter dated June 21, 2021

Per the June 1, 2021, Judge Russin ruled that it was impossible to get access to the Attorney based DMM. Contrary to the June 21 letter and also noted in the Meditors Final Report that the Meditcation was for ATTORNEY based MMM and that I was Pro-Se. I had asked two other parties in the Bankrutcy court system about how I can get access to the DMM. Attonery M. Johnson. He emailed that I just have to ask for for access to the DMM. The DMM portal addmins were not much help. Then finally I askd Judge Russin sinces he states that I don't know

Ralph L. Sanders        Page 1 of 3        case 19-24331

the law, that true. But he rulled that he could not get into the ATTORNEY based MMM

Access to the DMM is key to the MMM. Without access to the DMM, the MMM is a farce due to no communication.

I have to go over the May 2021 hearing to determine if Mr. Kelly had read out to the court the entire Mediator Final Report or skipped over the part that it was an Attorney MMM. Is that Kosher?

One other matter, the homeowner insurance policy expires in Aug 2021; the insurance company opted not to renew the policy due to issues with the property, and that decision was in Sept 2020. I spoke with SLS insurance department. It will be a placed policy. The policy will not cover much. Especially pre-existing defects. Broken= roof rafters, electrical, mold, structurally and as a bonus, there might be a sinkhole (only 1 engineer confirmed, I prefer 3 different engineers to agree)

Mr. Sanders: Yes. And it was delayed, till you found out how which can be done.

Mr. Sanders: I have no idea how it can be done, and [Inaudible 00:05:57.18]

Mr. Sanders: Neither do I.

Judge: So I'm going to deny the motion; I don't know how to do it. Any methodology for doing it? You haven't provided any, and it's not for the court to figure out how you can get access to the DNM.

If you need discovery from your prior counsel or from lawyers that you think put things on the DMM, you can serve discovery on that. But [Inaudible 00:06:25.13]

But, I would still not know if the documents are correct. Ie look at Kelly reading the final report to the court. Was Attorney based MMM makes a difference

Sincerely,

Ralph L. Sanders          Page 2 of 3          case 19-24331

PS, my initial Chapter 13 was a $5M claim it is still open due to Fraud against the court by an officer of the court. I like depos.

PSS: I am concerned that even the Pro-Se MMM would do any good since I have email SLS and lawyers since June 2020 with no effect (a few hundred)

SLS Mortgage modification has given me until Sept to work out a solution.. But they won't help legally even though it will cost them over $1m

Your local vile evil muti-filer knows nothing.

Ralph L. Sanders

561 SW 60th ave

Plantation, Fl. 33317

754.801.7097

Bankruptcy case 19-24331