RE: ADJUSTER INFORMATION - FL21-0126896 - SNDERS

From: Dianne Wilmot (dw2005@universalproperty.com)
To: ralph_l_sanders@yahoo.com
Date: Thursday, July 29, 2021, 10:17 AM EDT

*[Handwritten note:] INSURANCE COMPANY OPENING ALL CLAIMS. Please let me stay in Chapter 13. R.S.*

Dear Insured

The adjuster(s) assigned to your other claims will reach out to you.

Regards,

**Dianne Wilmot**
Claims Examiner

(W): (954) 958-1200 ext: 6301
(Direct): (954) 837-8243

ALDER
ADJUSTING

**For Document Submissions:**
https://universalproperty.com/claims

Join us and GO GREEN! Go paperless with Universal.

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient and received this in error, please contact the sender by reply e-mail. You are hereby notified that the copying, use or distribution of any information or materials transmitted in or with this message is strictly prohibited.

From: ralph sanders <ralph_l_sanders@yahoo.com>
Sent: Wednesday, July 28, 2021 8:25 PM
To: Dianne Wilmot <DW2005@UNIVERSALPROPERTY.COM>
Subject: Re: ADJUSTER INFORMATION - FL21-0126896 - SNDERS

What about the other claims that Dept Fin Services and Adler adjuster said are reopened?

FL19-0134825

FL19-0135345-E317

FL20_0118924

FL20_0118916

FL20_0118926

FL20_0118928

FL21-0126954-P420

FL21-0126955-P420


Ralph L. Sanders


On Wednesday, July 28, 2021, 05:23:57 PM EDT, Dianne Wilmot <                > wrote:


Dear Insured,

The field adjuster will contact you to schedule the inspection of the property.

Please reach out to either of us if you have any question or concerns.

Regards,



**Dianne Wilmot**
Claims Examiner

(W): (954) 958-1200 ext: 6301
(Direct): (954) 837-8243

**For Document Submissions:**

Join us and GO GREEN! Go paperless with Universal.

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient and received this in error, please contact the sender by reply e-mail. You are hereby notified that the copying, use or distribution of any information or materials transmitted in or with this message is strictly prohibited.