UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re: ) | Case No.: 19-24331-PDR |
| ) | |
| RALPH LEVI SANDERS. ) | Chapter 13 |
| ) | |
| _____Debtor_____/ | |

*LIMITED* **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the law firm of P. W. KELLY ASSOCIATES, P.A. files this *Limited* Notice of Appearance as Appearance Counsel on behalf of Creditor Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD2, Asset Backed Certificates, Series 2006-SD2, solely for the limited purpose of making court appearances in the above-captioned case.

**CERTIFICATE OF SERVICE**

I CERTIFY that a true copy of this notice was served by Notice of Electronic Filing on all CM/ECF registered users and by regular first class U.S. mail to the Debtor and all other parties listed on the attached service list, this August 2, 2021.

**P. W. KELLY ASSOCIATES, P.A.**

By: /s/ Peter w. Kelly, Esq.
Peter W. Kelly, Esq.
Florida Bar No. 59991
P. W. Kelly Associates, P.A.
P.O. Box 331083
Miami, FL 33233-1083
Phone: (786) 766-0012
E-Mail: pkelly@pwkpa.com

**SERVICE LIST**

<u>Via CM/ECF:</u>
Robin R. Weiner – ecf@ch13weiner.com
Office of the U.S. Trustee – ustp.region21.mm.ecf@usdoj.gov
All other CM/ECF registered parties

<u>Via Regular U.S. Mail:</u>
Ralph Levi Sanders, Jr.
561 SW 60 Ave.
Plantation, FL 33317