

**ORDERED in the Southern District of Florida on August 9, 2021.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

In re:

Ralph Levi Sanders,

    Debtor.

_____/

Case No. 19-24331-PDR

Chapter 13

### ORDER CONTINUING DEBTOR'S MOTION TO REFER

The Court heard the *pro se* Debtor's *Verified Motion for Referral to Mortgage Modification Mediation* on August 2, 2021. (Doc. 163). For the reasons stated on the record, the Court **ORDERS**:

    1.    The Motion (Doc. 163) is **CONTINUED** to September 13, 2021, at 1:00 p.m. by Zoom Video Conference.

    2.    To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. Participants may register using the following link:

https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k.

# # #

Copies To:
All parties in interest.