**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:  Case No.: 19-24331-PDR
 Chapter 13

Ralph Levi Sanders, Jr.,

    Debtor.
_____/

**CERTIFICATE OF SERVICE OF ORDER SUSTAINING IN PART**
**DEBTOR'S OBJECTION TO ATTORNEY PARTICIPATION (DOC NO. 183)**

    I hereby certify that a true and correct copy of the Order Sustaining In Part Debtor's Objection To Attorney Participation (Doc. No 183), dated August 9, 2021, was served on all CM/ECF registered parties via Notice of Electronic Filing, and by regular first-class U.S. Mail on all other interested parties as listed below on this 12th day of August, 2021.

    /s/ Peter W. Kelly
    Peter W. Kelly, Esquire
    Florida Bar No. 59991
    P.W. Kelly Associates, P.A.
    P.O. Box 331083
    Miami, FL 33233
    P: (786) 766-0012
    E: pkelly@pwkpa.com

**VIA CM/ECF NOTICE**
Robin R. Weiner – ecf@ch13weiner.com
United States Trustee – ustpregion21.MM.ECF@usdoj.gov
All other CM/ECF Registered Parties

**VIA FIRST-CLASS U.S. MAIL**
Ralph Levi Sanders, Jr.
561 SW 60 Ave.
Plantation, FL 33317