**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

In re:

RALPH LEVI SANDERS, JR.　　　　　　　　　　　　CASE NO. 19-24331-PDR
　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13

　　　　　Debtor.
_____/

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Order Denying Verified Motion for Referral of Self-Represented Debtor to Mortgage Modification (Doc. No. 195) was served by CM/ECF notice the 15th day of September 2021 and regular mail this 16th day of September 2021.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Gavin N. Stewart
　　　　　　　　　　　　　　　　　　　　　　　　Gavin N. Stewart, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Florida Bar Number 52899
　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 5703
　　　　　　　　　　　　　　　　　　　　　　　　Clearwater, FL 33758
　　　　　　　　　　　　　　　　　　　　　　　　P: (727) 565-2653
　　　　　　　　　　　　　　　　　　　　　　　　F: (727) 213-9022
　　　　　　　　　　　　　　　　　　　　　　　　E: bk@stewartlegalgroup.com
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Creditor

**VIA REGULAR MAIL**
Ralph Levi Sanders, Jr.
561 SW 60 Ave.
Plantation, FL 33317

**VIA CM/ECF NOTICE**
Robin R. Weiner
POB 559007
Fort Lauderdale, FL 33355

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130